E X H I B I T   N U M B E R   - 1

## Chapter 4. RELIGIOUS DIET PROGRAM

### 1. CERTIFIED FOOD

The Certified Food Menu, which includes the approved menu and product specifications, will be used for food procurement and meal service at all institutions. Certified Food Menu data is kept at the national level by the NFSA and available under the Food Service Branch on the Bureau intranet site. When updates are made to Certified Food Menu data, the NFSA notifies the National Chaplaincy Administrator (NCA), RFSAs and FSAs via intra-agency email. Any changes to the national Certified Food Program, to include operational procedures, will be approved by the NFSA.

a. **Menu Review.** The Certified Food Menu is reviewed at least annually to assess responsiveness to inmate eating preferences, operational impact, product pricing, and nutritional content.

During the second quarter each fiscal year, the NFSA will initiate a survey of inmates to determine eating preferences. At that time the RFSA will also request input from each institution to ensure all Food Service employees have the ability to provide input into the menu update process (see Chapter 1, Section 10, Employee Meetings). The review and update process is a collaborative effort with involvement of the National Food Service Branch, RFSAs, and institutional FSAs.

A National Menu Advisory Group will meet to determine any changes to the Certified Food Menu and Specifications. The Advisory Group will involve the National Food Service Branch, Regional Food Service Administrators, and any additional employees at the discretion of the NFSA.

The updated menu data to include the menu and product specifications are available under the Food Service Branch on the Bureau intranet site by July 20 each year and go into effect the first full week in October.

The NFSA will maintain a feedback page on the Bureau intranet site to collect information from all employees concerning changes to the Certified Food Menu.

b. **Menu Nutritional Analysis.** Following the annual menu update and before the updated menu is implemented, a nutritional analysis is conducted by a Registered Dietitian to ensure the Menus consider the Dietary Reference Intakes (DRIs) developed by the Institute of Medicine of the National Academy of Sciences.

Nutritional analyses are certified in writing by a Registered Dietitian.

Pepper may be offered as a condiment, however, salt or salt containing seasonings may not be offered in inmate dining areas or on satellite feeding trays.

If the Certified Food Menu is changed substantially after the initial nutritional analysis is completed, the analysis is verified by a Registered Dietitian.

c. **Menu Changes.** Planned changes or substitutions to the approved Certified Food Menu or product specifications will not be made at the local or regional level, although an alternate menu may be used when authorized by policy (see Chapter 6).

If unplanned menu changes are required due to extenuating circumstances such as late delivery, temporarily inoperative equipment, etc., Food Service employees, including the Cook Supervisor preparing the meal, may make necessary substitutions of nutritionally equivalent Certified Foods and ensure managers are aware an unplanned change was required. In most cases substitutions on the Certified Food Menu will require substituting an entire meal on the menu with another meal, with the exception of bread, fruit, beverages, and condiments. Refer to the Food Service Branch on the Bureau intranet site for additional guidance.

d. **Certified Food Procedures.** There are two components within the Certified Food Program: certified kosher and certified halal. Prepared foods purchased for use on the Certified Food Menu will be certified by a nationally accepted Orthodox Kashrut supervision service or World Halal Food Council (WHFC) member (only items indicated by an "H" on the posted menu require this standard for halal items). Access the Food Service Branch on the Bureau intranet site for Religious Certification reference material. In addition to the Kashrut certification, bread, margarine, potato chips, vegetable juice, salad dressing, ketchup, and mustard used for the Certified Food Menu must be Certified Parve meaning they are certified to contain neither meat nor dairy products.

Prepared foods (except bread and beverages as detailed immediately below) will be procured and served in sealed individual serving packages marked with the appropriate Religious Certification (see religious diet specifications for list of required items). Any item to be heated is double-wrapped and sealed in a package that may be heated in a conventional or microwave oven.

Nothing cut, processed, prepared, or served from a container is offered except:

- Loaf bread, which may be served directly from a package that contains the Kosher Parve certification or removed from that same package and packaged by servers in a disposable single-use sealable plastic bag immediately before service.

- Beverages from dedicated sealed dispensing equipment, individually packaged beverage, or instant beverage powder is provided to be reconstituted by the inmate.
- When ordered by the Warden, due to packaging that may be a security concern, food may be removed from an individual container and placed in a covered or wrapped disposable container to serve.

Any time food is removed from the original manufacturer's packaging as authorized above, care should be given to ensure the religious integrity of the product. Only disposable single-use utensils (serving spoons, plates, cups, etc.) and single-use disposable plastic gloves will come into direct contact with Certified Food when handling is authorized.

e. **Participation.** The FSA ensures procedures are in place to provide a Religious Diet participant list and production worksheet to Food Service employees.

Inmates participating in the Certified Food Component are not authorized to consume mainline or hot bar food items; however, they may consume items from a salad bar (where salad bars are part of the Food Service program), knowing that salad bar items may not meet their religious dietary needs. Violations will be reported as required by the Program Statement **Religious Beliefs and Practices.**

## 2. NO-FLESH OPTION

A no-flesh protein option will be provided at both noon and evening meals whenever a main entree containing flesh is offered. No-flesh production requirements will be determined by the FSA.

Vegetables and starches seasoned with flesh will have an alternate no-flesh option.

## 3. ANNUAL CEREMONIAL MEALS

The Religious Ceremonial Menu is derived from the National Menus and constitutes the mainline meal available to all inmates. The Chaplain will consult with the Food Service Administrator to develop the menu for each ceremonial or commemorative meal at least 45 days before the scheduled date of the observance. All ritual/traditional food items will be approved and funded by Chaplaincy Services, procured by the Food Service department, and served only to ceremonial meal participants. No other foods are authorized for ceremonial meals. Inmates participating in the Certified Food Menu will receive the Certified Food Menu and not participate in the food from mainline for the ceremonial meal.

b.    **New or Unfamiliar Religious Components.** The Bureau has
established a procedure by which consideration of new or
unfamiliar religious components for inmates may be employed.
Field Chaplains should contact the appropriate Chaplaincy
Services Coordinators (CSC) regarding new or unfamiliar inmate
religious requests for modifications to Chapel programs. The CSC
can help determine whether the administrative remedy or the
BP-A0822, New or Unfamiliar Religious Components Questionnaire
is more appropriate for the religious issue(s) presented.

(1)    **Requests.** Inmates must submit a form BP-A0822, New or
Unfamiliar Religious Components Questionnaire, along with
relevant supporting documentation, to the institution Chaplain.
This form must contain as much information as possible regarding
the religious accommodation being requested. The Chaplain may
ask the inmate to provide additional information to support
his/her request.

(2)    **Religious Issues Committee (RIC).** The Chaplain will
convene a local RIC to review each request for a new or
unfamiliar religious practice. Members of the RIC will include
other Chaplaincy Services staff, Legal Services, Correctional
Services, and any other discipline that may be involved in the
religious request and accommodation. Local RIC recommendations
are made in consultation with the CSC and documented via memo to
the Warden with copies sent to the CSC and the Assistant
Chaplaincy Administrator (ACA).

(1)    When a recommendation cannot be made locally, a memo
requesting Central Office RIC review will be generated to the
Assistant Director, Reentry Services Division (RSD) through the
Warden, the CSC, and the Regional Director. The Assistant
Director, RSD, then directs the Central Office RIC convene.

The Central Office RIC will meet as necessary and maintain
records of its recommendations. Upon completing the review, the
Central Office RIC will make recommendations to the Warden
regarding the least restrictive means to accommodate the
inmate's request.

(3)    **Implementation of the RIC Recommendation.** The Warden has
the discretion to expand or change religious programming at the
institution based on the security and orderly running of the

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement.

5.    DEFINITION §548.11. For purposes of this subpart, the term "religious activity" includes religious diets, services, ceremonies, and meetings.

6.    CHAPLAINS §548.12. Institution Chaplains are responsible for managing religious activities within the institution. Institution Chaplains are available upon request to provide pastoral care and counseling to inmates through group programs and individual services. Pastoral care and counseling from representatives in the community are available in accordance with the provisions of §§ 548.14 and 548.19. In order to assess requests for religious accommodations, the Chaplain may ask requesting inmates for additional information regarding the religious practice requested.

**a.    Chaplains as Pastoral Care Providers.** The Chaplaincy Services Department is directed by full-time Bureau Chaplains. All Chaplains are qualified pastoral care providers who have verifiable religious credentials and current religious endorsements as outlined in Program Statement **Chaplains' Employment, Responsibilities, and Endorsements.** All institution Chaplains are employed to:

Plan, direct, and supervise all aspects of Chapel programming (worship, sacred scripture studies, and faith-based reentry programming);

Have physical access to all areas of the institution to minister to inmates and staff;

Lead worship services in their own tradition (e.g., Protestant, Catholic, Muslim, Jewish, Buddhist, etc.);

Provide professional spiritual leadership and pastoral care to inmates and, when appropriate, to staff;

Provide accommodations for inmate practices that are religious in nature when consistent with the secure and orderly running of the institution;

progstat                            1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

**§551.101.** Section 3 of this Program Statement contains definitions from §551.101.

a.    **Program Objectives.** The expected results of this program are:

■    Pretrial inmates will be separated to the extent practicable from convicted inmates. When this is not practicable, employees will screen and assess pretrial inmates, permitting those who do not present a risk to the security or orderly running of the institution to have regular contact with convicted inmates.

■    Pretrial inmates will not be required to work (other than housekeeping tasks in their cells or community living area), unless they waive their right **not** to work.

progstat                                    1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

E X H I B I T   N U M B E R   - 2

**SANJAY TRIPATHY, Plaintiff, - against - ROBERT McCLOSKEY, SHARON FROST, GEORGE J. DASH, EDWARD BURNETT, PATRICK DOLAN, RICHELLE MOSSEY-HARRIS, ANDREA N. SCHNEIDER, STEPHEN BRANDOW, JEFF McKOY, ANTHONY J. ANNUCCI, ANDREW M. CUOMO, and the STATE OF NEW YORK, Defendants.**
**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**
**2021 U.S. Dist. LEXIS 233299**
**No. 21-CV-6584 (CS)**
**December 6, 2021, Decided**
**December 6, 2021, Filed**

**Editorial Information: Subsequent History**

Appeal dismissed by, As moot Sanjay Tripathy v. Robert McClowski, Food Servs., 2022 U.S. App. LEXIS 15877 (2d Cir. N.Y., June 9, 2022)

**Editorial Information: Prior History**

Tripathy v. McClowski, 2021 U.S. Dist. LEXIS 149399, 2021 WL 3501014 (S.D.N.Y., Aug. 9, 2021)

**Counsel**          {2021 U.S. Dist. LEXIS 1}Sanjay Tripathy, Plaintiff, Pro se, Collins, New York.

For Defendants: Bahiya Lawrence, Assistant Attorney General, New York, New York.

**Judges:** CATHY SEIBEL, UNITED STATES DISTRICT JUDGE.

**Opinion**

**Opinion by:**          CATHY SEIBEL

**Opinion**

**OPINION & ORDER**

Seibel, J.

Before the Court is Plaintiff's motion for a preliminary injunction. For the reasons stated below, Plaintiff's motion is DENIED in part and GRANTED in part.

**I. BACKGROUND**

The following facts are undisputed except where noted.1

**A. Facts**

Plaintiff is currently serving a seven-year prison sentence in custody of the State of New York. (ECF No. 1 ("Compl.") at 11.) He has been incarcerated since approximately August 16, 2018 and will be released, at the earliest, on May 15, 2024. (Id. at 12, 18.) As of October 19, 2021, Plaintiff is incarcerated at Collins Correctional Facility in Collins, New York. (See ECF No. 72.) Plaintiff was incarcerated from August 16, 2018 to January 21, 2021 at Gowanda Correctional Facility in Gowanda, New York and from January 21, 2021 until October 19, 2021 at Fishkill Correctional Facility in Beacon, New York. (See id.; Compl. at 18.)2

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

Accordingly, the following relief is ORDERED on the following schedule. The date of this Order is defined as the "Order Date." Defendants are ORDERED to, within two calendar days of the Order Date, designate one or more officials with the power to implement an appropriate religious accommodation for Plaintiff. Within five days of the Order Date, that official or officials must begin to confer with Plaintiff on a viable accommodation of his religious dietary restrictions,21 and such discussions shall continue on a daily basis on a reasonable schedule until ten days after the Order Date, or until a mutually acceptable accommodation is reached, whichever is sooner. One such option the parties must specifically discuss is packaged meals from an outside kitchen. The parties are to certify to the Court, by joint letter within twelve days of the Order Date, as to the outcome of their discussions. If the parties do not reach an**{2021 U.S. Dist. LEXIS 30}** accommodation by the end of the ten-day period, the joint letter shall describe the specific accommodations discussed and the reasons provided by the rejecting party as to each such accommodation. If the parties have reached an accommodation, Defendants shall certify to the Court within fifteen days of the Order Date that that accommodation has been implemented.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff's motion for a preliminary injunction is DENIED in part and GRANTED in part, as described herein. The Clerk is respectfully directed to send a copy of this Opinion and Order to Plaintiff by overnight mail and by regular mail.

**SO ORDERED.**

Dated: December 6, 2021

White Plains, New York

/s/ Cathy Seibel

CATHY SEIBEL, U.S.D.J.

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

E V I D E N C E   N U M B E R   - 3

## § 4042.  Duties of Bureau of Prisons

(a) **In general.**  The Bureau of Prisons, under the direction of the Attorney General, shall—

(1) have charge of the management and regulation of all Federal penal and correctional institutions;

(2) provide suitable quarters and provide for the safekeeping, care, and subsistence of all persons charged with or convicted of offenses against the United States, or held as witnesses or otherwise;

(3) provide for the protection, instruction, and discipline of all persons charged with or convicted of offenses against the United States;

(4) provide technical assistance to State, tribal, and local governments in the improvement of their correctional systems;

(5) provide notice of release of prisoners in accordance with subsections (b) and (c);

(6) establish prerelease planning procedures that help prisoners—

(A) apply for Federal and State benefits upon release (including Social Security benefits, and veterans' benefits);

(B) obtain identification, including a social security card, driver's license or other official photo identification, and a birth certificate; and

(C) secure such identification and benefits prior to release from a sentence to a term of imprisonment in a Federal prison or if the individual was not sentenced to a term of imprisonment in a Federal prison, prior to release from a sentence to a term of community confinement, subject to any limitations in law;

USCS                                          1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

----------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Unit Management East
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/25/2025 11:08:58 AM

To: Mr.Sponsler, Mr.Farwell, Acting warden
Inmate Work Assignment: peace

Dear Sir:

Sub: Request to remove me immediately from any job assignment pursuant to BOP PS 7331.04 e seq.-Reg,

I am submitting this e-mail correspondence with an express request to immediately remove " me, from any job assignment"
pursuant to FBOP PS 7331.04 et seq. (Pretrial inmates )

1. I am a Deportable ALIEN with the PSA on my inmate policy as "ALIE".

2. Per above policy, the BOP expressly states as:

-       " Deportable Aliens are "s u b j e c t  to  this {PS 7331.04] p o l i c y  s t a t e m e n t  r e q u i r e m e n t .       -
( As a nutshell, the deportable ALIENS like me, are governed by PS 7331.04 ).

3. In pertinent part the PS 5100.08 in "conjunction" with the above policy gives the "definition" of A "PUBLIC SAFETY
FACTOR" ( "PSF" ) as:

-            " Deportable ALIEN: A male or female inmate who s  NOT a Citizen of the United Sates".

4. Further in conjunction with the above facts the PS 733104 states expressly in pertinent part as:

-            (b). Pretrial Innates will NOT be required to work ( other than Housekeeping tasks in their cells or community -
living areas), unless they waive their rights not to work.

I expressly and affirmatively informs you that, I am NOT WAIVING such rights given to me the policy.

WHEREFORE, I respectfully ask you to immediately remove me from any job assignments in compliance with the above policy.
I would appreciate such lawful conduct. Thank you sir.

Ver Truly

/s/ Annamalai Annamalai
CC; Mr. Farwell, Acting Warden, Captain

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Business Office
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/20/2025 07:03:16 PM

To: Mr.Farwell ( Adminitrative assistant )
Inmate Work Assignment: peace and love

Please forward this e-mail to Mr. Farwell, if I would have send this to an incorrect e-mail. Thanks.

Dear Mr. Farwell:

I am not sure, this is the correct e-mail address for you. We spoke three days bac about "fake job" situation placed to harass and inflict more pains and sufferings for me. Indeed, you have indicated as such, my job assignment has been changed from Hospital and I will receive the "change sheet" three days back. However, nothing occurred still. Please help me. God Bless.

Annamalai, Victim
-----ANNAMALAI, ANNAMALAI on 3/20/2025 6:54 PM wrote:

>

Mr. Malcolm:

I trust the meeting to resolve my " fraudulent job assignment ", should have been successfully concluded today at 1.00 PM, as you have indicated to me, this morning about such meeting?? Having said, I respectfully inquire, now, that, do you, still need me to show up for the census or not for tomorrow?( Friday ).I Would highly appreciate your input for the same.

Indeed, most notably, these matters extensively "i n f l i c t e d    m y  e m o t i o n a l    d i s t r e s s " in a unbearable manner. which shall not occur n a civilized community in these atrocious manner, all started by B.Sponsler ( unit Manager ). I I am being MENTAL CARE LEVEL II inmate with extensive Trauma, now, have been " R e - T r a u m a t i z e d ", by these ongoing events.

Last but not the last, let you also aware that, I have my FSA Psychology class tomorrow morning as well.

Thank you sir.

Very Truly
/s/ Annamalai Annamalai
-----ANNAMALAI, ANNAMALAI on 3/19/2025 11:50 AM wrote:

>

Mr. Malcom:

Sub: Humble Notification:

Good Morning sir. I came to the medical services few minutes back and attempted to see you, and as usual I could not find you!!.

1. Yesterday noon, I have been "specifically" advised by Mr. Farwell ( administrative assistant ) as SUCH MY "Job assignment" has been changed from Hospital, and that"s why I did not show up yesterday noon. If that understanding from Mr. Farwell is inaccurate, then reach me out, if you need me to come , or " otherwise I assume that you  " no more " need me".

2. Secondly, we are locked down yesterday and until 9.30 AM, and I did not have a chance to understand what is my " new job" assignment, Also now, I am unable to meet any of my unit Team members ( I have also looked for them at the chow hall, indeed ).

I am now waiting to go for a possible commissary move for my unit. Wherefore, I will " not " have any access to the staff's e-mail for several hours to follow. Thank you very much for attention towards these matters.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------------------------

Very Truly
/s/ Annamalai Annamalai
-----ANNAMALAI, ANNAMALAI on 3/17/2025 7:33 PM wrote:

>

Mr. Malcom:

Sub: Removal from my fake and fraudulent job, by your so called memo being submitted, Reg

Would you be kind enough to update me with, about your so called memo submitted, last week, to remove me from this fa k e  a n d  F r a u d u l e n t  j o b  at "H o s p i t a l", which I am " performing", to "d e f r a u d " the FBOP, please ?

I would highly appreciate such a Compassion. Thank you sir.

Very Truly
/s/ Annamalai Annamalai
-----ANNAMALAI, ANNAMALAI on 3/16/2025 9:37 PM wrote:

>

Mr. Malcom:

FYI and action.
-----ANNAMALAI, ANNAMALAI on 3/14/2025 2:59 PM wrote:

>

Dear Sir/madam

-            Sub: Emergency Request, to remove me from the "fake job" of Hospital Orderly.

Please notice the forwarded e-mail threads to refresh your memory.

As per your instructions, now, I am sitting in the medical services lobby. every day as per your ( Mr. Malcom ) order. It appears that around 12.30 move several of the "drug addicts" comes to receive some kinds of drugs ( may be "suboxone " ) and some of them appears to have been busted when they attempted to smuggle such drugs outside, which also I have witnessed with lot of anxiety, and Trauma. The irony here is whenever they are all fully pat searched ( complete nude position ), I also pulled to 'get 100% " undressed", and show my "testicles" to the FCI-OXFORD.staffs on a "continuing manner", simply makes no sense. Its nothing but its nothing but an another form of " Sexual tortures'" inflicted by YOU, which in no means I deserve it.

Secondly, I am the only one in that crowd of "drug addicts" who is NOT a drug addict and I do no take suboxone at the 12.30 move in the medical services. Now some of them appears to be, already talking about ( even one inmate personally encountered me today ) a such I am doing some kinds of "snitching" on them by allegedly " observing " them. Such acts has a probability of "bodily harms" ( fights/ assaults/ battery ) for me and as will threaten the safety, security and orderly management of this institution, by continuously placing me in the "hospital lobby to sit " with several of such "drug addicts", for a fake job, you have all orchestrated.

Let me make very clear on the record that, I am now, sitting on a daily basis on the lobby of the hospital, with such drug addicts with extreme anxiety, Trauma, stress, which I DO NOT DESERVE and also I DO NOT WANT TO CONTINUE IN ANY MEANS further. Here, You all now, placing me daily in a "harms way " intentionally, willfully. I am really retraumatized, with highest depression, and nightmares now.

Now, I respectfully pray that, You all step in to stop these ongoing tortures, emotionally, mentally inflicted on myself by YOU, as we speak, and remove me from the job immediately. Indeed, NOW, I have "lawfully" " NOTICED " you all, and now its your responsibility to "stop the mental, emotional tortures" inflicted on me , by you, in these manner.

Further, let me be very clear on the record that, I have an excellent reputation in the inmates community/population now, as a

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

------------------------------------------------------------------------------------------------------

person who always assisted them in legal matters, empathized, compassionate with them. I do not want to jeopardize such good reputation/image with an "image" of a "SNITCH" for your pleasures . At the closing, I also trust that, the change/removal of job by a so called memorandum by Mr. Malcom, has been taken care, already, as well.

Please allow me to save my time in PEACE and not in TORTURES and TRAUMA and remove me from this fake and torturous job. Thank you.

Very Truly

/s/ Annamalai. Annamalai.

CC; Ms.Lynni o'Haver, PREA Auditor, Buchanan dam Texas., Dr.LaBelle
-----ANNAMALAI, ANNAMALAI on 3/13/2025 6:39 PM wrote:

>

Mr.B Malcom:

Please be advised that, I " can not " show up for tomorrow (Friday ) census at medical @ 8.30, since I need to attend my FSA Psychology class.

Further, I trust your words as you have repeatedly tole me today, about , you will take care of the alleged " memorandum" to remove me from the hospital job and also , you will be submitting, to the acting person of Mr.Spomsler and or his Boss. Further, to respectfully to ask, let these " mockery " ends by this week end, and please allow me to serve my time in PEACE. Indeed, I really want to forget these associated events, and move on to focus legal matters, to get out of prison.

Thank you for your immediate attention to these matters.

Respectfully,

.cc: Lt.Key ( ASHA ), Captain Moore.
-----ANNAMALAI, ANNAMALAI on 3/13/2025 11:54 AM wrote:

>

Mr.B.Malcom:

Good morning. I would like to respectfully "memorialize" certain matters as we discussed today in he Health services. I would like to respectfully direct you to understand the "rules of "MAXIM" for the maters stated herein as follows.

1. You will NOT respond to any of my -mails, and YOU repeatedly told me that there is "no need" that you need to respond to my e-mails ( Indeed that's correct, I have never received a singe response to any of the e-mails directed to you so far. I am also really confused why even a staffs' -mail exists for the health services !!).

2. I need to show up for the census every time, although there is NO JOB for me and I can not even lawfully work in the health services. because of (1), no job openings for me and or any one in the health services (2). My health conditions prevents any job in the Medical services ( Hospital ). ( Then it begs a simple question, why I should participate to fabricate the BOP records as if I am allegedly working for the health services!!? ).

3. Today you told me that, I need to stay out in the visitors lobby and not to come inside being a worker to sit inside!!

4. You are preparing a memorandum, and giving to the "acing person for Mr.Sponsler "and or his boss to remove me from the job completely.

5. Even after my "begging" that, I needed to spend more time in the aw library t take care of highly time sensitive legal "reply brief", to the court, you will not allow such lawful act and " as per your policy" "only" for a medical reason you can give complete leave of absence. ( I repeatedly advised as such rule is NOT in the BOP's program Statement, , policy an or the "CFR" ( Code of federal regulations" and or in Executive branch memorandum, which I am aware of).

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

----------------------------------------------------------------------------------------------------

6. Then as I have expected, you falsely accused me f I have used your first name to address you. Honest to the God I did not do it and also I do not know your first name "until this minute" Indeed, I am not surprised about such false facts, luckily, I had an inmate "overheard" our conversations, and your false acquisitions too. You have stated repeatedly as " Don't involve him in this ".

Respectfully now this false and fabricated job assignment clearly appears to me as a straightforward abuse, waste, fraud on the FBOP, and most importantly a harassments constantly inflicted upon me.

Please be advised that, in any and all circumstances I always "respect" the other person, and I will remain in the same respectful and lawful conduct manner.

Please take me out of this fraudulent and fabricated job assignment immediately and U would highly appreciate it. Thank you very much for your assistance in these matters and God Bless you sir.

Respectfully

/s/ Annamalai Annamalai, victim
-----ANNAMALAI, ANNAMALAI on 3/13/2025 7:55 AM wrote:

>                    J

FYI and immediate action.
-----ANNAMALAI, ANNAMALAI on 3/12/2025 7:48 AM wrote:

>

FYI and swift corrections needed, please.
-----ANNAMALAI, ANNAMALAI on 3/11/2025 8:18 PM wrote:

>

Dear Mr. Malcom

Request for to grant me with LEAVE OF ABSENCE and ask for an immediate act, to prevent, stop and also, not to force me to conspire with you to defraud the FBOP.

Good Day to you sir.

I have attempted several times today, to speak to you, both in the morning and as well as afternoon time, when I have stayed for the so called census counts, at medical services, as advised by you. You have advise me in the past week that, you would be able to work out someway, to get me out of this meaningless and fraudulent job.Notaby, I did not seek this job, neither you have offered me with that job either. Also I have zero experience in such workings. Most notably, I CAN NOT even work in the job at Medical services, because of my soft medical shoe matters and I can not wear boots anyway, which we both have already agreed.

Then its all dressed down and all comes to a simple fact that, its like openly DEFRAUDING the Federal Bureau of Prisons system, and I need to forcibly be a coconspirator of you, to co' conspire and intentionally defraud and cheat the FBOP system. Such felonious and bad faith acts and constant feelings gives me a strongest guilty feeling of committing a crime. Indeed, knowingly and intentionally cheating and or defrauding the FBOP is a Felonious crime punishable under United States Code Title '18.

Now, indeed, I know the law very well and also about the criminal law now at least, I have mastered. Having said, I do not want to be forced in such defrauding and cheating and FBOP scandal, which gives me nightmares' and constant fears now as we speak. I am indeed, restless to break the system in such an audacious and egregious manner by co conspiring with you. Such act also against my sincerely held religious beliefs per se.

I have spoken to staff Bretzel, the compound officer, who is willing to put back to my former employment as [ compound LP.

Wherefore, I respectfully ask you to take emergency steps to stop these fraud scandal against FBOP and I am scared to

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

commit a crime in such manner with you. Please talk o Officer Bretzel, and whoever needed to switch my b immediately bac t compound' LP LP, and I respectfully ask for LEAVE OF ABSENCE, UNTIL ESE ATERS COMES TO AN END AND PLEASE ALSO RELEASE ME IN SHOWING UP FOR the census scandal again. These are too much for me to fear ad stress about an I am in extreme depression, nightmares', anxiety and all these defrauding the FBOP has increased my worsening mental health. Please act upon it IMMEDIAELY.

CC Lt. Key, Chief Psychologist A. LaBelle.

EXHIBIT NUMBER - 04

E X H I B I T    N U M B E R    -  5

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr.Farwell, Administrative Assistant | 3/12/2025 |
| FROM: Annamalai Annamalai, Victim | REGISTER NO.: 56820-379 |
| WORK ASSIGNMENT: Hospital ( phony job ) | UNIT: Wood Unit |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Dear Mr.Farwell: I respectfully reporting a knowledge of the actual commission of a felonious
a felony cognizable by a court of the United states to YOU under 18 U.S.C. § 4.See Exhibit-1
for such United States Criminal code.I was "forcibly" without any cause, moved XXXXXXX from
my former Job asa "compound LP P to "hospital orderly job by Mr.Sponsler and Mr.Annove,
who we have several unresolved matters and they are also subject to "central office's
office of Internal affairs investigation and by other federal actors and agencies.As a matter
of indisputable facts as also agreed by me and Mr B.Malcom ( HSA ) as such I CAN NOT even
work for the hospital orderly lawfully, since I am wearing mediacl-soft shoes and I can not
wear boots or work boots at all based on my health issues. having said making me to go to
health services every day for work, is nothing but a wilful cheatiung and defrauding the FBOP,
which indeed a Felonious and criminal misdeed. Also fabrication of the FBOP's records to
.......... see the continuing page......

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

keep me in that job assignment by knowingly about my HEALTH health conditions would prevent any such job in the health services, would be an intentional "fraud on the Bureau, and I would like to respectfullyask you to stop such conspiratorial acts, in which I was thrown in to no.. Please see Exhibiot number-2, thec express coprfrespond and notification to B.Malcom ( HSA ) was " as usual disregarded. Most notably, I do not want to be victimized these manner and also I do not want any more problems then, what, I have already have. Indeed as a part of the ongoing "OIA" ( office of Internal affairs ) investigation about various misdeeds of Mr.Sponsler, and Mr.Annoye, I would like to bring these matters for your immediate attention and stop these criminal acts, being a "one of the very few staffs at this prison" who has shown "compassion and empathay towards myself".Indeed, YOU are one of such amazing and compassionate Bureau staffs I have across in my over a decade prison time already served for a Bank fraud "crime" of $XXYXXXX $11,854- ( eleven thousand eight hundred and fifty four dollars ).By the way, I have created an American History of the "FIRST human ever served the highest prison time for "any fraud" allegdly involving $11,854-!!.Most notably I have Z ZERO restitution in a Fraud case!!.I have suffered lot and now you can staop the present sufferings ask well.

## Relief Sought:-

I need your imediate intervention to stop this scam and I want to go back to my old job as a Compound LP, from which I was never and ecver fired, and I would likec to forget these audacious and criminal acts inflicted upon me, and forget as the wildest HXXHXXXXXX scary dreams. Please assist me to put me back to my old job of, Compound LP, which does pay me under $2- per month as my wages. I am happy about that, and let me stay out of troubles and in PEACE.

Secondly, I would like to ask for a confidential meeting with you by asking 30 minmutes of your time to discuss and take appropriate advise to spend my time in peave and also leave a pathway for my earliest release via compassionate release, or half way house and etc.

I pray God to give you all the happiness and blessings to YOU and all your loved ones FORXXX. FOREVER.

Very Truly,

Annamalai Annamalai
AKA Swamiji Sri Selvam Siddhar
www.siddharpeedam.org
www.yogacraft.com
www.108shiva.com

Please Excuse my typos.
Enclosures:-

## § 4. Misprision of felony

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

**HISTORY:**

June 25, 1948, ch 645, § 1, 62 Stat. 684; Sept. 13, 1994, P. L. 103-322, Title XXXIII, § 330016(1)(G), 108 Stat. 2147.

USCS                                             1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit no.1

56820379

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: U.S. Sentencing Commission
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/24/2025 07:09:20 PM

To: Mr.Farwell
Inmate Work Assignment: a

Dear Mr. Farwell:

Sub/Ref: My job assignment situation- Emergency attention needed

Good Day to yo sir. I was anxiously waited for the past 8 days to speak to you, after our interactions about my change of job. This is what the latest issues, and I really need your assistance to "save me from this disaster".

1. Today, after some kinds of meeting Mr.B. Malcom took me to the Captain Moore. Captain Moore was so kind enough to offer me with a job at Lieutenant's office ( orderly ) and was NOT given with any job descriptions. I have repeatedly advised the captain as such this new job will 100% interfere with my pending numerous court litigation for it appears that Captain Moore did not understand my real and genuine concerns and the disaster I am posing as we speak.

2. However, and within few minutes Mr.Bretzel ordered me to clean scrap some old metal/junk ( appears to be some kinds of very old and rusted cooking wares, outside the Lieutenant's office ) and also ordered me to clean the outside rails all over the property. I did obeyed and also completed that job by working for several hours.

3. The biggest problem and health hazard is a I am chronic sinus patient and both of my nostrils in my nose gets completely blocked if I am exposed to outside weather ( that's why I always stays within the buildings' except very quick walk to chow hall. ( under 5 minutes ) I ran to chow hall to eat.

4. Indeed, I am already scheduled for the "nose surgery" and is impossible for me work outside and especially in the "spring and Winter ). I am expected any day to go for surgery, I can not clean the dust and or cleaning any kinds of junks at all, which will pose more health scares for me too.

5. Here, I have no issue in taking a job, However, how could I can perform an "orderly" job " in suffering " with such highly health hazardous conditions and mist indisputably I am waiting for a surgery for the same issues which has caused to worsen my ability to breathe?

6. The total inability to take care of my pending and ongoing legal woks at the courts, because of this new orderly job, will totally hurt my ability to get out o prison, because I have no access to law library, typewriter and etc. per se.

7. Exactly what B.Sponler wanted is happening now, which is to shut my ability to get out o f prison.

WHEREFOE I respectfully seek your MERCY, to save from this disastrously matters, and I am ok to have some job which is NOT going to affect my "breathing- "synus" and also as well my pending legal matters at the courts. Until today my job assignment is STILL not changed, and I need your immediate attention to save me.

Please be advised that its " N O T "a complaint against Captain. He has shown highest empathy and kindness towards me. I have lot of respect for him also. It clearly appears that the captain has misunderstand my matter as such I am asking for a "best job" . ( He indeed today sate clearly " Annamalai I have given the best job in this compound !!)

Thank you and God Bless you.

/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Business Office
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/25/2025 07:12:08 AM

To: Mr.Farwell
Inmate Work Assignment: aa

This e-mail is for Administrative assistant, Mr. Farwell. Please forward to him, if it came to an incorrect address box.

Thanks .
-----ANNAMALAI, ANNAMALAI on 3/25/2025 7:10 AM wrote:

>

Dear Mr.Bretzel:

Good Morning Sir.

Just to recall your memory, before, I have started my work yesterday, I have repeatedly told you as such, "I will be harmed if I work outside in this weather, since I am having chronic and highly worsened "Polyps" inside my nostrils, which would makes the things more worst and also I am waiting forv a major surgery as we speak on any coming days. Then, I said I will go to medical to take care of such matters to advise you accordingly. You said the medical is closed at that time for a sick call. so I could not go for the sick call.

After, as per your orders, I have cleaned the highly rusted metal boxes, (even I have repeatedly noticed you as such such work will hurt my breathing ability )some kinds of cooking large vessels, and cleaning all the dust, debris and the birds poos on the hand rails, all over the property in prison. After that, yesterdayevening onwards and as well as the night my breathing conditions got so worsened.I did not even go for the dinner. After that, I stayed with ZERO sleep, coughing the whole nights, and also I was BLEEDING BLOOD from my nose and dripping continuously.

Now, I'm am heading towards the medical services to adderess such matters. Also be aware that, in the middle of work yesterday I have also brought to the attention of captain Moore, about my inability to work outside because of my acute breathing matters and which will get worsened if I stay outside in that manner. Captain specifically told "w e  w i l l  f i n d  a j o b  i n s i d e  for  y o u" id.

Wherefore, please excuse me for the job now, and as soon as I am done with the medical services, then I will come and see you sir. Thank you sir and God Bless you.

Very Truly

/s/ Annamalai. Annamalai

CC. Captan L.Moore, Mr.Farwell

E V I D E N C E   N U M B E R   - 6

**Administrative Remedy Number 1166899-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal in which you claim you were not given credit for having your
diploma. For relief, you request your Good Conduct Time (GCT) be
changed from 42 days to 54 days.

We have reviewed documentation relevant to your appeal and, based on
the information gathered found that your GCT should have been changed
from 42 days to 54 days. Contact was made with the Education
Department, and they have updated your status and your GCT will be
changed. We find no further relief is warranted.

Based on the foregoing, your appeal has been granted.


_____10-27-23_____                    _T. Barnett_____
Date                                    Timothy Barnett, Administrator
                                        National Inmate Appeals

EXHIBIT NUMBER - 7

Memorialsed conversations of B.Sponsler and Mr.Arnemalai about case no
24-cv-137-JDP ( western district of Wisconsin ) ( Arnemalai V.Ramerich )

Arnemalai:  Sir, Mr Sponsler, I have been told that, you nedded to see me sir?

B.Sponsler:  yeh.....what's up man...do you think you can get me.....you Indian mother fucker???

Arnemalai:  I am sorry sir...I have no clue...what you are talking about?

B.Sponsler:  fuck.... you put a paper work with the court asking for criminal investigation about my declaration....is that correct?

Arnemalai:  Yes sir, I have filed a request to the court and asked the court for criminal sanctions sir? Is it a crime sir or any violation of BOP violation codes sir?

B.Sponsler:  Arnemalai..look you better watch you are doing..everything has cons consequences....you know what ..you are in prison for a long time.. don't you?

Arnemalai:  I have no idea about what you are talking about consequences sir. All i i did was broughtforth the truth to the court..that's all sir.

B.Sponsler  Listen...I am in bop for a long time, and I know how to "fuck' you up..you hear me?

Arnemalai:  Yes sir

B.Sponsler:  Its better for you to withdraw such matters and dismiss the case,.... do we understand each other??

Arnemalai.A  I am sorry sir, I will follow the law, if you have any problems sir, please respond to my motion sir.

B.Sponsler:  fuckin...I am not doing any of such shit. I know how to handle you mother  fucker...you will see your 'real life' soon....fuck out of my room now.

Arnemalai:  I am sorry sir, in any means I have made you upset.All I did was simply folowd the law and broughtforth the truth to the court.That's all sir.

B.Sponsler:  Fuck your truth, get out of my face, or you end up in shu now...

Arnemalai:  leaving the presence of Sponsler...

EXHIBIT NUMBER - 8

June 18, 2024

To.

    Dr.LAbelle
    Chief Psychologist
    Federal Correctional institution
    P.O.Box-1000;Oxford:WI-53952

Ref: Our discusions about various harms endured in the hands of FBOP staffs
    and "present" "Fear factor" in a "re-traumatized position and my further
request for your/psycholgy department's recommendation/assistance for my
"Transfer" to another institution-Reg

Dear Dr.LaBelle:

    I appreciate highly, your compassion shown to me yesterday in your hectic
work schedule.Thank you very much madam.I am blessed.

I have enclosed herewith a recent "Medical merit certification" rendered by a
"medical expert" with relates to   exacerbating mental worsening conditions and my
physical health conditions, based on my "recent and current "Mental & Physical
health records", which will speaks in volume about my various concerns I have
brought to your attention about my "re-traumatized position, at this current
time.

"If", declining and or not participating in the RESOLVE program will NOT
affect my FSA credits, then I do not want that to be a "hurdle" factor for
my transfer to an another institution.My main goal at this time is "to stay out
of troubles, retaliation in any manner from the FCI-OXFORD staffs,"by getting
my swift transfer to an another low custody institution.I am 100% confident
that, after looking at the present "Medical merit report" given by a well known
medical expert who has testified in numerous prison related abuses by the FBOP
staffs about how the matter affects the mental and physical health, you will
certainly find a way for my swift transfer me, out of this prison.

ALL, I ask is PEACE and nothing but PEACE, and I do not want to stay whole time
at this institution with exacerbating and in a Re-Traumatized position at all
madam.I ask for your Mercy and I am highly confident that, you are very
competent to make that wish,be granted for me as well.

Respectfully Submitted this day of June 18, 2024.

Annamalai Annamalai
P.O.Box-1000;Oxford:WI-53952

Enclosures:-

Note: Kindly make the enclosed record
    as the part of my Psycholgy file.Thanks.

E X H I B I T    N U M B E R - 9

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-S

-------------------------------------------------------------------------------

FROM: 56820379
TO: Unit Management East
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S
DATE: 07/17/2024 07:18:16 AM

To: Mr.Sponsler,( unit manager ) Mr.Annoye- counsellor
Inmate Work Assignment: orderly

FYI & Swift resolution.

The thread of.e-mail is forwarded again with a note that, there may be typos in the forwarded e-mail, since, I need to abruptly stop typing, because of the call to education. I apologize for any inconvenience I have caused.

Very Truly,

/s/ Annamalai Annamalai
-----ANNAMALAI, ANNAMALAI on 7/17/2024 6:34 AM wrote:

>

Dear Sir:

I would like to file this xpress formal, written request via this e-mail to addressv the following mattwrs, which is unresolved for a long period.

I am in cell no B-23 on the dayb of my arrival and in the bottom bunk ( I have a medical bottom bunk pass ).After several months, a Transgnder, non-English speaking and also a drug offender known as " Ms.Sanchez" was housed with me.I was specifically advised by the correctional oficer on the ay of move of Ms.Sanchez, its only very temporary and for a few days period.

However its now several months, and this "transgender" Ms.Sanchez, was left in the cell with me, which has several mental and physical detriorations for me and they are getting worsening, as well.As a matter of indisputable facts"

1. I am NOT a transgender
2. I am NOT a female with any female organs
3. I do not sperak and or understand Spanish
4. Ms.Sanchez, allegdly does not speak and or understand English

Here its beg a simple and honest question, why Ms.sanchez shall be housed with me when several 'transgenders" and over 700 spanish inmates at this prison? Is it a pujitive punishment to harm me mentally emotionally, which haglead to several and serious "physical impacts" of worsening health conditions.Indeed and respectfully such a placement of Ms.Sanchez, even squarely violated the 18 U.S.C. 4042(a), which mandates "appropriate housing " and "care" for the inmates, which is clearly indisputably lacking at this instance.

I have indeed brought these mattes r for months with my psychologist ( I am MENTAL HEALTH CARE LEVEL - II Inmate ) and my Psycholgist Dr.LaBelle advised me to bring up these matters to you. Indeed I have spoken to Counsellor Annoye several weeks back, and "nothing" has beeen resolved.

WHEREFORE, I respectfully pray that, you take immediatec actions to remove Ms.Sanchez from the cell which I am housed from the day one of my arrival and "allow me to serve my time in Peace"

Annamalai

Inmate Name: *Annamalai #56820-379*
Date Issued: *10/30/24*
Issue: *Cell change*
Issued by: S. Annoye, Counselor

## Federal Correctional Institution
## Oxford, Wisconsin
### ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
### INFORMAL RESOLUTION FORM

**INMATE'S COMPLAINT:**

1. Complaint (general): Please be advised that the matters underlying BP-8 are "continuing harms to my physical and worsening mental well being, which all have worsened to suffer extensive "tortures" mentall and emotionally lead to "serious Physical impacts" and causing various health and bodily injuries, "because" of I am "forced" to "LIVE WITH A WOMAN INMATE known as LUCAS SANCHEZ VELASQUEZ, now for several months. Living with another WOMAN in the same Room/Cell who is NOT my mother, or wife or daughter or not my family members ----

2. Efforts made by inmate and staff contacted by inmate to informally resolve complaint: I have spoken to my unit team and psychology department and nothing fruitful occured.

[I see the one continuing Page]

Inmate's Printed Name: Annamalai Annamalai          Reg. No: 56820-379

Inmate's Signature: _____          Unit: waushara    Date: 10.31.2024

**CORRECTIONAL COUNSELOR'S COMMENTS:**

3. Brief description and results of efforts made by inmate/Correctional Counselor to informally resolve:
Moved to different unit with different cell-mate

4. Names of staff contacted: S Annoye
It was resolved through BP-8 finally.

Inmate Signature/Date Informally Resolved          Correctional Counselor

OR

_____ Date BP-229 Issued

Inmate's Printed Name & Number          Inmate's Signature/Date

Reviewed: _____
             Unit Manager

Distribution: If complaint is informally resolved: Counselor will retain for six months. If complaint is NOT informally resolved: forward original attached to BP-229 form to Legal Administrative Assistant.

OXF 1330.18                    01-11-17                    Attachment A

of any sorts is 100% against my sincerely held Hindu Religious beliefs and a "sinful" act as per my faith per se. Indeed, I am married for the past 39 years with "one woman" and I have never and ever "lived" with a strange Woman in a room/cell for now months at any time in my life, except this forced "tortures" inflicted on me either in a negligent manner and or in an intentional manner to "inflict my emotional distress" constantly and in a continuming manner now lead to severe mental and physical health crisis for myself and lead to various irreparable harms. The U.S.Code 18 U.S.C. § 4042, expressly and specifically orders and mandate the "duties" of Bureau of Prions, and as per 18 U.S.C. § 4042(a)(2), its the conditions and obligations of the "unit team" to provide me with "SUITABLE QUARTERS". There is no means "living with a WOMAN in a male prison, who does not speak English a Latino woman who converse in Spanish, and with an indisputable fact that, when there are approximately over 700 Sprash inmates here, then what is the "qualification" I posses to "LIVE WITH A WOMAN" now for months now? It clearly appears that a patent "ill motive" exists and or I am patently treated in an indifferent manner.

Even Ms.Valazquez was willing to move with another inmate and other inmates wanted to move with me was 100% prevented and or restricted in a repeated manner, when numerous other inmates are allowed to choose their cell mates and move cells whenever they want. I have never moved my cell and did not cause any harms and prejudice to any of my celll mates so far either. Now it clearly appears and apparent that, I am being treated in retaliatory manner, although I PLEA and BEG for "PEACE and NOT CONFLICTS with any one. I have cried with pains and sufferings for several times because of these forced living with a strange woman Ms.Velasquez.

The placement of a strange Woman in my cell B-23 L goes to the hearts of violations of my "protected" constitutional rights under Eighth Amendment to be free from "cruel and Unusual piunishments". thE present "tortures" are "unnecessary and wanton pain" for myself. I do not have constitutional rights to select my cell however such matter is not a free card to play by the staffs to harm and injure my physical and mental well being in anymeans.. Also the BOP policy/Program statement for "The Transgender offnder manual 5200-04 CN-1 dated 05/11/2018 and its several provisions have been violated by this housing of a woman with a male prisoner for months, which is myself.. Here even Ms.Velasquwz wanted to move out of my present cell and some other inmates are willing to take her as their cell mate, which was routinely denied which violated the Transgender offender manual's whole purpose indeed. The manual even expressly states as ".....in making housing unit a trasgender's own views with respect to her placement in a particular cell shall be given serious consideration...." See the Transgener offender manual for understanding and guidence.

I respectfully pray in a humble manner to take immediate steps to move this woman inmate out of my present cell, and please allow me to "live in peace" and I am NOT interested in conflicts.

Thank you and God Bless you.

Very Truly,

Annamalai Annamalai., Victim / PEACE LOVE

E X H I B I T    N U M B E R    - 10

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention – Clinical Contact**

| Inmate Name: | ANNAMALAI, ANNAMALAI | | | | Reg #: | 56820-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/25/1965 | Sex: | M | Facility: OXF | Unit Team: | 9 GP |
| Date: | 07/31/2024 15:22 | Provider: | LaBelle, A. PsyD, Chief | | | |

### Focus of Session

Mr. ANNAMALAI was seen for Care2-MH contact on this date. He reported he wanted to process feelings he is being singled out and treated differently than his peers by some staff.

### Subjective/Objective Presentation

Mr. ANNAMALAI presented paperwork he reported was from an outside physician indicating Mr. ANNAMALAI's long-term health would be improved should his "ongoing PTSD" be addressed. Mr. ANNAMALAI was reminded his current diagnosis though Psychology Services is Unspecified Personality Disorder, and he is on the waitlist for potential Resolve programming. Mr. ANNAMALAI reported that while he wants to complete Resolve, he does not want to complete it at OXF as he feels he is being "retraumatized" psychologically because staff and treating him differently than peers. He reported believing his contact list was unjustly reduced, staff are purposely giving him "the run around" with administrative remedies, placing him with unsuitable cellmates, and are constantly trying to find a way to put him in the SHU.

Mr. ANNAMALAI presented as alert and oriented to all spheres. His grooming and personal hygiene were within normal limits. His mood was neutral with an unrestricted range of affect. His memory appeared intact, and his insight and judgment were adequate. He maintained an appropriate level of eye contact throughout the interview. His speech was normal in rate and tone, and his thoughts were logical, coherent, and goal directed. He denied any current suicidal or homicidal ideation, plan, intent, or related behaviors.

### Intervention(s)

Interventions used in this session included motivational interviewing, thought challenging, and active listening. Continued to work on work on thought challenging. Reviewed appropriate avenues on how to address concerns (e.g., chain of command, administrative remedies). Reviewed negative self-talk and thought challenging. His mental health status was assessed via behavioral observations and open-ended questions.

### Progress/Plan

Discussed Mr. ANNAMALAI's concerns with current cellmate and potential he may move in with a peer he can communicate with. Mr. ANNAMALAI's current cellmate speaks only Spanish, and Mr. ANNAMALAI does not speak Spanish. Resolve Coordinator to reach out to inquire if Mr. ANNAMALAI's Resolve codes can be updated without compromising FSA. Mr. ANNAMALAI will continue to be seen on a monthly basis. He agreed to contact Psychology Services as needed prior to the next scheduled contact.

Completed by LaBelle, A. PsyD, Chief Psychologist on 08/01/2024 15:15

E X H I B I T   N U M B E R   - 11

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-S

-------------------------------------------------------------------------------------------

FROM: 56820379
TO: Psychology
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S
DATE: 08/23/2024 03:16:17 PM

To: Dr.laBelle, Dr.Gruber
Inmate Work Assignment: Peace

Thank you and God Bless you Dr. LaBelle.

Respectfully,

/s/ Annamalai Annamalai
-----Psychology on 8/22/2024 5:02 PM wrote:

>

I have you scheduled for 8/27/24 at 2:30pm.

From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Tuesday, August 20, 2024 9:21 PM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S

To: Dr.laBelle, Dr.Gruber
Inmate Work Assignment: Peace

Dr.laBelle:

Any update on my request for transfer to an another institution, with the "recommendation" of the Psychology?

I also believe, soon I will be having a monthly meeting. Just let you know that, I have my IRS hearing on 27th and 29th I have my legal call. If you can schedule an early morning appointment for me, that would be great and also I would appreciate such a compassion as well.

Thank you and God Bless you.

Very truly
/s/ Annamalai A
-----ANNAMALAI, ANNAMALAI on 8/9/2024 7:34 AM wrote:

>

Dear madam:

Good day to you.

I am 100% confident that, you are diligently working on my request for a transfer to another institution, where the RESOLVE is available, or offered or going to be offered.

As I have repeatedly indicated To Dr.LaBelle, on various times in our meetings that, the continuing and several types of " e n v i r o n m e n t a l   s t r e s s o r s ", being caused at " this institution ', makes my ordinary prison life at this institution an impossible one and worst as possible. Most notably such factors clearly appears to be a serious contributing factors for my exacerbated constant anxiety, fear, depression and nightmares and etc..

I respectfully pray for a swift move of necessary papers for me to get out of this institution. I would highly appreciate such a compassion.

Thank you and God Bless you madam.

E V I D E N C E    N U M B E R    - 12

# Bureau of Prisons
# Psychology Services
# Clinical Intervention - Clinical Contact

| Inmate Name: | ANNAMALAI, ANNAMALAI | | | | Reg #: | 56820-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/25/1965 | Sex: | M | Facility: OXF | Unit Team: | 9 GP |
| Date: | 08/27/2024 17:13 | Provider: | LaBelle, A. PsyD, Chief | | | |

## Focus of Session

Mr. ANNAMALAI was seen for Care2-MH contact on this date. He continued to report interest in transferring. Discussed consultation with PSB, and determination there is not sufficient basis for an additional Resolve programming transfer as he is current at a Resolve site (See consultation note 8/23/2024).

## Subjective/Objective Presentation

Mr. ANNAMALAI continued to express frustrations with OXF and various remedies he has submitted. He processed frustrations with how various administrate remedies had been denied and his plans to submit additional paperwork as he has not been satisfied with the responses and follow-through. Mr. ANNAMALAI reported he would like to stay on the waitlist for Resolve programming at this time.

Mr. ANNAMALAI presented as alert and oriented to all spheres. His grooming and personal hygiene were within normal limits. His mood was neutral with an unrestricted range of affect. His memory appeared intact, and his insight and judgment were adequate. He maintained an appropriate level of eye contact throughout the interview. His speech was normal in rate and tone, and his thoughts were logical, coherent, and goal directed. He denied any current suicidal or homicidal ideation, plan, intent, or related behaviors.

## Intervention(s)

Interventions used in this session included motivational interviewing, thought challenging, and active listening. Reviewed negative self-talk and thought challenging. His mental health status was assessed via behavioral observations and open-ended questions.

## Progress/Plan

Mr. ANNAMALAI will continue to be seen on a monthly basis. He agreed to contact Psychology Services as needed prior to the next scheduled contact.

Completed by LaBelle, A. PsyD, Chief Psychologist on 08/29/2024 08:52

**Bureau of Prisons**
## Psychology Services
## Diagnostic and Care Level Formulation

| Inmate Name: | ANNAMALAI, ANNAMALAI | | | | Reg #: | 56820-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/25/1965 | Sex: | M | Facility: OXF | Unit Team: | 9 GP |
| Date: | 09/12/2024 15:31 | Provider: | Gruber Yanzapanta, Devona | | | |

### Relevant Historical Information

This Diagnostic and Care Level Formulation is being offered in conjunction with the Resolve - Psychosocial Assessment/Evaluation.

### Presenting Problem/Symptom

Mr. Annamalai completed a series of assessments to include the PCL-5, GAD-7, and the BDI-2 following his completion of the Traumatic Stress and Resilience workshop at TOM. Results from a DCLF dated January 5, 2024 indicated that his scores were elevated on these measures (GAD-7: 18, BDI-2: 31, PCL-5: 53). I also met with Mr. Annamalai for a Resolve clinical interview.

Regarding trauma history, Mr. Annamalai reported a history of physical and emotional abuse by his mother. He said that she broke his skull when he was in third or fourth grade. He also reported that he was physically assaulted by an inmate at another institution. He expressed interest in participating in the Resolve Program.

### Diagnostic Formulation

Mr. Annamalai is currently classified as CARE2-MH and diagnosed with Unspecified Personality Disorder by Psychology Services. He has been seen for five Suicide Risk Assessments in the BOP.

Regarding trauma history, Mr. Annamalai reported a history of physical and emotional abuse by his mother. He said that she broke his skull when he was in third or fourth grade. He also reported that he was physically assaulted by an inmate at another institution. He said that he was threatened by this inmate prior to the assault. He said that the inmate punched him in the head and choked him. Mr. Annamalai reported that he was fearful for his life. He said that he experienced repeated threats by this inmate after the assault. Mr. Annamalai reported experiencing the following symptoms as a result: tearfulness, recurrent trauma memories, avoidance, sadness, hypervigilance, anger, and changes in his relationships.

Mr. Annamalai completed a series of assessments to include the PCL-5, GAD-7, and the BDI-2 following his completion of the Traumatic Stress and Resilience workshop at TOM. Results from a DCLF dated January 5, 2024 indicated that his scores were elevated on these measures (GAD-7: 18, BDI-2: 31, PCL-5: 53).

A DCLF dated January 5, 2024 indicated    at Mr. Annamalai presents with several personality disorder traits, including paranoid, histrionic, antisocial, borderlin      nd narcissistic. He was diagnosed with Unspecified Personality Disorder by Psychology Services. His trauma histor   as conceptualized in the development and exacerbation of personality disordered traits. The diagnosis of Uns    ified Personality Disorder remains relevant and is maintained by history.

### Care Level Formulation

Mr. Annamalai's care level is based on rev      f PDS-BEMR records, Pre-Sentence Investigation Report (PSR), and a clinical interview. Mr. Annamalai is currently c    ied as Mental Health Care Level 2. He has a history of suicidal thoughts. Mr. Annamalai has a need for clinical in       ntion on an ongoing basis. Therefore, CARE2-MH remains appropriate at this time. If Mr. Annamalai participate.     e Resolve Program, his mental health care level will continue to be assessed.

**Diagnosis:**

Unspecified Personality Disorder, F60.9 - Current

Completed by Gruber Yanzapanta, Devona PsyD, Resolve Program Coordinator on 09/12/2024 15:47

EXHIBIT NUMBER  - **13**

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-S

--------------------------------------------------------------------------------

FROM: 56820379
TO: Psychology
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S
DATE: 09/05/2024 07:23:15 PM

To: Dr.LaBelle
Inmate Work Assignment: peace

Dear Dr.laBelle:

I have hand delivered an envelope yesterday at your office. Have you received and had a time to review? Let me know? I pray for your assistance as sought in that correspondence as well.Thank you and God bless.
Very Truly

/s / Annamalai Annamalai
-----ANNAMALAI, ANNAMALAI on 9/3/2024 11:51 AM wrote:

>

Dear Dr.LaBelle,                 confidential & sensitive

Good Morning.

Sub: - Pray for your compassion:

In this institution, you are the only one I share all my emotional matters.

This once is about my repeated statements, I have expressly have made via e-mails, cop-outs, and as well as orally for several months,with you, about my fear, anxiety, depression, retraumatized position being caused by some staffs at this prison in a negligent some time in a maliciously willful manner.

I was an orderly in my Waushara unit for all my time,( 8 months ), since I have arrived at this prison. Indeed inclusive of myself over 40 inmates are presently an orderly for that unit. Of course 90% of them are having "G h o s t    J o b s " like myself too. It allowed me to take care of my legal matters. Indeed, I still sacrifice my evening dinners and most of my morning breakfast as well to gain some more time in the law library as a a "forced starvation" for myself.

Last Friday evening, I was " f i r e d  " from my job "without any cause", without any notification as well,  and now, I  have been placed as a Compound orderly which will seriously impact my legal work times, and also my present chronic sinus untreated for over a decade, make me "unable to breath" via my nose, in case if I am exposed to outside heat and or cold weather on a continued time. These conditions gets worst in fall, spring, and winter.  Indeed, you have also recently witnessed such conditions in one of our monthly meetings very recently, just to afresh your memory ).

As a matter of fact,  even I have told you repeatedly B.Sponsler will retaliate very soon ( even in our last meeting ) since I have reported his "criminal acts" of perjury to the U.S.District court judge. Now he has "shown his power"of retaliation, and I am 'h e l p l e s s    w o r m" suffering with more pains. sufferings with trauma and etc.. I have spoken tp some of my friends in the prison, an they have empathized with m situation, and guided me to speak t any department's head-chiefs, so tat I can secure another "G h o s t   j o b " on the records, that will take me out of the compound labor Pools, and I can peacefully continue my legal matters, to leave the prison for good. I 100% trust that, this simple matter can be achieved by you. Wherefore, I respectfully pray for any orderly job in there psychoOlgy as a ghost job, which will allow m to heal and not surfer more with my declining mental status.( Also I have accidently encountered Mr.. Armstrong, and I have spoken about the Ghost job, he advised me o speak Mr... Tikkenen the senior recreation staff, who is incharge for firing and hiring s well, just let you know ),

My communications with my counselor is as follow for the record about such unresolved matters:

Annamalai : Good Morning counselor. How are you

Annoye: Hey Annamalai..

Annamalai: Counsellor I have very quick question sir. I have noticed that I have ben fired from y orderly job, I don't know why

--------------------------------------------------------------------------------

sir...
Annoye: Yes, I know about that..

Annamalai; I don't understand counsellor

Annoye: Annamalai Sponsler did it, not me

Annamalai; Why counselor, what wrong I di ton get fired rom my orderly job?
Annoye: Annamalai, its all Sponsler...he wants you to work m ore in the compound...

Annamalai: counsellor, it does not maker any sense./Why when over 30 guys this unit are having "ghost job...you know what even my celli also an orderly he, and he has never an ever worked as an orderly...then Why I m indifferently treated counsellor.

Annoye: Annamalai, all I can say that you are no Moe an orderly...that's all

Annamalai. No counselor, its a straightforward indifferent treatment. I understand your position. Thank you sir.

madam, Now you need t assist me to put me in any job in psychology and I do not want any pay either. I will wait for your further advise. Thank you and God Bless you madam

Very Truly

/s/ Annamalai Annamalai, Victim

E X H I B I T   N U M B E R   -  14

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D    JAN - 6 2025
DATE: 12/10/2024 09:14:07 AM

1a948992-5

To: Mr.B. Malcom
Inmate Work Assignment: peace

Dear Mr. B Malcom:

Good Morning:

I respectfully ask for the two weeks pay and bonuses as you have repeatedly promised,and as well as, contracted orally for being a "companion ( job ) for inmate  Halverson. You have promised and orally contracted for a "Grade -II pay with bonuses as well.

For the records, and most notably, Almost all of the inmates at WOOD unit knew that ( inclusive of several Correctional officers ) that, I have NOT only performed the companion job, whereas I went several miles extra length, by "cleaning up" his, " repeated "shits", ( several time falling out of his pants) ,  urinated floors, mattresses stained with "shits" ( inclusive of my mattresses), sheets, and etc..,  on such time several times a day.

Honestly, I went through extensive, "physical impacts", hardship, trauma, sufferings, in such periods by  exacerbating my mental, emotional, and physical pains as well.

PI

Respectfully Submitted
-----ANNAMALAI, ANNAMALAI on 11/15/2024 8:11 AM wrote:

>

Dear Mr. Malcom

E M E R G E N C Y   A T T E N T I O N   N E E D E D

Sub: My new job assignment not yet corrected and other associated matters:-

Good Morning and as well good day to you sir.

I am expressly sending the following matters and also to memorialize the discussion and interactions we had for several times within the past 2 weeks, since inmate Halverson was placed in the cell no A-1 at "Wood Unit".

1. You may or may not aware that, I was "f o r c e d " to live with a " w o m a n " known a Ms. Lucas Sanchez Velasquez, for several months at Waushara Unit in my cell, for several months (where which I was housed at cell no B-23-L on the day of my arrival), until, I moved to the present Wood Unit. I went through beyond explainable by words of, mental, and emotional tortures, agony(s) on a day to day basis, because of my " f o r c e d   l i v i n g   w i t h   a   w o m a n ", which indeed was against my sincerely held religious beliefs ( Hind faith ) and also as  a Hindu faith's  married man, for the past 39 years to my only wife.

As a former Hindu High Priest, I have taught and preached about morality, compassion and empathy, and I will and always shall 100% adhere such religious principles all my life. Finally after several months of correspondences talking to Psychology department ( I am Mental care Level -II inmate ) with tears in my eyes about the ""extensive infliction on emotional distress" and as well as " negligent infliction of emotional distress", orchestrated towards myself by the FCI-OXFORD staffs, and coupled with finally I need to file an administrative remedy ( BP-8 ) and a complaint to USDOJ,to take  me out of day to day horror.  I have also endured  several physical, emotional and mental injuries', because of such indifferent treatment I have endured.

Simply to put that, numerous inmates in that Waushara unit were repeatedly allowed to move and change their cells , however I was never and ever allowed to move a cell, or to be housed with any other cell mates Most notably, I am NOT a sex offender, LGBTQ person, transgender woman, "w o  m a n  of any kinds" , or any kinds of history of violence and also do not speak and understand Spanish language which is the language of the woman placed with me for the "forced living" at Waushara Unit.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

After come back to the wood Unit, another nightmare and retraumatized position has started by again placing an incompatible inmate Halverson in my new cell at Wood unit. Most notably, and also well known to YOU and the correctional officers and several other inmates at that Wood unit that, I was "repeatedly" and a daily basis " cleaning"the "Urinated floors ( all over the floors inside the cell, and Halverson's the "SHIT" on the cell floors, and as well as his urinated blankets and sheets too.

YOU wanted me to be his companion as a job. Indeed, I am highly compassionate and empathy character person. However, I need your attention also to take care of me and my concerns to be a companion of Halverston.You have clearly told me that I was/am NOT signed up to bath, feed and or clean his "shit" and "Urinated" clothes and blankets and sheets. Remarkably, although I have started the companion job" for the past "TWO WEEKS", still my job assignment is showing even today as "Compound LP" and YOU appears to failed to correct the same on records still.

Wherefore, I respectfully ask you to immediately step in to correct my job assignment and your records let shows that, I have started the job for the past two weeks ( inclusive of this weeks ). Further, I need your assistance to manage this inmate Halverson on an ongoing basis as well and I w ill speak to you further,

Thank you sir and God Bless you.

Very Truly yours,

/s/ Annamalai Annamalai

JAN - 5 2025
1804892-E1

<u>E X H I B I T   N U M B E R   -</u> 15

## REQUEST FOR ADMINISTRATIVE REMEDY WITHDRAWAL

I, <u>Annamalai Annamalai,</u> Register Number <u>56820-379,</u> request Administrative Remedy

case number <u>1224892-F2</u> be withdrawn.    This matter has been informally resolved and I

understand by submitting this request, I cannot file in the future concerning this incident.

I acknowledge that my withdrawal of this Request for Administrative Remedy is not the

result of influence on the part of any staff member of the Federal Bureau of Prisons.

_____    2/14/2025
Inmate Signature    Date

_____    2/14/25
Staff Witness    Date

EXHIBIT NUMBER - 16

Federal Bureau of Prisons

Remedy ID #   1224892-F1

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Annamalai, Annamalai | 56820-379 | WOOD | FCI-OXFORD |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** ~~RE-SUBMISSION XXXXXXXXXXXXX~~ . RE-SUBMISSION

First, I would like to apologize for making my "resolution "unclear". I am submitting my appeal with clarity as you have instructed as follows.

(1). This matter and facts, controversy are surrounding a "oral contract:" executed by Mr.B.Malcom ( HSA ).He hired me ( as well as another Black inmate in WOOD unit as well ) as a "COMPANIAN" for now 'killed' inmate Mr.Scott Halverson. I was working for Mr.Malcom for over a two weeks period, and then the inmate Halverson was moved to an isolation and under belief and information, latter he was killed.

(2). After my several oral and as well as written correspondences, Mr.Malcom clearly shows his intention to "not" to honor the "oral contract he has organized with me, and there by I have suffered an "injury-in-fact". ( I indeed also have several witnesses for such matters as well ).

(3). Then I have filed a BP-8 with "extensive Trauma re-inflicted by Mr.Malcom's continued "fraudlent acts". In that process Mr.Malcom has violated the BOP policy as well as 28 C.F.R.§ 542.13(See Exhibit -1 ) by intentionally failed to or attempt to resolve the matters. His serious misconduct also appears to have violated FBOP/OIA P53420.11 as wellInsupport of the facts, I have enclosed a continuing page with a "SPECIFIC RESOLUTIONS" sought as well.

| 1/15/2025 | one continuing page and BP-8, Exhibits enclosed herewith. | [signature] |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

RECEIVED
JAN 1 7 2025
OXFORD ALDC(?)

_____      _____
DATE                                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE             CASE NUMBER: 1224892-F1

                                      CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____  ⊛  _____
DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                            BP-229(13)
                                                                 APRIL 1982

continuation to BP-9 - Medcal pay matters  Annamalai A. # 56820-379

Further the shocking conscious "cheating" and "defrauding" me by HSA Malcom, is quite blood chiling.Let me expand as follows, which these matters also needed an investigation by USDOJ and YOU are obligated to NOTIFY the USDOJ pursuant to USDOJ/OIA 1210.24 since it clearly appears that some serious criminal misconducts involved in these m,a matters as well.

(1). Mr.Malcom, placed and or caused to place inmate SCOTT HALVERSON, with several serious medical and mental health challanges, by knowing veryb well that, such inmate is NOT qualifid to house  at this institution at all, based on his very serious need and constant attentio n at my cell no A-1 (Wood Unit ).

(2). In that due coureE, he conned me, defrauded me, and also caused to inflict my emotional distress to an unbearble level, by I regularly "remove, c;lean up" the "SHIT and URINE" on the cell floors, washing his mattress(s), blankets, bead sheets on a regular basis.

(3). Indeed I was cleaning his "infested floors with "SHIT and URINE" on an average of over five times a day, with my own rescipiratory conditions of inabilty to breathe via my nose for the past & several months.

(4). After, SCOTT HALVERSON got checked in it appears that, jt appears that he was killed in SHU as well.

(5). In case SCOTT HALVERSON, would have died in my cell, my life would be upside down without any debates, by considering the audacious and atrocious misconducts of some staffs asociated with Malcom has inflicted on me so far!!.

(6). Mr.Malcom is now responsible for the staff misconducts, violation of  28 C.F.R. § 542.13, breach of contract, common law fraud, breacxh of goodfaith dealings, Breach of Trust,,retaliation, infiction of emotional distress intentionally and also negligently in the due course of his misconducts. See, Exhibit # 2 E-mail threads with B.Malcom.

## Specific "Resolution(s)" Sought

Relief Sought:

1. The full pay under Pay grade -II as contracte with additional bonuses in full.

2. An aplogy letter for his misconduct from Mr.Malcom .

3. I als seek a notification to the Office of Internal affairs and USDOJ pursuant to FBOP/OIA P53420.11 and USDOJ/OIA 1210.24H  as well.

4. I respectfully reserve my options to appropriately seek civil damages in the court of law.However for the records, I respectfully seek the damages of as follows, in the "Personal/individual" capacity of Mr.Malcom, since several of his acts inflicted on me are/were intentional, capricious, malicious, which are "OUTSIDE THE SCOPE OF HIS EMPLOYMENT"

|  |  |
|---|---|
| (1). Common Law Fraud | $ 5,000.00 |
| (2). Unjust enrichment | $ 2500.00 |
| (3). Retaliation | $ 2000.00 |
| Total | $ 9500.00 |

Respectfully Submitted this day of January 02, 2025.

122 4898-F7

Annamalai A, victim

Inmate Name: _Annamalai #56826-379_
Date Issued: _12/11/24_
Issue: _pay_
Issued by: S. Annoye, Counselor

JAN 6 2025

Federal Correctional Institution
Oxford, Wisconsin

JAN - 6 2025

1324899-F1

## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES
## INFORMAL RESOLUTION FORM

**INMATE'S COMPLAINT:**

1. Complaint (general): I and another inmate at WOOD Unit, were "hired" by Mr.B.Malcom, to be a "companian Job" for the now deceased inmate Halverson.I spent every day with extreme hard works, and traumas, feelings to "clean the Urinated Floors, "POOP/SHIT of inmate Halverson all over the cell floors and inclusive of my bed sheets .Inmate Halverson also pie on his pants several times and "poop" inside his pant(s), and I also took care of the mess.I have been promised a GRADE -II pay with Bonuses, not yet paid.

2. Efforts made by inmate and staff contacted by inmate to informally resolve complaint: _____ I have spoken to Mr.B.Malcom the HSA, and he ket on motivating me and another inmate to do the companian job and we will be paid per se..After approximately 2 weeks of companian job, inmate Halverson has ended up in SHU and under belief and information died.I also sent several e-mails to B.Malcom about my pay, and he appears did not care about the "~~XXXX~~ ORAL CONTRACT(s)" and 'promised he has made to lure mein to that most Traumatic job

Inmate's Printed Name: _Annamalai Annamalai_         Reg. No: _56820-379_

Inmate's Signature: _Annamalai_ (seal) Reg.No 56826-379        Unit: _WOOD_    Date: _12/111/2024_

The E-mails are enclosed as well as Exhibit-1

**CORRECTIONAL COUNSELOR'S COMMENTS:**

3. Brief description and results of efforts made by inmate/Correctional Counselor to informally resolve: _Contacted HSA Malcolm, no response given._ _Proceed to BP-9._

4. Names of staff contacted: _B. Malcolm, HSA_

Inmate Signature/Date Informally Resolved        Correctional Counselor

OR _1/2/25_ Date BP-229 Issued

Inmate's Printed Name & Number        Inmate's Signature/Date

Reviewed: _____
                    Unit Manager

Distribution: If complaint is informally resolved: Counselor will retain for six months. If complaint is NOT informally resolved: forward original attached to BP-229 form to Legal Administrative Assistant.

OXF 1330.18            01-11-17            Attachment A

EXHIBIT NUMBER - 18

## INCIDENT REPORT
Dept. of Justice / Federal Bureau of Prisons

### Part I - Incident Report

| 1. Institution: **OXFORD FC** | | | Incident Report Number: **4005133** | |
|---|---|---|---|---|
| 2. Inmate's Name **ANNAMALAI, ANNAMALAI** | 3. Register Number **56820-379** | 4. Date of Incident **10-02-2024** | | 5. Time **1910 hrs** |
| 6. Place of Incident **Education** | 7. Assignment **COMPOUNDLP** | 8. Unit **9 GP** | | |
| 9. Incident 305 – POSSESSING UNAUTHORIZED ITEM. 313 – LYING OR FALSIFYING STATEMENT. | | 10. Prohibited Act Code(s) **305 313** | | |

11. Description Of Incident
(Date: **10-02-2024**  Time: **1910 hrs**  staff became aware of incident)

At approximately 7:10 p.m. Inmate ANNAMALAI, ANNAMALAI, #56820-379 was stapling papers and I discovered a pair of blue and gray handled, children's safety, craft scissors of the manufacturer Sparco resting in Annamalai's shirt pocket. I directed Annamalai to place the scissors on the table in front of him. Annamalai placed the scissors on the table and then stated he was allowed to have the scissors as he had a hobby craft permit for the scissors. Annamalai continued on to say that he has a hobby craft permit for the scissors and that was how he obtained the scissors and that he uses the scissors for making art and for cutting and pasting legal work. I called down to the Recreation department and spoke to Recreation Specialists R. Mittelstedt and X. Vue who confirmed that Annamalai does not have a hobby craft permit on file and that the scissors are an unauthorized item and that the statement about the hobby craft permit was false.

R E C E I V E D

OCT 22 2024

1215374-F2

OXF LEGAL DEPT

| 12. Typed Name/Signature of Reporting Employee **S Imundo** | | 13. Date And Time **10-02-2024 2047 hrs** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) *Kendall* | | 15. Date Report Delivered **10-03-24** | 16. Time Report Delivered **1503** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                    Replaces BP-S288.052

| BP-A0288<br>Dept. of Justice | INCIDENT REPORT<br>Federal Bureau of Prisons | |
|---|---|---|
| Inmate's Name<br>ANNAMALAI, ANNAMALAI | Register Number<br>56820-379 | Incident Report Number<br>4005133 |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

**Ms. Immundo is stating I lied. I stated I got the scissors at Marion through hobby craft.**

18. A. It is the finding of the committee that you:

X   Committed the Prohibited Act as charged.

—   Did not commit a Prohibited Act.

—   Committed Prohibited Act Code(s)

B. _   The Committee is referring the Charge(s) to the DHO for further Hearing.

C. X   The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:

**UDC finds Inmate Annamalai committed prohibited act code 305 for possessing unauthorized scissors and code 313 for falsifying his statement of having a hobby craft permit. This is based on the greater weight of the evidence, written report and subsequent investigation. After speaking with recreation staff, it was determined Annamalai does not have a hobby craft permit to possess the scissors. Thus, lying to education staff.**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

**LP phone 15 days for code 305 and LP visits 15 days for code 313**

21. Date And Time Of Action   10-04-2024 1132 hrs     (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

**D. Winger**

**S. Annoye**

Chairman (Typed Name/Signature)          Member (Typed Name)                    Member (Typed Name)

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

E X H I B I T   N U M B E R   -   19

BP-A0383
AUG 11

**INMATE PERSONAL PROPERTY RECORD** CDFRM

**U.S. DEPARTMENT OF JUSTICE**     **FEDERAL BUREAU OF PRISONS**

| 1. Institution: TOM | 1. Name: ANNAMALAT |
| --- | --- |
| 2. Register No: 56920-270 | 3. Unit: R-D-WX   4. Date & Time of Inventory: 1/30/24 12:00p |

5. Purpose of Inventory (Check one that applies): Date and Time of Action: 1/30/24 12:00p

| a. Admission | b. Hospital | c. Writ | d. X Transfer | e. Detention |
| --- | --- | --- | --- | --- |
| f. Release | g. Incoming Package | h. Other (specify) | | |

6. Disposition (Disp.)
D-Donated   M-Mail   S-Storage
K-Keep in Possession
C-Contraband (Attach BP-S102)

7. Type of Property:

**a. Personally Owned Items**

| # | Article | Disp. |
| --- | --- | --- |
| | Address Book | |
| 4 | Batteries | B |
| | Belt | |
| | Billfold | |
| 1 | Books, Reading | K |
| | hard ___ soft X | |
| | Books, Religious | |
| | hard ___ soft | |
| 1 | Boots InST. | D |
| | Brassiere | |
| | Cap, Hat | |
| | Coat | |
| 1 | Comb | |
| 1 | Combination Lock | K |
| | Dress | |
| | Eyeglass Case | |
| | Eyeglasses | |
| | Gloves | |
| | Hairbrush/Pick | |
| | Handkerchief | |
| 3 | Headphones 2, K | D |
| | Laundry Jacket | K |
| | Laundry Detergent | |
| | Legal Materials | |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pen/Ballpoint | |
| | Pencils | |
| | Personal Papers | |
| | Photo Album | |
| | Photo | |
| | Plastic Bowl | |

| # | Article | Disp. |
| --- | --- | --- |
| | Plastic spoon, cup | |
| | Playing Cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious Medal | |
| | Shirt/Blouse | |
| | Shoes | |
| 2 | Shoes, shower | 1-K |
| | Shoes, Slippers | |
| | Shorts | |
| | Skirt | |
| | Slip | |
| 1 | Socks | 4 |
| | Socks, Athletic | |
| | Stamps | |
| | Stocking | |
| | Sunglasses | |
| | Sweat pants | |
| | T-Shirt | |
| | Sweat Shirt | |
| | Thermal Bottoms | |
| | Thermal Top | |
| | Underwear | |
| | Watch/Watchband | |
| 1 | GLUCOSE READER | D |
| 1 | GLUCOSE STRIPS | D |
| 2 | ANTI DANDRUFF | K |
| 1 | COCOA BUTTER | K |
| 5 | BLACK RIBBON | K |
| 1 | SCRUBS | K |
| 1 | ECO CREAM | K |
| 1 | BOX TEA | K |

**b. Hygiene, etc.**

| # | Article | Disp. |
| --- | --- | --- |
| | Aspirin | |
| | Body Soap | |
| | Cotton Swabs | |
| 2 | Deodorant | K |
| | Dental Floss | |
| | Dentures Powder | |
| | Hair Oil | |
| | Petroleum Jelly | |
| | Menthol Rub | |
| 11 | Razor | K |
| | Shampoo | |
| | Shaving Lotion | |
| | Skin Lotion | |
| | Soap Dish | |
| | Toothbrush | |
| | Toothbrush Holder | |
| | Toothpaste | |
| | Tweezers | |

**c. Hobby craft**

| # | Article | Disp. |
| --- | --- | --- |
| 1 | SEW KIT | |

**d. Food**

| # | Article | Disp. |
| --- | --- | --- |
| | Beans | |
| | Cakes | |
| | Candy | |
| | Chips | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Cough Drops | |
| | Fish Packs | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant Coffee/Instant Chocolate | |
| | Mayonnaise | |
| | Oatmeal | |
| | Pepperoni | |
| | Noodles | |
| 10 | Rice | K |
| | Sausage | |
| | Spices | |
| | Tea | |
| | Vitamins | |
| 3 | P. MILK | K |
| 4 | CREAMER | K |
| 16 | SHAKES | K |

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

3 excess Razor – D
8 excess Batteries – D
1.5 excess Shower Shoes – D
2 excess earbuds – D
77 excess players – D
183 excess stgps – D
4 excess deodorant – D

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property       Value Alleged by Inmate

No individual item over $100.00

9. Article(s) listed as "Mail" (M) are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate, by signing below, certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _M Hardy_    Date: 1/30/24   Time: 12:50p

I have today reviewed the property returned to me. ___

Signature of Inmate    Register #    Date    Time

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____    Date: 2-09-24   Time: 1:30p

I have today reviewed the property returned to me. ___

Signature of Inmate    56520-379   2-09-24   1:30p
   Register #    Date    Time

Original: Central File; Copy: Inmate, R&D, Special Housing     Prescribed by P5510     Replace of BP-S383 of AUG 94

EXHIBIT  NUMBER - 20

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 10, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      OXFORD FCI

TO  : ANNAMALAI ANNAMALAI, 56820-379
      OXFORD FCI    UNT: 9 GP   QTR: W04-023L
      P.O. BOX 500
      OXFORD, WI 53952

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1215374-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : OCTOBER 10, 2024
SUBJECT 1      : UDC ACTION
SUBJECT 2      :
INCIDENT RPT NO: 4005133

REJECT REASON 1: SEE REMARKS.

REMARKS        : DID NOT PROVIDE A COPY OF UDC REPORT

EXHIBIT NUMBER - 21

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-S

--------------------------------------------------------------------------------

FROM: 56820379
TO: Unit Management East
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S
DATE: 10/16/2024 09:41:54 AM

To: Unit manager Sponler : Unit Team Member Annoye
Inmate Work Assignment: labor

Dear Mr.Sponsler:

Thank you for the response. I have already did what you are advising "now" with my Counsellor, Annoye.My conversation with him has revealed the fact  that, he  has no idea about,  where is that UDC report and also how to retrieve either.

Further, it appears that, you have not addressed my request to dismiss and expunge the report based on the violation committed by the UDC by not complying with the BOP PS 541.7 ( see my e-mail thread again ).I respectfully seek your intervention being " my unit manager " to speak and or contact any and all needed acts, to dismiss and expunge the malicious incident reports, which is also my goodfaith effort to " i n f o r m a i l y   r e s o l v e " the subject matters on hands.

Thank you and God Bless you.

Respectfully

/s/ Annamalai Annamalai
-----Unit Management East on 10/16/2024 9:17 AM wrote:

>
I was not part of the UDC process on these incident reports, you are encouraged to utilize the administrative remedy process to resolve your concerns with the disciplinary process. If you require an additional copy of your sanctions related to these incident reports, see your counselor and he can provide it to you.

--------------------------------------------------------------------------------
From: ~^I ANNAMALAI, ~^IANNAMALAI <56820379@inmatemessage.com>
Sent: Tuesday, October 15, 2024 8:22 PM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S

To: Unit manager Sponler : Unit Team Member Annoye
Inmate Work Assignment: labor

-
                                EMERGENCY REQUEST
To.
The Unit Manager B.Sponsler
The Counsellor Annoye ( Unit Team member )

Ref: Incident Report number(s) 4005124 and 4005133
Sub:-Emergency Request in compliance with the BOP PS 541.7 et seq with a humble request to dismiss and expunge the records ( SINCE THE UDC REPORT WAS NOT DELIVERED TO ME AS PER THE DISCIPLINARY POLICY ) with relates to I/R 4005124 and 4005133 and "Informal resolution sought " as mandated by the BOP PS 541.5(b)(3)-Reg

Dear Sir

Respectfully to state that, I am 100% entitled to the copy of the UDC's findings " w i t h i n   o n e   B u s i n e s s   d a y " after the UDC hearing. Indisputably now its over 10 days, still I was NOT provided with the UDC's report. The BOP PS 541.7 expressly mandates YOUR responsibility as:

-                "The UDC gives the inmate a written copy of the decisions and disposition by
-                 the "close of business next work day".

Indisputably now, such policy is clearly appears to be violated by the UDC, which in fact has " t a i n t e d  " the UDC process, which squarely falls in to the subject matter of, FBOP's " S t a n d a r d   o f   E m p l o y e e   C o n d u c t ( 3420.08 )

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-S

----------------------------------------------------------------------------------------

provisions as well " Here, my procedural due process has been already violated. Further, now, I have already suffered with sanctions, "without" any ability to appeal such malicious matters swiftly to avoid continued sanctions which are occurring as we speak.

Most notably, today my BP-9 to the warden rejected based on the non inclusive of the UDC's report. Its a common sense that, I can not present something to the warden which was NOT given to me by the UDC and thereby I am already prejudiced and suffered the sanction, which I was maliciously imposed with.

Respectfully now it appears that the UDC hearing became a mockery and winning my matters via administrative remedy process has no bearing, since I have already suffered my sanctions, and also the unavailable UDC report to me indisputably, prevented my ability to timely prevent such sanctions and or sufferings. Here begs a simple question, who is in the UDC is going to be responsible for such open policy violations?

WHEREFORE, in the interest of Disciplinary policy and also to "settle the matters once for all via "informal resolution" and also to respect the FBOP's program statements mandated for the UDC proceedings, { which now have been violated and no one can unwring the bell which already rang }, I humbly and most respectfully pray the UDC to dismiss and expunge the records immediately and advise me the final disposition;

These maters by the UDC now clearly violated the well established "Administrative procedures Act" as well, by the 'negligent acts" of the persons involved herein. ( see BOP PS 3420.08 as well ).

At the closing I am reiterating that ":ALL I AM SEEKING IS PEACE AND NOT'A CONFLICT AND I WOULD LIKE TO RTEMAIN IN PEACE ALWAYS.I have100 respect for you all.

Thank you and God bless you as well.

Respectfully submitted,

/s/ Annamalai Annamalai, Victim

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member)<br>AW Rosenberg/ warden Emmerich/ AW wagner | DATE:<br>10/06/2024 |
|---|---|
| FROM:   Annamalai Annamalai | REGISTER NO.:   56820-379 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)
 Ref: Incident report number        :         4005123 ( both are possession of unauthorized

items I/R ).

I have been removed my phone privileges for 15 days based on the UDC's erroneous acts and deeds.

I have already served 4 days out of 15 days by loosing my phone privileges.I have a sick mother

of now approximately 85 years old and my 37 years wedded wife who s also very sick "IN INDIA".E

Both are NOT good in E-mails and and any other English materaisls of writings and or

conversing.The only way, i communicate with tem was on a day to day basEis via phone

which I have lost.Indeed, I have moved YOU for to "informally resolve" the matters.In the

mean while, I humbly ask for your compassion to at least reinstate my phone phone privileges

for immediately so that I can care for my wife and mother on the verge of DEATH as  we speak

until the informal resolution" completed.I would highly appreciate such a compassion.

Very Truly    Annamalai Annamalai 56820-379 *[signature]*
                                        PEACE & LOVE

                        (Do not write below this line)

DISPOSITION:

_____

      Signature Staff Member          | Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Counsellor Annoye & Unit Team (UBC) | DATE: 09/04/2024 |
|---|---|
| FROM: Amamaia A | REGISTER NO.: 56820-379 |
| WORK ASSIGNMENT: Order N - Comfred | UNIT: Waushera |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Ref: Incident Report No                4005133

I respectfully Notices and also inform request that
"I would like to take the "Informal Resolution as
provided in the Disciplinary Policy 541.5 (b)(3) with
a Two weeks Pause. concerning the Underlying
"Senseless" incident Report issued to me, one, even
in violation of the Policy itself and other one
by Falsifying the Underlying facts.

I too, intend to act in God faith, honor and
Candid manner to "INFORMALLY RESOLVE" these
Matters Thank you and God bless you.

(Do not write below this line)

DISPOSITION:




Signature Staff Member | Date


Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

E V I D E N C E   N U M B E R   - 22

### § 541.7  Unit Discipline Committee (UDC) review of the incident report.

A Unit Discipline Committee (UDC) will review the incident report once the staff investigation is complete. The UDC's review involves the following:

(a) Available dispositions. The UDC will make one of the following decisions after reviewing the incident report:

(1) You committed the prohibited act(s) charged, and/or a similar prohibited act(s) as described in the incident report;

(2) You did not commit the prohibited act(s) charged; or

(3) The incident report will be referred to the Discipline Hearing Officer (DHO) for further review, based on the seriousness of the prohibited act(s) charged.

(4) If you are charged with a Greatest or High severity prohibited act, or are an inmate covered by § 541.4, the UDC will automatically refer the incident report to the DHO for further review.

(b) UDC members. The UDC ordinarily consists of two or more staff. UDC members will not be victims, witnesses, investigators, or otherwise significantly involved in the incident.

(c) Timing. The UDC will ordinarily review the incident report within five work days after it is issued, not counting the day it was issued, weekends, and holidays. UDC review of the incident report may also be suspended if it is being investigated for possible criminal prosecution.

(d) Inmate appearance. You are permitted to appear before the UDC during its review of the incident report, except during UDC deliberations or when your presence would jeopardize institution security, at the UDC's discretion. Also:

(1) You may appear either in person or electronically (for example, by video or telephone conferencing) at the UDC's discretion.

(2) You may waive your appearance before the UDC. If you waive your appearance, the UDC will review the incident report in your absence.

(3) If you escape or are otherwise absent from custody, the UDC will conduct a review in your absence at the institution where you were last confined.

(e) Evidence. You are entitled to make a statement and present documentary evidence to the UDC on your own behalf. The UDC will consider all evidence presented during its review. The UDC's decision will be based on at least some facts and, if there is conflicting evidence, on

CFR2                                                 1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

the greater weight of the evidence.

(f) Sanctions. If you committed a prohibited act or prohibited acts, the UDC can impose any of the available sanctions in Tables 1 and 2 of § 541.3, except loss of good conduct time credit, FSA Time Credits, disciplinary segregation, or monetary fines.

(g) Referral to the DHO. If the UDC refers the incident report to the DHO for further review, the UDC will advise you of your rights at the upcoming DHO hearing, as detailed in § 541.8.

(h) Written report. You will receive a written copy of the UDC's decision following its review of the incident report.

(i) Appeals. You may appeal the UDC's action(s) through the Administrative Remedy Program, 28 CFR part 542, subpart B.

**HISTORY:** [75 FR 76263, 76267, Dec. 8, 2010, as corrected at 75 FR 81853, 81854, Dec. 29, 2010; 76 FR 11078, 11079, Mar. 1, 2011; 87 FR 2705, 2719, Jan. 19, 2022]


**[EFFECTIVE DATE NOTE:**

75 FR 76263, 76267, Dec. 8, 2010, revised Subpart A, effective Mar. 1, 2011; 76 FR 11078, 11079, Mar. 1, 2011, delayed the effective date of the amendment appearing at 75 FR 76263, 76267, Dec. 8, 2010, until June 20, 2011; 87 FR 2705, 2719, Jan. 19, 2022, revised paragraph (f), effective Jan. 19, 2022.]

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

**541.7  Unit Discipline Committee (UDC) review of the incident report.**

A Unit Discipline Committee (UDC) will review the incident report once the staff investigation is complete. The UDC's review involves the following:

(a)  *Available dispositions.* The UDC will make one of the following decisions after reviewing the incident report:

(1)  You committed the prohibited act(s) charged, and/or a similar prohibited act(s) as described in the incident report;

(2)  You did not commit the prohibited act(s) charged; or

(3)  The incident report will be referred to the Discipline Hearing Officer (DHO) for further review, based on the seriousness of the prohibited act(s) charged.

(4)  If you are charged with a Greatest or High severity prohibited act, or are an inmate covered by 541.4, the UDC will automatically refer the incident report to the DHO for further review.

(b)  *UDC members.* The UDC ordinarily consists of two or more staff. UDC members will not be victims, witnesses, investigators, or otherwise significantly involved in the incident.

The Warden designates ordinarily two or more unit staff members to hold an initial review and impose available sanctions upon completion of the investigation of alleged misconduct for moderate category and low category offenses. One staff member UDCs are permitted when other members are not reasonably available.

Only one unit staff member is required to hold an initial review when the incident report is required by policy to be referred to the DHO.

A staff member witnessing an incident may serve on the UDC in cases where virtually every staff member in the institution witnessed the incident in whole or in part.

A staff member may not sit on the UDC without successfully completing the self-study program for UDC certification.

Each Warden must select at least one UDC Trainer to monitor the progress of staff participating in the self-study program.

(c)  *Timing.* The UDC will ordinarily review the incident report within five work days after it is issued, not counting the day it was issued, weekends, and

progstat                                    1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

566620379

hearing, as detailed in 541.8.

The UDC is prohibited from imposing the sanctions of make monetary restitution or monetary fines.

The UDC forwards copies of relevant documents to the DHO with a statement of reasons for the referral, along with recommendations for sanctions if the DHO finds the inmate has committed the act or another prohibited act. The UDC Chair records reasons for the referral and recommendations for disposition in the "Committee Action" section of the incident report. Recommendations are contingent upon a DHO finding that the inmate committed the act.

When charges are referred to the DHO, the UDC advises the inmate of the rights afforded at a hearing. The UDC asks the inmate to choose a staff representative, if any, and the names of witnesses the inmate wishes to be called, to testify and what testimony they are expected to provide. The UDC advises the inmate that he/she may waive the right to be present at the hearing, but still have witnesses or a staff representative appear on his/her behalf.

If an inmate waives the right to appear at the UDC review, the UDC ensures the inmate is advised of the rights afforded at a hearing before the DHO (see forms for Inmate Rights at Discipline Hearing and Notice of Discipline Hearing Before the Discipline Hearing Officer (DHO)).

(h)  *Written report.* You will receive a written copy of the UDC's decision following its review of the incident report.

The UDC prepares a record of its proceedings, which need not be verbatim. A record of the hearing and supporting documents are kept in the inmate's central file.

The UDC gives the inmate a written copy of the decision and disposition by the close of business the next work day. Action taken as a minor disposition may be reviewed under the Administrative Remedy Program (see 28 CFR Part 542, Subpart B.).

All UDC member(s) must print their name and sign Part II of the incident report to certify they served on the UDC and that the completed Part II accurately reflects their review.

When the UDC finds the inmate committed the prohibited act charged or a similar prohibited act reflected in the incident report, the chair ensures the information is entered into SENTRY in the Chronological Disciplinary Record.

progstat                                    3

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

566620379

E X H I B I T   N U M B E R   _23

**Administrative Remedy No. 1215374-A1**
**Part B – Response**

You appeal the October 4, 2024, hearing decision of the Unit
Disciplinary Committee (UDC) regarding Incident Report #4005133,
wherein you were found to have committed the prohibited acts of
Possession of Unauthorized Item, Code 305, and Lying or
Falsifying Statement, Code 313.  For relief, you request the
incident report be expunged.

Our review of your appeal reveals questions concerning the
disciplinary process.  Accordingly, your appeal is being
returned to the institution for appropriate action.  You will be
advised regarding further proceedings in this matter.  Upon a
final determination, you will be afforded the opportunity to
file a new appeal if you desire.  To this extent, your appeal is
partially granted.


February 6, 2025
Date

_T. Barnett_
Timothy Barnett, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

| From: | Annamalai Annamalai | 56820-379 | WOOD | FCI-OXFORD |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A—REASON FOR APPEAL  Ref # 1215374-R1. Appealing the "highly erroneous" decision by the Regional administrative Remedy Coordinator to YOU. My first and humble question is that, whether the so called Administrative remedy is a "MOCKERY" process? Now, I will take step by step, to understand such mockery, in which Andre Matevousian, even "rubber stamped" such "non sensical" decision.

(1). Let me firest direct YOUR attention to the Paragraph number -4, in which in pertinent part it states as ".....The evidence coupled by your decision Not to present credible or verified evidence, which have exonerated you from the charge, reasonably led the DHO to make guilty finding. ( underlined to Emphasize". Now, let me ask YOU, WHEN AND WHERE THE SO CALLED DHO HEARING OCCURED ON THIS "charge"????

(2). Then at the Pargrapgh number -3, more NON-SENSICAL findings can be find further. Let me take one one by one as follows:-

Question no-1: Before the UDC hearing, the investigator shal conduct investigation and obtain more evidences and document my "full statement".Having said, why such policy mandated under PS 541.5(b)(2) was violated?

| 01/02/2025 | BP-10 enclosed and continuing page also. | A. Annual |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

Part B—RESPONSE

| DATE | GENERAL COUNSEL |
|---|---|

SECOND COPY: REGIONAL FILE COPY     CASE NUMBER: 1215374-A1

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL | BP-231(13) |
|---|---|---|
| | | APRIL 1982 |

USP LVN

Where is the evidence such so called investigation has been done?Even my written submissions to the investigator Lt.Randall, simply neglected and thereby I havec been extremly prejudiced, by the violation of  BOP PS 541.5(b)(2).

Question no.2:  Where is the "evidence" to suppor the two charges of 305 and 313?

Thee is ZERO evidence were presented and or on the record to substantiate the violation of 305 and 313. The BIGGEST BLOW TO THE DECISION OF THE REGION, THE REGION "DID NOT" EVEN ADDRESSED THE CODE VIOLATION #1# AND SUCH FAILURE ALONE WARRANTS THAT THE ERRONEOUS DECISOJN SHGALL BE VACATED NOW. Further see Exhibit number- 1, my "property sheets".The so called "SCISSORS", indeed, even came with me in my property, and "Indisputably released by the "BOP" R & D , "for to keep in my "possession".The honest and sensible question here presented to YOU, if such "scissors" is an "unauthorized item" "to POSEES", then how come and or why the R&D released such "Scissor" to keep in my possession, in the first place?????.My head is  literally spinning to see these kinds of abuses. Is the writer S.IMUNDO's, incident report s an "acquisition" or "an evidence"??.A charge sheet/record never can be abn evidence, its simply an acqustitatory paper/erecord.

Question no.3 " Where is any resolution on code violation C&C 313 by the region.It clearly appears that by "placing some Boiler plate" copy, cut and paste work, has 100/l violated my due process at the Region ire BP-10 process also.

Question no.5. Why the egion did NOT answer my legitimate concerns inclusive of  (1) where in the A & O habd book and on the Prison's BOP's policy statements. & nowhere caution, advises, notices about a "need for a permit" for to Possess a safety scssors" when it comes from an another institution. Then how YOU expect me to follow and or respect a policy, which NO ONE has advised to me and or NOTICED to me in nay means at this institution???Whose fault is that???Indisputably the region's adminstrative     remedy coordinator, clearly appears that, "not" even looked at any of my Exhibits, and also patently failed to refute, why such overwhelming evidences as su does not  warrant a reversaal?

Question no.X-6 : Whether the Region's remedy coordinator need not folloow the time line to timely answer/respond to my BP-10.Inmdeed, I have received my response only on 01/02/2025, thereby the response itself is in violation of the       28 C.F.R. § 542.18 ( the response from the Region is due by 30 days ||..

Question no:7  I was NOT allowed to presentvX my witnesses, evidences, full oral statements and also NOT accepteed with my written statements by the mockery UDC. having said how such a process is in compliance with the UDC matterss. Indisputably the BOP PS      541.7(e) got violated, by restricting my ability to present my evidences and witnesses.Then PS 541.7(h) also violated by NOT producing the written report of the mockery UDC by the next following day.These mild long, constant abuses and violations of the D by the same staffs, who are supposed to adminsiter, are NOT the assault on my protected due process and or in violation of PS 541.7 et seq???

Conclusion & Relief Sought:-

My humble question to YOU, what is the purpose of Disciplinary pkolicy and appeal tpo the Region, when no one care about anything in th policy as stated above??The audacious decison by the region is so quite ilustrative here.The region did not even decide my innocence on the charge 316, and by its "silence" accepted my innocence and such charge shall be vac blow to the Region's resppnse, since such DHO matters never and ever occured. ( see Paragraph no. 4 of the Region's response ).The region did not state anywhere what is the" evidence" on the record to convict me? Indisputably it appears that the region has "believed" thatr the writer Ms.IMUNDO's charge itself is an evidence, which is not the threshold to charge and or convict me for a violation "factually didd not occur".Indeed the same subject matter Scissors, was even "released" by the R & D of this institution for "my possession".Then     honestly such a possession does not fall under 'unauthorized' since I was authorized by the R & D who authorized me to possess. PLEASE VACATE THIS CAPRICIOUS INCIDENT REPORT.

EXHIBIT NUMBER - 24

E X H I B I T   N U M B E R   -  $\overline{26}$

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Correctional Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 11/18/2024 01:04:01 PM

To: Lt.Randall CC: Dr.Labellee ( psycholgy )
Inmate Work Assignment: peace

Dear Lt.Randall.

Good afternoon.

I would like to personally send this e-mail to appreciate and thank the compassion shown to me.I would also like to notice that, Mr. Winger today repeatedly at the "partially occurred mockery UDC hearing" before the presence and "live spectators" of approximately a dozen other unrelated staffs" , in an angry manner implied me as such , "he does not care about investigator ( your ) findings", when I have stated the facts that there is NO EVIDENCE of violated conduct as I have been accused of by the incident report. I really need your assistance to defend me from these malicious events occurring as we speak to cause my "liberty interests".I would highly appreciate such a MERCY from you. I would highly appreciate a notification "FROM YOURSIDE" to the DHO to prevent any before injustice towards me. Thank you and let God Bless you and all your loved ones forever.

Very Truly,

/s/ Annamalai A.

CC: To. Dr.laBelle staff Representative
-----ANNAMALAI, ANNAMALAI on 11/18/2024 12:02 PM wrote:

>

Dear Sir:

I am sending this emergency correspondence to "prevent an and all prejudices" an more acts of violating the FBOP's Disciplinary policy b Mr. Winger and also by his Privles, "before" I get railroaded via a malicious so called UDC hearing and I would like to memorialize the events surrounding an incident report Code Violation no. 226 an UDC partially occurred( not completed still ) about a malicious incident report about the possession of couple of pens, white out an some highlighters.

As a matter of fact pursuant to discipline policy 541,5(b)(2) the Investigator Randall investigated and he specifically advised me as if there is no evidence, the Incident report will be thrown away. Indeed yesterday in the presence of LT. Tussi he two times stated the result of his investigation as "ANNAMALAI EVERYTHING IS GOOD FOR YOU ( BY THUMBING HIS FINGER ) AND YOU WILL SEE UDC TOMOROW.

However today, Mr. Winger attempted to conduct a "strong arm" UDC hearing, and repeatedly prevented me, NOT able to give my oral statements and also did NOT document the witnesses which I have requested repeated and politely. He also repeatedly, did not address my question, why he is not willing or able to consider the investigative staff Lt.Randall's investigative findings as such the prohibited act was " n o t " committed by me!!

Next, he wanted me to sign the list of paper blank, without properly filling that paper work, without even docketing the requested witnesses names, and I have told him as I will NOT agree to such Unlawful conduct". Then he stated repeatedly as such I CAN NOT CALL ANY STAFFS AS MY WITNESS, however I do not see in any disciplinary policy a staff can not be called as a witness at all.

He has repeatedly exhibited literally an "arrogant behavior" and also repeatedly attempted to prevent my ability to preset the facts and the BOP policy in support as well as truth. In fact, that "circus" was WITNESSED "LIVELY" BY SEVERAL WITNESSES, ( several staff members participated in the UDC hearing over a dozen at least I believe ), WHICH NOW, I INTEND TO CALL ALL OF THEM AS MY WITNEESESS for the so CALLED DHO hearing as well.They can vouch for the various malicious and staff misconducts of Mr. Winger which s condemned by the BOP's staff misconduct policy itself BOUT MY ENTITLEMENT TO A PROPER UDC HEARING PER SE.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

Thank you and God bless you.

Very Truly

/S/Annamalai. A
-----ANNAMALAI, ANNAMALAI on 11/18/2024 1:04 PM wrote:

>

Dear Lt.Randall.

Good afternoon.

I would like to personally send this e-mail to appreciate and thank the compassion shown to me.I would also like to notice that,
Mr. Winger today repeatedly at the "partially occurred mockery UDC hearing" before the presence and "live spectators" of
approximately a dozen other unrelated staffs" , in an angry manner implied me as such , "he does not care about investigator
( your ) findings", when I have stated the facts that there is NO EVIDENCE of violated conduct as I have been accused of by the
incident report. I really need your assistance to defend me from these malicious events occurring as we speak to cause my
"liberty interests".I would highly appreciate such a MERCY from you. I would highly appreciate a notification "FROM ,
YOURSIDE" to the DHO to prevent any before injustice towards me. Thank you and let God Bless you and all your loved ones
forever.

Very Truly,

/s/ Annamalai A.

CC: To. Dr.laBelle staff Representative
-----ANNAMALAI, ANNAMALAI on 11/18/2024 12:02 PM wrote:

>

Dear Sir:

I am sending this emergency correspondence  to "prevent an and all prejudices" an more acts of violating the FBOP's
Disciplinary policy b Mr. Winger and also by his Privies, "before" I get railroaded via a malicious so called UDC hearing and I
would like to memorialize the events surrounding an incident report Code Violation no. 226 an UDC partially occurred( not
completed still ) about a malicious incident report  about the possession of couple of pens, white out an some highlighters.

As a matter of fact pursuant to discipline policy 541,5(b)(2) the Investigator Randall investigated and he specifically advised me
as if there is no evidence, the Incident report will be thrown away. Indeed yesterday in the presence of LT. Tussi he two times
stated the result of his investigation as "ANNAMALAI EVERYTHING IS GOOD FOR YOU ( BY THUMBING HIS FINGER )
AND YOU WILL SEE UDC TOMOROW.

However today, Mr. Winger attempted to conduct a "strong arm" UDC  hearing, and  repeatedly prevented me,  NOT able to
give my oral statements and also did NOT document the witnesses which I  have requested repeated and politely. He also
repeatedly, did not address my question, why he is not willing or able to  consider the investigative staff Lt.Randall's
investigative findings as  such the prohibited act was " n o t " committed  by me!!

Next, he wanted me to sign the list of  paper blank, without properly filling that paper work, without even docketing the
requested witnesses names, and I have told him as I will NOT  agree to  such Unlawful conduct". Then he stated repeatedly as
such  I CAN NOT  CALL ANY STAFFS AS  MY WITNESS, however I do not  see in any disciplinary policy a staff can not be
called as a witness at all.

He  has repeatedly exhibited  literally an "arrogant behavior" and also repeatedly attempted to prevent  my ability to preset the
facts and the BOP policy in support and as truth. In fact, that "circus" was WITNESSED "LIVELY" BY SEVERAL
WITNESSES, ( several staff members participated in the UDC hearing over a dozen at least I believe ), WHICH NOW, I
INTEND TO CALL ALL OF THEM AS  MY WITNEESESS for the so  CALLED DHO hearing as well.They can vouch for the
various malicious and staff misconducts of Mr. Winger which s condemned by the BOP's staff misconduct policy itself BOUT MY

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

ENTITLEMENT TO A PROPER UDC HEARING PER SE.

He after the AW Rosenberg, standing a watching hat circus for few minutes abruptly stop[d the mockery UDC hearing and he said he will reconduct the UDC hearing, which s also NOT supported by the disciplinary policy thought the kickbacks to conduct a hearing by the Region and or central office The various procedural errors and serious infested staff misconduct literally corrupted the UDC process, and I request Warden Emmerich's intervention t stop these injustice and mockery openly orchetrated.

Respectfully Summitted

/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Psychology
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 11/18/2024 03:00:06 PM

To: Warden Emmerich AW wagner, Dr.LaBelle
Inmate Work Assignment: peace

Dear Sir./madam

I would like to memorialize the subsequent events occured just few minutse back as follows: "Around 2.25 P:M "

1. I was called by the Education staff "G" to take me to the Lieutenat's office to "participate" in the "SECOND" UDC hearing ( the First one was today morning occured ). Mr.Winger appears to be so angry although, I was extremly polite, respectful and softly spoken. He again" did NOT allow me to present my "oral statements" in full and "reppeatedly disconecting my oral presentation" every few seconds.

2. Then, he statrted arguing with me as that "staffs can not be my witnesses".Then he specifically stated as a "HUMOR" he will write about certain witnesses names!! Then he asked me about what my witnesess are expected to testify ( which is the questions I am supposed to give that to DHO and NOT the UDC ). I respeectfully responded to him that, I need few more minutes to write and give the questions to be asked to my witnesses who are " N O T " threats to the safety and security of the orderely managment of this institution.

3. Then he appears that got so ANGRY towards myself, and 'again" in the UDC hearing abruptly stopped and yelled at me :

-       I AM NOT ." F U C K I N G  W I T H  H I M  A N Y  M O R E", ·

"4. These statements were, before ANOTHER CORRECTIONAL OFFICER'S PRESENCE ( COMPOUND CORRECTIONAL OFFICER ) AND Mr.Winger, CLEARLY INSULTED, EMBARASSED, HUMILIATED, HARASSED AND RIDCULED ME and caused a PREA violartion. ( look at the CCTV camerastoo. )

5. Now such conduct falls in to the violation of " P R E A " . As of BOP paolicy , A BOP staff member ( or the inmates too ) shall not use such sexual words in any manner towards an another person or inmate in such an inappropriate and unlawful manner. Here the Staff Winger literally and brazenly violated such ACT and BOP's policies.

6. Indisputably such acts has corrupteed the spirit and soul and sanctity of the disciplinary process and I respectfully ask for an intervention of YOU all to take any and all incessary actions t o h o l d  M r . W i n g e r  r e s p o n s i b l e  f o r  h i s  u n l a w f u l  c o n d u c t s . I strongly believe and also as per the United states supreme court's binding precdents that, NO MAN IS ABOVE THE LAW, indeed.

7, Further the UDC has no authority to conduct NEW UDC hearings, without the authority of the Regional directors intervention. Such policy has also been viblated now!!

AT THE CLOSING ALL I AM SEEKING IS 'P E A C E ' AND NOTHING BUT "p e a c e.I respectfully seek-pray tat the malicious incident report be [recommendedd[ to be dismissed, and also indisoputably the investigator Randall has found out that thee is NO EVIDENCE[ in support of the alleged violation code, I am charged with now. ) Please see the investigator Lt. Randall reoprt.

Respectfully Submitted.

 Annamalai. A
-----ANNAMALAI, ANNAMALAI on 11/18/2024 1:06 PM wrote:

>

Dear Dr.LaBelle:

I have selected you as my staff representative.Please also see the forwarded e-mail threads: Its extensive malicious act and I need to speak to you ASAP, please. Please call me to attend your office.

EXHIBIT NUMBER -27.

| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 4027304 |
|---|---|---|
| | | Reg#: 56820-379 |
| Dept. of Justice | Federal Bureau of Prisons | ANNAMALAI, ANNAMALAI |

| Institution: **OXFORD FCI** | Incident Report Number: **4027304** | |
|---|---|---|
| NAME OF INMATE: **ANNAMALAI, ANNAMALAI** | REG.NO.: **56820-379** | UNIT: **9 GP** |
| Date of Incident Report: **11-16-2024** | Offense Code(s): **226** | |
| Date of Incident: **11-16-2024** | | |

Summary of Charges:
   **226 -- POSSESSING STOLEN PROPERTY.**

---

**I.** NOTICE OF CHARGE(S)

   **A.** Advanced written notice of charge (copy of Incident Report) was given to
   inmate on **11-16-2024** · at **1803 hrs** (by staff member) **T. Randall**

   **B.** The DHO Hearing was held on **11-26-2024**   at **1000 hrs**

   **C.** The inmate was advised of the rights before the DHO by (staff member):
   **H.FLICKNER**   on **11-19-2024**

   and a copy of the advisement of rights form is attached.

   **D.** Delay in Process   **None**

**II.** STAFF REPRESENTATIVE

   **A.** Inmate waived right to staff representative:   [Yes] **X**   [No] ___

   **B.** Inmate requested staff representative and
   **NA**   appeared.

   **C.** Staff Representative's Statement:
   **NA**

   **D.** Requested staff representative declined or could not appear but inmate
   was advised of option to postpone hearing to obtain another staff
   representative with the result that:
   **NA**

   **E.** Staff representative **NA**   was appointed.

**III.** PRESENTATION OF EVIDENCE

   **A.** Inmate ( ) admits   ( **X** ) denies the charge(s).

   **B.** Summary of Inmate Statement:
   You provided a written statement that included the following, "The staff in charge of the
   materials in question did not admit to their supervisor that anything had been missing or
   taken and that inmates are regularly allowed to use these items by educations staff even
   outside of education"

---

Prescribed by P5270          Replaces BP-304(52) of Jan 88

BP-A0304    **DISCIPLINE HEARING OFFICER REPORT**    IR#:  4027304
Reg#: 56820-379

Dept. of Justice    Federal Bureau of Prisons    ANNAMALAI, ANNAMALAI

C.    Witnesses

.1.    The inmate waived right to witnesses.    [Yes] X    [No]

2.    The following persons were called as witness at this hearing and appeared
(Each witness name and statement listed below):
**NA**

3.    The following persons requested were not called for the reason(s) given
(Each witness name and statement listed below):
**NA**

4.    Unavailable witnesses were requested to submit written statements and
those statements received were considered (Each witness name and
statement listed below):
**NA**

D.    Documentary Evidence. In addition to the Incident Report and
Investigation, the DHO considered the following documents:
**Final DHO Report – (BP-A304-F)**
**Incident Report – (BP-A288)**
**Inmate Rights at Discipline Hearing – (BP-A293)**
**Notice of Discipline Hearing Before the (DHO) – (BP-A294)**
**Incident Report - Inmate Written Statement – (BOP-IRIWS)**

E.    Confidential information was used by DHO in support of his findings, but
was not revealed to the inmate. The confidential information was documented
in a separate report. The confidential information has been (confidential
informants have been) determined to be reliable because:
**NA**

IV.    FINDINGS OF THE DHO
__ A. The act was committed as charged.    X  C. No prohibited act was committed:
__ B. The following act was commmitted:    Expunge according to inmate
discipline PS.

V.    SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations
written documents, etc.)
The DHO advised you of your rights before the Discipline Hearing Officer and you stated you
understood those rights. You confirmed you did not request a staff representative or witnesses.

The DHO finds that you did not commit the prohibited act of Code 226, Possession of Stolen
Property.

The DHO bases this finding on the Incident report writer's statement in Section 11 which states,
"Upon conducting a routine cell search at 1226 PM, I discovered inmate ANNAMALAI, ANNAMALAI,
#56820-379 possessed 4 highlighters, 2 black pens, 1 red pen, 1 permanent marker, and 1 white-out
roll in his locker that was secured by a combination lock. As a teacher that regularly restocks
materials for the Education Department, I can confirm that each of these items are the exact same
make as the ones we use in our department. These



| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 4027304 |
|---|---|---|
| | | Reg#: 56820-379 |
| Dept. of Justice / Federal Bureau of Prisons | | ANNAMALAI, ANNAMALAI |

materials are not to leave the Education Department for any reason and are considered stolen contraband In other parts of the institution. Moreover, Inmates are not authorized to possess permanent markers or white-out at all as they can be used to manipulate legal paperwork. Thus, inmate Annamalai was in possession of stolen materials from FCI Oxford's Education Department."

You appeared before the DHO and the DHO read the incident report aloud to you. The DHO asked if you had a statement and you provided a written statement that included the following, ""The staff in charge of the materials in question did not admit to their supervisor that anything had been missing or taken and that inmates are regularly allowed to use these items by educations staff even outside of education."

The DHO considered your statement to the investigator, "I did not have anything from education, and I did not steal from education."

The DHO considered your statement to the UDC, "I did not steal anything, these items were given to me. Mr. Frank said I could have that stuff back if I showed him my receipt. I did and I got my stuff back."

The DHO considered that there was not photo evidence taken of the contraband that was supposedly recovered.

The DHO noted you provided a written statement as evidence in your defense.

Based on the facts of the evidence presented which includes the information outlined above, the DHO finds that you did not commit the prohibited act of Code 226, Possession of Stolen Property based on the fact that there was not photograph taken of the contraband that was supposedly recovered and there was no evidence to support the criteria for this incident report.

---

VI.   SANCTION OR ACTION TAKEN
   ·Expunged.

When imposing a sanction of Disciplinary Segregation (DS), The Discipline Hearing Officer considered the time served as a primary means when calculating your sanction of (DS). This may not always be a viable option, due to concerns related to the safety of staff, safety of inmates or safety and security of the institution.

---

VII.   REASON FOR SANCTION OR ACTION TAKEN
Based on the fact that there was not photograph taken of the contraband that was supposedly recovered and there was no evidence to support the criteria for this incident report.



| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | IR#: 4027304 |
|---|---|---|
| | | Reg#: 56820-379 |
| Dept. of Justice / Federal Bureau of Prisons | | ANNAMALAI, ANNAMALAI |

VIII.   APPEAL RIGHTS:  **X**  The inmate has been advised of the findings, specific
evidence relied on, action and reasons for the action. The inmate has been
advised of his right to appeal this action within 20 calendar days under
the Administrative Remedy Procedure. A copy of this report has been given
to the inmate.

IX.   Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| **L. RUSSELL** | **L. RUSSELL** | **01-02-2025** |

DHO Report Delivered to Inmate by:

| _L. Russell_ | _[signature]_ | _1-3-25   1037_ |
|---|---|---|
| Printed Name of Staff | Signature of Staff | Date & Time Delivered |

> The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of
> electronic forms, electronic filing, and electronic signatures to conduct office business.

E X H I B I T    N U M B E R    – 28

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

-----------------------------------------------------------------------------------------------

FROM: 56820379
TO: Psychology
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/13/2024 02:13:58 PM

To: PHILIPPONE LABELLE
Inmate Work Assignment: AA

Dear Sior/madam

I FEEL VERY DEPRESSED, AND I AM EVEN WONDERING WHY SHOULD I TAKE THESE KINDS OF CONTINUING
MENTAL AND EMOTIONAL ' TORTURES', AND NOW I CAN NOT SPEAK TO MY FAMULY FO ANOTHER ONE MONTH!!,
WHICH WAS THE 'ONLY ' GETAWY FOR MYSELF TO REDUCE MY WORSENING RETRTAUMATIZED POSITION.

I AM EXTREMY UPSET THE WAY I AM BRUTALLY AND INDIFFERENTLY TREATED TODAY BY THE SO CALLED , UDC
HEARING AND I REALLY WANT TO HURT MYSELF AND I REALLY DO NOT SEE THAT NO,MEANING OF FURTHER
LIVING AND TAKING THESE KINDS OF CONTINUED TORTURES FGROM CERTAIN STAFFS AT THIS INSTITITUION WO
ARE ACTING WITH IMPUNITY IN A CONSTANT MANNER TO HARM ME MORE AND MORE.

ANNAMALAI
----ANNAMALAI, ANNAMALAI on 12/11/2024 10:15 AM wrote:

>

Dear Dr.Philippon:

Please review the forwarded e-mail. Is nothing surprise about my "repeated concerns" I have brought to you, about the
"retaliatory conducts" of certain staffs who does not either know the staff misconduct parameters and or does not care. The new
subject matter as in the forwarded e-mail message is the very latest one.

To make the story short, the unbearable pains, ( 8 out of 10 ) inability to "completely unable to breath via my nose, and 'burnt"
tongue because of constant inability to breath via my nose, the whole nights via mouth for several weeks, with"NO SLEEP",
partially made m as "OUT OF MIND".

My attempt to get medical attention, even after I sat for more than an hour yesterday was not taken care and I was 'again"
simply kicked out of Medical, without any medical attention, around 8.35 AM, ( since the staffs at medical were busy with some
other matters ) yesterday .Then, I was terified, re-that due course, MY MIND 100% DID NOT RECKLL my weekly ozampic shot
due at 9.30 A.M.

In the due course, I have remained in the education with Retraumatized position and around 10.35, I have left the library,. by
"forgetting even to pick up my coffee mug ( staff Anderson can verify that ) at the same time, and went then picked up within few
minutes latter. Then I went to the unit, and spoke to he correctional officer about my "MENTAL STATE", He then, was kind
enough to call the medical to get my shot back, and advised me to go to medical, at 11.00A.M ( I again, was not provided at
that time and kicked back t come at 5 P.M. Move , and I did).

Being my psychologist, I need you to Protect me by talking to my unit team ( East Unit ),which is the one supposed to
conduct the so called UDC hearing by explaining my mental state which I have explained, combined with our several
meetings and conversations about such matters in the acts as well.

I further, respectfully ask you to be my witness to defend me, · Indeed, I have zero intention of violating any BOP policy and
most notably, when my mind went blank I can not remember and or act in an intelligent manner at all, hope you will
understand.

Thank you and God Bless you.

Very truly

/s/Annamalai Annamalai, victim
----ANNAMALAI, ANNAMALAI on 12/10/2024 8:54 PM wrote:

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

>

Dera Mr.B.Malcom ( HSA )

Ref: Incident Report number 4038283 dated 12/10/2024 written by Staff Borrie

Sub: Informal resolution sought, pursuant to BOP PS 541.5(b)(3) and etc.. and reporting Retaliatory acts by Staff Borri for further Investigation by " S I A ".
"

Today night, I have received an audacious and a " capricious and retaliatory" ( in violation of BOP PS 541.5 )incident report today written by Staff Borrie. See the forwarded e-mail message, which will squarely connects the retaliatory nature of such matters.

I have been accused of violating BOP Code 306 and 316 which on its face not only NON-SENSICAL, and the clear " evidence " of staff misconduct by abusing the disciplinary process.

First up all, as I have been accused of violating code 306, I have and or had "ZERO"intent to violate and or refuse the "work assignment ", since, I am NOT employed with the Medical services now .On its face this incident report is utterly flawed and goes to the hearts of retaliation.

The second charge of violation of code 316 is also not supportive by the code violation, I have been charged with. In fact, and most importantly to me, under the extreme trauma inflicted by the medical staffs today after I was WAITING FOR A SICK CALL TREATMENT, I WAS KICKED OUT OF MEDICAL SERVICES AT 8.30 am WITHOUT ANY TRATMENTS, SIMPLY BECAUSE NURSE BOUTIN WAS BUSY WITH SOMETHING ELSE.

" I was devastated, traumatized, and went " O U T   O F   M I N D  " and walked, even without knowing, where I am going and ended up in the education. Then at 10.30 M, I went and reported such matters to my unit's team counsellor Mr.ANNOYE . As well as to the Unit's correctional officer, who called the medical and told me Annamalai everything is going good; and you are not in trouble, go and get your Ozampic at 11.00 AM ( after chow ). I went and however I was again denied my shot.

Further I have been advised specifically and recently expressly by the Medical staffs that, if I end up missing the shots on Tuesday, I can  come at the evening pill call and receive one, which I have followed today and received my shot finally.

I would like to amicably settle this matter informally under BOP OS 541.5(b)(3) and act accordingly and swiftly, before I get further harms because of this retaliatory incident report.

Thank you an God Bless you.

Very truly

/s/ Annamalai A.
-----ANNAMALAI, ANNAMALAI on 11/26/2024 9:45 PM wrote:

>

Dear Sir/Madam                                    TIME SENSITIVE

-                                " EMERGENCY REQUEST AND ATTENTION  NEEDED "

Sub: Patent" M e d i c a l   N e g l i g e n c e   by Medical assistant Ms.Borrie " , and also by intentionally, violating my protected Eighth Amendment constitutional rights.

I respectfully ask for your immediate intervention on the immediately, as follows:

 I am used to get my Ozempic injection, every Tuesdays, around 9.30 AM. Today, based on a "legal call" , I was removed from the education department, approximately around 9.15AM and I was  taken to the FSTC to attend my legal matters, which has prevented my ability to visit the  medical services at 9.30 AM, of course NOT at  my fault.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

Then after Chow, I have promptly visited, to see Medical Assistance Ms.Borrie, and I have very politely and repeatedly, " b e g g e d " her, to provide me with the Ozempic. Ms.Borre was so angry and yelling , illtreating me, for the reasons I am unaware of, even when I was repeatedly " begging" for Ozaempic, , by explaining the matters as stated above herein. Ms Borrie has shouted and yelled at me as, " I AM NOT GOING TO GIVE YOU OZEMPIC,..... GO...WHEREVER YOU WANT TO COMPLAINT...."

Then, I have politely and respectfully, left the medical services to avoid more mental, and emotional tortures inflicted on me Ms.Borrie.

Now, I respectfully  ASK YOUR IMMEDIATE INTERVENTIO TO make immediate arrangements, to PROVIDE ME WITH THE WEEKLY INJECTION, which I am entitled for. Further, let this correspondence, be treated and considered  as a complaint against Ms.Borrie for "s t a f f   m i s c o n d u c t  " for mistreating, disrespecting, yelling and also prevent my ability to receive "life saving medications" for my ongoing chronic medical conditions.

Please be respectfully an humbly advised that, If I do not receive a positive answer by tomorrow Wednesday , then I assume that, my request has been denied with an intention(s)  of to,  harm and injure my health conditions more, " as usual by the "indifferent treatment(s), I routinely receive from some medical staffs at this institution.

Thank you and God bless you.

Respectfully Summited

/s/ Annamalai A, Victim

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Psychology
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/11/2024 10:15:53 AM

To: Dr. Philippon, Dr.LaBelle
Inmate Work Assignment: peace

Dear Dr.Philippon:

Please review the forwarded e-mail. Is nothing surprise about my "repeated concerns" I have brought to you, about the "retaliatory conducts" of certain staffs who does not either know the staff misconduct parameters and or does not care. The new subject matter as in the forwarded e-mail message is the very latest one.

To make the story short, the unbearable pains, ( 8 out of 10 ) inability to "completely unable to breath via my nose, and 'burnt" tongue because of constant inability to breath via my nose, the whole nights via mouth for several weeks, with"NO SLEEP", partially made m as "OUT OF MIND".

My attempt to get medical attention, even after I sat for more than an hour yesterday was not taken care and I was 'again" simply kicked out of Medical, without any medical attention, around 8.35 AM, ( since the staffs at medical were busy with some other matters ) yesterday .Then, I was terrified, re-that due course, MY MIND 100% DID NOT RECKLL my weekly ozampic shot due at 9.30 A.M.

In the due course, I have remained in the education with Retraumatized position and around 10.35, I have left the library,. by "forgetting even to pick up my coffee mug ( staff Anderson can verify that ) at the same time, and went then picked up within few minutes latter. Then I went to the unit, and spoke to he correctional officer about my "MENTAL STATE", He then, was kind enough to call the medical to get my shot back, and advised me to go to medical, at 11.00A.M ( I again, was not provided at that time and kicked back t come at 5 P.M. Move , and I did).

Being my psychologist, I need you to Protect me by talking to my unit team ( East Unit ),which is the one supposed to conduct the so called UDC hearing by explaining my mental state which I have explained, combined with our several meetings and conversations about such matters in the acts as well.

I further, respectfully ask you to be my witness to defend me, Indeed, I have zero intention of violating any BOP policy and most notably, when my mind went blank I can not remember and or act in an intelligent manner at all, hope you will understand.

Thank you and God Bless you.

Very truly

/s/Annamalai Annamalai, victim
-----ANNAMALAI, ANNAMALAI on 12/10/2024 8:54 PM wrote:

>

Dera Mr.B.Malcom ( HSA )

Ref: Incident Report number 4038283 dated 12/10/2024 written by Staff Borrie

Sub: Informal resolution sought, pursuant to BOP PS 541.5(b)(3) and etc.. and reporting Retaliatory acts by Staff Borri for further investigation by " S I A ".

Today night, I have received an audacious and a " capricious and retaliatory" ( in violation of BOP PS 541.5 )incident report today written by Staff Borrie. See the forwarded e-mail message, which will squarely connects the retaliatory nature of such matters.

I have been accused of violating BOP Code 306 and 316 which on its face not only NON-SENSICAL, and the clear " evidence " of staff misconduct by abusing the disciplinary process.          EXHIBIT NO.#

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D
--------------------------------------------------------------------------------

Very Truly yours,

/s/ Annamalai Annamalai

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

----------------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/10/2024 08:54:21 PM

To: B.Malcom ( HSA )
Inmate Work Assignment: peace

Dera Mr.B.Malcom ( HSA )

Ref: Incident Report number 4038283 dated 12/10/2024 written by Staff Borrie

Sub: Informal resolution sought, pursuant to BOP PS 541.5(b)(3).and etc.. and reporting Retaliatory acts by Staff Borri for further investigation by " S I A ".

Today night, I have received an audacious and a " capricious and retaliatory" ( in violation of BOP PS 541.5 )incident report today written by Staff Borrie. See the forwarded e-mail message, which will squarely connects the retaliatory nature of such matters.

I have been accused of violating BOP Code 306 and 316 which on its face not only NON-SENSICAL, and the clear " evidence " of staff misconduct by abusing the disciplinary process.

First up all, as I have been accused of violating code 306, I have and or had "ZERO"intent to violate and or refuse the "work assignment ", since, I am NOT employed with the Medical services now .On its face this incident report is utterly flawed and goes to the hearts of retaliation.

The second charge of violation of code 316 is also not supportive by the code violation, I have been charged with. In fact, and most importantly by the extreme trauma inflicted by the medical staffs today after I was WAITING FOR A SICK CALL TREATMENT, I WAS KICKED OUT OF MEDICAL SERVICES AT 8.30 am WITHOUT ANY TRATMENTS, SIMPLY BECAUSE NURSE BOUTIN WAS BUSY WITH SOMETHING ELSE.

" I was devastated, traumatized, and went " O U T  O F  M I N.D  " and walked,  even without knowing, where I am going and ended up in the education. Then at 10.30 M, I went and reported such matters to my unit's team counsellor Mr.ANNOYE . As well as to the Unit's correctional officer, who called the medical and told me Annamalai everything is going good, and you are not in trouble, go and get your Ozampic at 11.00 AM ( after chow ). I went and however I was again denied my shot.

Further I have been advised specifically and recently expressly by the Medical staffs that, if I end up missing the shots on Tuesday, I can  come at the evening pill call and receive one, which I have followed today and received my shot finally.

I would like to amicably settle this matter informally under BOP OS 541.5(b)(3) and act accordingly and swiftly, before I get further harms because of this retaliatory incident report.

Thank you an God Bless you.

Very truly

/s/ Annamalai A.
-----ANNAMALAI, ANNAMALAI on 11/26/2024 9:45 PM wrote:

>

Dear Sir/Madam                                    TIME SENSITIVE

                        " EMERGENCY REQUEST AND ATTENTION  NEEDED "

Sub: Patent" M e d i c a l  N e g l i g e n c e  by Medical assistant Ms.Borrie " , and also by intentionally, violating my protected Eighth Amendment constitutional rights.

I respectfully ask for your immediate intervention on the immediately, as follows:

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

I am used to get my Ozempic injection, every Tuesdays, around 9.30 AM. Today, based on a "legal call" , I was removed from the education department, approximately, around 9.15AM and I was taken to the FSTC to attend my legal matters, which has prevented my ability to visit the medical services at 9.30 AM, of course NOT at my fault.

Then after Chow, I have promptly visited to see Medical Assistance Ms.Borrie, and I have very politely and repeatedly, " b e g g e d " her, to provide me with the Ozempic. Ms.Borre was so angry and yelling , illtreating me, for the reasons I am unaware of, even when I was repeatedly " begging" for Ozaempic, , by explaining the matters as stated above herein. Ms Borrie has shouted and yelled at me as,  I AM NOT GOING TO GIVE YOU OZEMPIC,..... GO...WHEREVER YOU WANT TO COMPLAINT...."

Then, I have politely and respectfully, left the medical services to avoid more mental, and emotional tortures inflicted on me Ms.Borrie.

Now, I respectfully  ASK YOUR IMMEDIATE INTERVENTIO TO make immediate arrangements, to PROVIDE ME WITH THE WEEKLY INJECTION, which I am entitled for. Further, let this correspondence, be treated and considered  as a complaint against Ms.Borrie for "s t a f f   m i s c o n d u c t " for mistreating, disrespecting, yelling and also prevent my ability to receive "life saving medications" for my ongoing chronic medical conditions.

Please be respectfully an humbly advised that, If I do not receive a positive answer by tomorrow Wednesday , then I assume that, my request has been denied with an intention(s) of to,  harm and injure my health conditions more, " as usual by the "indifferent treatment(s), I routinely receive from some medical staffs at this institution.

Thank you and God bless you.

Respectfully Summited

/s/ Annamalai A, Victim

JAN  6  2025

12248992-EI

E X H I B I T   N U M B E R   - 29

# Bureau of Prisons
## Psychology Services
### Suicide Risk Assessment

| | | | |
|---|---|---|---|
| Inmate Name: | ANNAMALAI, ANNAMALAI | | Reg #: 56820-379 |
| Date of Birth: | 05/25/1965 | Sex: M   Facility: OXF | Unit Team: 9 GP |
| Date: | 12/13/2024 15:04 | Provider: Philippon, V. Staff Psychologist | |

Type of Housing:      General Population
Cell Accommodation:   Double-Cell

## Findings

This assessment and the resulting recommendations are based on the following sources of information:
Clinical Interview, Medical Record, Presentence Report, Psychology Data System, Sentry, Staff Interviews

## Reason for Referral

At approximately 14:20 on 12/13/2024, this Psychologist was notified Mr. ANNAMALAI may be at risk of self-injurious behavior. Specifically, Education called Psychology Services and reported Mr. ANNAMALAI had made statements that he "had thoughts of hurting himself." Mr. ANNAMALAI was maintained under constant observation until Psychology Services was able to assess his mental status and safety. At approximately 14:25 on 12/13/2024 this Psychologist met with Mr. ANNAMALAI in a private office in Psychology Services to complete this Suicide Risk Assessment (SRA).

## Developmental History

Per his PSR, "ANNAMALAI was born and raised in India to his parent's union. He has one sibling and a brother. His father died in 2012 as a result of a blood clot in his brain. He has no known history of childhood abuse or neglect. ANNAMALAI married his wife in 1987 and the two have two adult children together. He reportedly immigrated to the United States in 1999."

## Educational History/Cognitive Impairment

The following information was gathered from Mr. ANNAMALAI's most recent SRA, dated 11/07/2023, and updated as appropriate.

"ANNAMALAI reportedly graduated from high school in 1980 or 1981. He obtained both a Bachelor's and Master's degree in India. ANNAMALAI reported being a priest at various Hindu Temples in Georgia, California, Ohio, and Texas since 2004. He was a High Priest at HTG and shiv Vishnu Temple. He also reported being employed by Truxton Medical Group in Bakersfield, California, as an accountant, from 2002 to 2008."

## Arrest History and Experience of Incarceration

Mr. ANNAMALAI is a 59-year-old ASIAN/PAC.ISL. male currently serving 327 months (5 yrs SRT) for CONSP BANK FRAUD,BANK FRAUD,INC TAX RET,BANKRU LAUNDER A&A,FALSE STATE,OBSTR,STATE OATH,CON PER ARR. His PRD is 08/25/2028.

## Mental Health History

The following information was gathered from his most recent SRA, dated 11/07/2023, and updated as appropriate.

"Per transfer intake screening dated 05/03/2023, ANNAMALAI reported a history of Posttraumatic Stress Disorder since 2022 on his PSIQ. Per PSR, ANNAMALAI reported alleged harassment from the bankruptcy trustee caused him to be "severely depressed." He is currently diagnosed with Anxiety Disorder per Health Services and prescribed Paxil. ANNAMALAI is diagnosed with Unspecified Personality Disorder per Psychology Services."

Mr. ANNAMALAI is currently diagnosed with Unspecified Personality Disorder and maintains a CARE2-MH designation. He is not prescribed any psychotropic medications.

## Self-Harm History

| Inmate Name: | ANNAMALAI, ANNAMALAI | | | Reg #: 56820-379 |
|---|---|---|---|---|
| Date of Birth: | 05/25/1965 | Sex: M | Facility: OXF | Unit/Team: 9 GP |
| Date: | 12/13/2024 15:04 | Provider: Philippon, V. Staff Psychologist | | |

Per transfer intake screening dated 05/03/2023, records are not suggestive of a history of suicide attempts or non-suicidal self-injury prior to incarceration. He has been the subject of 5 SRAs prior today's contact. None have resulted in placement on suicide watch.

## Substance Abuse History

Per his Transfer Intake Screening, dated 05/03/2023, Mr. ANNAMALAI reported a history of "social" alcohol consumption, though denied any substance use during today's contact. He denied recent subtance use, did not appear intoxicated, and did not present with symptoms of withdrawal.

## Medical Concerns

Mr. ANNAMALAI is currently deisgnated a CARE2 medical care level and reported concerns related to polyps in his sinuses, causing him breathing difficulties.

## Current Problem

Mr. ANNAMALAI reported he was sanctioned for an incident report today resulting in phone restriction for 30 days. He reported feeling "hurt" and "tortured" because he will not be able to speak with his family in India, whom he states are his primary supports. Mr. ANNAMALAI discussed his beliefs about the unfairness of the sanction and his plans to appeal the sanction. Additionally, Mr. ANNAMALAI reported speaking with other BOP staff members and inmates regarding his concerns. He reported experiencing a passing desire to "bang my head on the wall" earlier, though declined suicidal thoughts, plan, or intent. At the time of this contact, he denied a desire to engage in non-suicidal self-injury.

Interventions:
- Assessed risk of suicide and non-suicidal self-injury
- Identified and reinforced healthy coping skills
- Provided supportive counseling
- Consulted with Licensed Clinical Psychologist (Resolve Coordinator)

## Current Mental Status

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Angry

**Thought Process:** Perseveration

**Thought Content:** Normal

Mr. ANNAMALAI appeared in appropriate uniform attire with adequate hygiene and grooming. Dark circles were observed under his eyes. Gait was within normal limits and there was no psychomotor agitation or slowing. He appeared alert and oriented. Eye contact was appropriate and Mr. ANNAMALAI was cooperative and calm. His mood appeared frustrated with a congruent, unrestricted affect. Speech was within normal limits for tone, rate, and volume. Thought processes were linear, logical, and future-oriented. Thought content was congruent to mood and circumstance. There was no evidence of hallucinations and he did not appear to be responding to internal stimuli. He denied current suicidal ideation, plan, or intent.

## Risk and Protective Factors Assessed

**This writer screened the inmate for a variety of empirically validated factors commonly associated with risk for self-harm and suicide.**

The following **STATIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Chronic Medical Condition, History of mental illness, Sex offender status

The following **DYNAMIC** risk factors were assessed to be present and increase the inmate's risk for engaging in suicide related behaviors: Current physical pain, Feeling hopeless/helpless, Sleep problems, Social isolation

The following **PROTECTIVE** factors were assessed to be present and may decrease the inmate's risk of suicide:Able to identify reasons to live, Adequate problem solving skills, Denial of suicidal ideation/intention/plans, Future orientation, Religious beliefs against suicide, Social support in the institution, Supportive family relationships, View of death as negative, Willingness to engage in treatment

Some risk and/or protective factors were not assessed, and their impact on this inmate's risk for suicide related behavior is. undetermined; the reason they were not assessed is stated below.

STATIC: When present, static risk factors serve to increase one's risk for suicide. Mr. ANNAMALAI presented with the following

| Inmate Name: | ANNAMALAI, ANNAMALAI | | | Reg #: 86820-379 |
|---|---|---|---|---|
| Date of Birth: | 05/25/1965 | Sex: M | Facility: OXF | Unit Team: 9 GP |
| Date: | 12/13/2024 15:04 | Provider: Philippon, V. Staff Psychologist | | |

static risk factors: (1) Chronic Medical Condition (diabetes, hypertension, and hyperlipidemia); (2) History of mental illness (Unspecified Personality Disorder by Psychology Services and Anxiety Disorder by Health Services); and (3) Sex offender status.

DYNAMIC: When present, dynamic risk factors serve to increase one's risk for suicide. Mr. ANNAMALAI presented with the following dynamic risk factors. Mr. ANNAMALAI reported experiencing physical pain and sleep problems due to his current medical concerns leading to difficulties breathing. He reported feeling helpless due to the sanction and the perceived injustice and retaliation from staff. He reported feeling isolated due to not being able to speak to his family for the next month.

PROTECTIVE: The presence of protective factors serve to mitigate one's risk for suicide. Mr. ANNAMALAI presented with the following protective factors. Mr. ANNAMALAI reported that his family is his primary support system and his death would cause significant pain to them. He also reported holding religious beliefs against suicide. Mr. ANNAMALAI is currently participating in the Resolve program and discussed his plan to appeal his sanction as well as continue his previous legal work, demonstrating reasons to live and future orientation. He demonstrated adequate problem-solving skills by advocating for himself and speaking with the appropriate staff members regarding his concerns. Mr. ANNAMALAI denied current suicidal thoughts, plan, and intent. He identified supportive peers and staff members.

CONCEPTUALIZATION: Mr. ANNAMALAI appears to have become emotionally dysregulated and overwhelmed when confronted with the reality of being unable to communicate with his family for an extended period of time. His verbalized passing thoughts of non-suicidal self-injury appear to be a response to his emotional distress as well as an effort to demonstrate the level of emotional distress he was experiencing.

**Diagnosis**

Unspecified Personality Disorder, F60.9 - Current

**Conclusions**
**The Overall Acute Suicide Risk for this Inmate is:**   Low
**Overall Chronic Suicide Risk for this Inmate is:**    Absent

**Recommendations**
After reviewing available documentation, clinical interview with Mr. ANNAMALAI, and consultation with a Licensed Clinical Psychologist (Resolve Coordinator), it appears suicide watch is NOT WARRANTED at this time. It is opined that he is at LOW acute risk for suicide based on weighing the risk and protective factors.

Consistent with the contact of the assessment and other available documentation, Mr. ANNAMALAI appears to meet diagnostic criteria for Unspecified Personality Disorder. He will maintain his CARE2-MH designation and will not have a change in mental health care level at this time. Mr. ANNAMALAI will be followed-up with within the next month. Follow-up will likely focus on increasing adaptive coping skills and distress tolerance skills.

Double-cell is generally recommended as a precaution. Single celling any inmate increases the risk of dying by suicide. Having a cellmate reduces isolation, reduces privacy, and provides rescue opportunity. Celling inmates together has been shown to serve as a protective factor in managing suicide risk with the segregated inmate population. Therefore, this inmate should always be celled with another inmate, provided security and/or health concerns do not preclude such a placement.

**Suicide Watch:**   A suicide watch is not warranted at this time

Completed by Philippon, V. Staff Psychologist on 12/13/2024 15:50

E X H I B I T   N U M B E R   29-1

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---------------------------------------------------------------------------------------

FROM: 56820379
TO: Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 01/31/2025 06:28:02 AM

To: Mr.Pattten: Mr.Diekhus
Inmate Work Assignment: peace

Dear Mr. Patten:

Good morning Boss.

 I appreciate your offer for a job in TRULINCS, and I am thankful for the same, Certainly I will be your  eyes and ears at  the law library always, until I get out this institution for good. Further, please advise me the things you want me to follow-up on a day to day basis as well. Although I am technically can start the job 1st of February, I am reporting to the duty. a day in advance, which is  today. Also I expect to see you at the law library at 1.30 PM as well.

 Pass my best regards to Mr. Diekhus as well.

Thank you. Let God Bless you and all your love ones FOREVER.

Very Truly

/s/ Annamalai. A

CC: To Mr.Diekhus

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---------------------------------------------------------------------------

FROM: 56820379
TO: Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 02/03/2025 06:29:50 AM

To: Mr.Patten, Mr. Diekhus
Inmate Work Assignment: peace and ove

Dear Boss ( Mr. Patten ):

Good Morning.

Please review the forwarded message.

It still shows today, in the "work assignment" sheets as " Compound LP". Wherefore, please update my new job assignment swiftly and accordingly to move forward. Secondly, as I have also spoken to Mr.Diekhus the past Friday, I would like to bring to your attention for the following simple matter to be taken care a well.

I would suggest and appreciate if you can put it on the inmate Bulletin via TRUINCS as any assistance and o issues with the law library computer and copiers, printers et the inmates, direct their concerns to me, so that not every one of the inmates, will come to you for such matters from the entire inmate population. I will promptly contact you for such matters and certainly would be your, " e a r s  a n d  e y e s " at the TRULINCS for the law library. Further, please e- mail the Education about, my new job assignment, so that, I can move on with "workers move" time as well, to carry on the things efficiently and timely manner.

Thank you Boss, and God Bless you sir.

Very Truly

/s/ Annamalai. A

CC: Mr.Diekhus
-----ANNAMALAI, ANNAMALAI on 1/31/2025 6:28 AM wrote:

>

Dear Mr. Patten:

Good morning Boss.

I appreciate your offer for a job in TRULINCS, and I am thankful for the same, Certainly I will be your eyes and ears at the law library always, until I get out this institution for good. Further, please advise me the things you want me to follow-up on a day to day basis as well. Although I am technically can start the job 1st of February, I am reporting to the duty a day in advance, which is today. Also I expect to see you at the law library at 1.30 PM as well.

Pass my best regards to Mr. Diekhus as well.

Thank you. Let God Bless you and all your love ones FOREVER.

Very Truly

/s/ Annamalai. A

CC: To Mr.Diekhus

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

------------------------------------------------------------

FROM: Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE
TO: 56820379
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/04/2025 09:27:03 AM

If you run into issues have them contact Diekhus or Patten.

From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Tuesday, February 4, 2025 7:29 AM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr.Diekhus, Mr. Patten
Inmate Work Assignment: peace

FYI and assistance sought, please. Also, please e-mail my job assignment to Education supervisor Armstrong, so that I will NOT get any issues with the education staffs, when I move at the worker' moves every day. ( couple of Education staffs do not get along well, and I do not want any troubles from them. I would like to stay out of any troubles, indeed ).

Annamalai
-----ANNAMALAI, ANNAMALAI on 2/3/2025 6:58 PM wrote:

>

Mr.Diekhus/ Mr. Patten

Dear Boss:

Would you be kind enough to update my job assignment, since am still showing as a compound LP? Please advise me about such updates. Secondly, I humbly, ask you to place a bulletin in the TRULINCS, for any inmates to contact me for any assistance wit TRULINCS matters a the education.

Thank You and God Bless you.

Very Truly

/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE
TO: 56820379
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/05/2025 08:32:04 AM

Relax. The email has been sent.


From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Wednesday, February 5, 2025 8:16 AM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D.

To: Mr.Diekhus, Mr.Patten
Inmate Work Assignment: peace

Dear Boss:

Would you be kind enough to advise me about the correction of my work assignment, since it still shows me as a compound LP? Thank you and God Bless you.

Very Truly
/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---

FROM: Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE
TO: 56820379
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/05/2025 08:37:02 AM

This is your 3rd email and about 10th face to face conversation. It is being handled.

From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Monday, February 3, 2025 6:58 PM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr. Patten, Mr.Diekhus
Inmate Work Assignment: peace

Mr.Diekhus/ Mr. Patten

Dear Boss:

Would you be kind enough to update my job assignment, since  am still showing as a compound LP? Please advise me about such updates. Secondly, I humbly, ask you to  place a bulletin in the TRULINCS, for any inmates to contact me for any assistance wit TRULINCS matters a the education.

Thank You and God Bless you.

Very Truly

/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE
TO: 56820379
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/05/2025 08:32:05 AM

It has been taking care of. Stop emailing me about it.

From: ~^I ANNAMALAI, ~^IANNAMALAI <56820379@inmatemessage.com>
Sent: Tuesday, February 4, 2025 12:32 PM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr.Diekhus, Mr. Patten
Inmate Work Assignment: peace

Thank you sir. I will certainly do that. Would ypu be also be kind enough to advise me the update in your system about the new job assignment, so that my former so called COMPOUND LP, job assignment can be removed?

Thank you and God Bless you.

Very Truly
/s/ Annamalai. A
-----Trust Fund-Inmate Accounts, Laundry Clothing, Commissary/Warehouse, TRULINCS and TRUFONE on 2/4/2025 9:27 AM wrote:

>
If you run into issues have them contact Diekhus or Patten.

From: ~^I ANNAMALAI, ~^IANNAMALAI <56820379@inmatemessage.com>
Sent: Tuesday, February 4, 2025 7:29 AM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr.Diekhus, Mr. Patten
Inmate Work Assignment: peace

FYI and assistance sought, please. Also, please e-mail my job assignment to Education supervisor Armstrong, so that I will NOT get any issues with the education staffs, when I move at the worker' moves every day. ( couple of Education staffs do not get along well, and I do not want any troubles from them. I would like to stay out of any troubles, Indeed ).

Annamalai
-----ANNAMALAI, ANNAMALAI on 2/3/2025 6:58 PM wrote:

>

Mr.Diekhus/ Mr. Patten

Dear Boss:

Would you be kind enough to update my job assignment, since  am still showing as a compound LP? Please advise me about such updates. Secondly, I humbly, ask you to  place a bulletin in the TRULINCS, for any inmates to contact me for any assistance wit TRULINCS matters a the education.

Thank You and God Bless you.

Very Truly

/s/ Annamalai. A

E X H I B I T    N U M B E R    30

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---------------------------------------------------------------------------------------------

FROM: 56820379
TO: Trust Fund-Inmate Accounts, Laundry Clothing, Commissary/Warehouse, TRULINCS and TRUFONE
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 02/10/2025 09:35:58 AM

To: Mr.Diekhus Mr.Patten
Inmate Work Assignment: peace

Mr.Diekhus:

The information you gathered about my so called Compound LP  since 1/29/2025 is FALSE and Nothing ng but false. Whoever gave that information, they did with conscious fraudulent manner. I have even well documented about my "inability" to work in the compound LP over six months back. I already at least crossed the so called 90 days limit as you have stated further. Secondly, in this compound several inmates have two jobs, and Why then, I am exceptional? Talk to Mr.Bretzel the compound officer, he will vouch tat I am compound LP for more than 90 days indeed. The information whoever gave you as such I am AS compound LP, since only from 1/29/2025, nothing but false.Please check my Job profile since January 2024, until today, which wall stand up for the Truth and YOU HAVE BEEN DEFRAUDED AS WELL now.

I respectfully challenge that, to rove with a record from this institution, as if I held the so called compound LP job " only from 1/29/2025" and not prior to that time. Even I have reported my inability to work in the compound o the medical services over 54 months back. Even the compound officer BRETZEL knows about that. I am extremely surprised to see that some staffs of this prison even in a a audacious manner gives false statements and fabricating records to even Defraud you???

Please check those matters. Now I am 100% confident that, some staffs who gave you the false statements and r fabricated the records as if I have started the Compound LP job on 1/29/2025, will face OIA investigation. I will properly inform the SIA and OIA as well. I am waiting for your further feedback as well, after YOU clearly review the facts.

Thank you and God Bless you.

/s/Annamalai.A

Excuse my typos.
-----Trust Fund-Inmate Accounts, Laundry Clothing, Commissary/Warehouse, TRULINCS and TRUFONE on 2/10/2025 8:17 AM wrote:

>
After reviewing your job status with Unit team and the offer was made it was determined that you were assigned to work Compound Labor Pool on 1-29-25 and were not eligible to work in TRULINCS due to not being in your job for 90 days. You were never assigned to work TRULINCS therefore no job was taken from you.

From: ~^I ANNAMALAI, ~^IANNAMALAI <56820379@inmatemessage.com>
Sent: Monday, February 10, 2025 7:56 AM
Subject: **.*Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr.Diekhus Mr.Patten
Inmate Work Assignment: peace

Dear Boss:

Good Morning.

The following is the copy of the e-mail sent to Mr.Sponsler.Please coordinate with him to take care of me. Thank you and God Bless you.

Very Truly

/s/ Annamalai. A
-----ANNAMALAI, ANNAMALAI on 2/9/2025 11:17 AM wrote:

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

-----Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE on 2/5/2025 8:32 AM
wrote:

>
Relax. The email has been sent.

_____
From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Wednesday, February 5, 2025 8:16 AM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr.Diekhus, Mr.Patten
Inmate Work Assignment: peace

Dear Boss:

Would you be kind enough to advise me about the correction of my work assignment, since it still shows me as a compound
LP? Thank you and God Bless you.

Very Truly
/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

------------------------------------------------------------------------------------

FROM: Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE
TO: 56820379
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/10/2025 08:32:02 AM

Per our conversation when we talked about working for TRULINCS you told me that you "had worked on the compound for 6 months". After reviewing your work history with Unit team it was determined that you were hired on the compound labor pool on 1-29-2025. This information was not presented accurately from you. Therefore when meeting with unit team it was determined that you needed to work in your job for 90 days since you were already assigned a position.

From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Saturday, February 8, 2025 1:28 PM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: mr.Diekhus, Mr.Patten
Inmate Work Assignment: peace

Dear Boss:

Asper your advise this Friday ( yesterday )I went and saw Mr.ANNOYE, which has ended upon in heated exchanges and now I have filed a staff misconduct and Internal affairs investigation, staff investigative agent investigation against / of Mr.ANNOYE.As per his "arrogant" ( stupid ) arguments, he is the on will decide my employment and not any one in the compound. The second stupid arguments was have another job, and he is giving my job to another inmate in the Trust fund>Honestly my head is literally spinning, even to wonder this nan is "high"!!

As a matter pf FBIOP PS 4500.12 dated 3/14/2000 chapter-9 and section 9.10 clearly allows me to have even two jobs. Indeed several inmates at this institution having two jobs anyway. Secondly see also 28 C.F.R. 345.51 and Sub part F which also stands with me about arrogantly acts of Ml.ANNOYE.
Her it begs a simple concern of I shall not be thrown under the bus. Please look at the e-mails threads in this e-mail and in the e-mail dated 2/5/2025 8.32.04 AM, you expressly stated as" relax. The e-mail has been sent". Indisputably I have started me working for you in the last week of January itself and at least since1st of this month. See my e-mails threads since 1/31/20-025 onwards. These are some of your express responses:

2.4.2025 :    if you run into issues have them contact Diekhus or Patten ".

2.5.2025:    " Relax. The Email has been sent". ( @8.32 AM )

2.5.2025:    " It has been taking care of. Stop emailing me about it". ( @ 8.32 AM )

2.5.2025:    " This is your 3rd email and about 10th face to face conversation" ."its being handled". ( @ 8.37 AM ).

Honest to GOD, I respected your words, commitments, and assurances shown above, and it appears that, now I am thrown under the bus. Mr.Annoye has NO lawful authority to stop and restrict me getting a job from another departments, which his atrocious misconduct is NOT supported in my of the FBOP's policy and squarely falls in to staff misconduct which also triggers now, YOUR responsibility to inform such serious misconduct pursuant to FBOP/OIA P53420.11 and also under USDOJ/OIA 1210 et seq, which puts a clear obligation on you to act upon such unlawful intervention of me getting a job in another department by Mr.Annoye.

At the closing I respectfully ask you to step in to protect and defend me in this unlawful conduct and I trusted your oral contract and started working for you. I know you are a smart and good man, and will ,defend me to make sure I will properly entered in to the system with my new job assignment, offered by you and accepted by m and as well as I have started my work already for the past one week at least. I am waiting for your swift action to defend me, and all I am seeking is PEACE an nothing but PEACE and NOT conflicts with any one.

Respectfully

Annamalai

Excuse my typos.

E X H I B I T    N U M B E R    -  31



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Lynni ''' Haver

Street and Apt. No., or PO Box No.
correctional consuting services

City, State, ZIP+4®
p. o. box 596, TX 78600

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**E V I D E N C E   N U M B E R   - 32**

```
OXFGU          *                    OXFORD FCI              *   .  03-05-2025
PAGE 001 OF 001                                               16:57:00
```

```
          *****  *   *     *      *      *    *****  ******
          *      *   *     *    *  *    * *   *      *
          *    ***  **   *    *   *  *   *  *   ***  *****
          *      *   *  *******   *    * *  *    *   *
          *****  *   *   *    *   *   *   *  ****  ******

             *****  *    *  ******  ******  *******
             *   .  *    *  *    *    *        *
             ****  *******  *****  *****     *
            *  *    *   *   *    *    *       *
             *****  *    *  ******  ******    *
```

---

```
                      QTRG EQ W**D
REG NO    NAME        FROM        TO          TIME   CATEGORY(2)   CATEGORY(3)

WRK DETAIL CHANGES EFFECTIVE  03-06-2025               WRK ASGN      QTR ASGN
```
---
```
56820-379 ANNAMALAI    COMPOUNDLP   HOSPITAL   0001   COMPOUNDLP    W05-001L
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

E X H I B I T   N U M B E R   - 33

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/06/2025 01:50:16 PM

To: Mr.Malcom
Inmate Work Assignment: peace

Dear HSA Malcom:

I thank you very much for your time to take care of the mess and the "harassments" inflicted on me by Mr.Sponsler and Mr.Annoye on a constant and continuing basis.

NOW, to move forwarded, I need a clear advise and understandings. I really respect that, you are NOT the one, who has started the "ongoing harassments". The present mental and emotional tortures inflicted lead to my Re-Traumatized conidiations and I am "extensively sufferings with the events associated to the matters on hands.

Please advise me whether I need to come and sit in the clinic for every census count? if so whether I need to come only for morning census count and as well as for the noon counts also, and how many days a week?Respectfully these Non-sense, malicious, retaliatory actions inflicted by Sponsler and Annoye, will put a large hole in my legal works, which I am fighting in several storefronts to get out of prison for good.

Wherefore, I need a clear guidance to move forward and also I respectfully ask you to speak to the warden and Associate warden and Diekhus to resolve the ongoing bizarre, malicious, wanton misconduct and ludicurous acts/events orchestrated by Annoye and Sponsler. Indeed, Annoye can change my job assignment with the Trust fund job, if you swiftly speak to the Supervisor Diekhus. I am waiting for your further advise to move forward and the time is the essence of the underlying matters, to prevent and avoid any more harms, injuries, pains and TORTURES.

Thank you and God Bless you.

Very truly

/s/ Annamalai. Annamalai
-----ANNAMALAI, ANNAMALAI on 3/6/2025 7:15 AM wrote:

>

Dear Mr. Malcom:

Good Morning

Please review the forwarded message. As an update, I came today morning and spoke with Nurse Fritche ( may be I have incorrectly spelled her name here )and spoken to her about the subject alter in this e-mail. She advised me that, you will call me for further updates. I indeed stressed her for me to speak with you, and other possibility of either speak to you at 10.30 move and or at the chow hall. However nurse again advised me as such " you will call me", for further move on the subject matter.

EREFORE, I will wait for your call, to show up in the hospital, until, you call me.

Thank you sir.

/s/ Annamalai Annamalai
-----ANNAMALAI, ANNAMALAI on 3/5/2025 9:54 PM wrote:

>

Dear Mr. Malcom/ Lt.Key

Sub: Clarification needed/Notice of Conflict of Interest about working for the Hospital ( change of my job assignment )

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

-------------------------------------------------------------------------------------------------

Good day to you.

Just few minutes back, I have noticed that with the " highest surprise " that, my job assignment has been changed to "Hospital". To start off, I respectfully ask you to "Review" my e-mail threads with Mr.Sponsler ( East- Unit manager ) and Mr.Diekhus ( R & D Supervisor ), to understand the " full picture and the gravity of the mattes associated herein".

1. I did NOT seek any job in Medical services from Sponsler and or any one " recently. "

2 Respectfully, any working for YOU will, create a " s e r i o u s   c o n f l i c t   o f   i n t e r e s t s ", since I have over half a dozen Administrative remedy matters/grievances regarding " Medical malpractices " , " Medical negligence acts and etc., which will soon expected to end up in the Western District of Wisconsin's United States district court ( as soon as my so called Exhaustion requirements taken care )Having said, truthfully and as a matter of common sense any working in any capacity will create a "straightforward conflict of interests" and " NO HUMAN" ( inclusive of myself ) in such conditions can "honestly and truthfully work for YOU".

3. I indeed have a pending job offer a Trust fund and I do not understand why any on would change my job status for YOU when, I have never and ever sought for any job from you recently.

4. Further, I had a " PREA AUDITOR Ms Lynni O'Haver's interview today and she was respectfully advised by me, to her about "forthcoming" retaliatory acts from Mr.Sponsler & Company, and that prediction now became 100% occurred per se. The change of job assignment squarely falls n to "retaliating against a " VICTIM " (which is me ) and forbidden by PREA, BOP's policy and by several criminal and civil statues and U.S.Constitution's "Eighth amendment protection".

Wherefore, I respectfully ask for the following Clarifications, to avoid any more harms in any an all manner as follows:

1. Clarify why I shall work for YOU with a open conflict of interest" as I have demonstrated above?

2. Why I shall have this new job assignment, which I have NOT requested and also I was NOT fired from my COMPOUND-LP job?

3. Explain me why I am restricted from NOT able to get a job n he Trust fund, which is being offered to me already?

Last but not the least, please let me know, whether and when we can have a face to face discussion, IF you sill wants me t work for YOU?

As soon as I receive a proper direction, advise an guidance, I will move according. Thank You and Go Bless you to to do the right and lawful acts.

Respectfully submitted

Very Truly,

/s/ Annamalai Annamalai, VICTIM

Excuse my typos
-----ANNAMALAI, ANNAMALAI on 3/4/2025 8:27 AM wrote:

>

Dear Mr.Sponsler:

Good Morning:

Sub: Request to change my new job status in the system, to Trust fund( TRULINCS),as the job has been offered and readily available and open for me at this institution-Reg,

As per the written advise via BP-9 ( remedy Id # 1230883-F1 ) given by the warden Emmerich I am sending this express request, to avoid what has been said or not to you by you in the past and now, to " avoid any more mockery ".

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

-------------------------------------------------------------------------------------------------

stupid arguments was have another job, and he is giving my job to another inmate in the Trust fund>Honestly my head is literally spinning, even to wonder this nan is "high"!!

As a matter pf FBIOP PS 4500.12 dated 3/14/2000 chapter-9 and section 9.10 clearly allows me to have even two jobs. Indeed several inmates at this institution having two jobs anyway. Secondly see also 28 C.F.R. 345.51 and Sub part F which also stands with me about arrogantly acts of Mr.ANNOYE.
Her it begs a simple concern of I shall not be thrown under the bus. Please look at the e-mails threads in this e-mail and in the e-mail dated 2/5/2025 8.32.04 AM, you expressly stated as" relax. The e-mail has been sent". Indisputably I have started me working for you in the last week of January itself and at least since1st of this month. See my e-mails threads since 1/31/20-025 onwards. These are some of your express responses:

2.4.2025 :     if you run into issues have them contact Diekhus or Patten ".

2.5.2025:      " Relax. The Email has been sent". ( @8.32 AM )

2.5.2025:      " It has been taking care of. Stop emailing me about it". ( @ 8.32 AM )

2.5.2025:      " This is your 3rd email and about 10th face to face conversation" ."its being handled". ( @ 8.37 AM ).

Honest to GOD, I respected your words, commitments, and assurances shown above, and it appears that, now I am thrown under the bus. Mr.Annoye has NO lawful authority to stop and restrict me getting a job from another departments, which his atrocious misconduct is NOT supported in my of the FBOP's policy and squarely falls in to staff misconduct which also triggers now, YOUR responsibility to inform such serious misconduct pursuant to FBOP/OIA P53420.11 and also under USDOJ/OIA 1210 et seq, which puts a clear obligation on you to act upon such unlawful intervention of me getting a job in another department   by Mr.Annoye.

At the closing I respectfully ask you to step in  to protect and defend me  in this unlawful conduct and I trusted your oral contract and started working for you. I know you are a smart and good man, and will ,defend me to make sure I will properly entered in to the system with my new job assignment, offered by you and accepted by m and as well as I have started my work already for the past one week at least. I am waiting for your swift action to defend me,  and all I am seeking is PEACE  an nothing but PEACE and NOT conflicts with any one.

Respectfully

Annamalai

Excuse my typos.
-----Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE on 2/5/2025 8:32 AM wrote:

>
Relax. The email has been sent.


From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Wednesday, February 5, 2025 8:16 AM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr.Diekhus, Mr.Patten
Inmate Work Assignment: peace

Dear Boss:

Would you be kind enough to advise me about the correction of my work assignment, since it still shows me as a compound LP? Thank you and God Bless you.

Very Truly
/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---------------------------------------+-----------------------------------------------------------+------

The warden expressly advised in his BP-9 response dated 2/27/2025 in pertinent part as:

-          " if you are interested in different work assignment, you are encouraged to speak with your
-          unit manager, who will do their best to find a new work assignment within a position
-          that has open vacancies and meets the needs of the institution" Id

Indeed, I repeatedly advised you in the past, orally and as well as expressly ( see the forward e-mail threads ) about the
" vacancy " in the Trust fund, and the "Job position offered as well". See the e-mail threads dated 2/9/2025. Having said, WHY
AND WHAT IS THE REASON YOU HAVE HINDRED ME still, MY ABILITY TO GET THE NEW JOB? I respectfully ask your
written response to avoid any more runarounds.

Respectfully to state sir, if I do not receive a meaningful response ( without any more runaround ) then, I assume that you
intentionally prevented me to get a new job assignment by abusing your power as a Unit manager.

Further even without your so called approval, I indeed had a another job at Medical services in the past( hired by Mr. Malcom )
and I even I was paid with my GRADE -II pay and also with a " bonus pay " for my excellent job which, I have delivered!!. Check
my February of 2025 TRUST FUND deposits from the Medical services pay.

Now, I have every reason to believe that, I am kept being abused, retaliated, strong armed " by you " sir, since I stood for the
truth and against corruption, waste and abuse as per the initiatives of "DOGE" (department of Government efficiency ) initiated
by the U.S.President.

Please be advised that in honor and candid, I would like to advise you that, I will also give this e-mail messages to whoever
needed to see, and also to Mr. Farwell to understand the "open mockery" and "clear-constant abuses" of me again and again
by YOU as well, under FBOP/OIA P54320.11 and USDOJ/OIA 1210.24

At the closing " I again humbly ask you to change my job position to Trust fund ( Trulincs ) as offered to me and the position is
still vacant."

Thank you sir.

Very Truly

/s/ Annamalai Annamalai, Victim

Excuse my typos
-----ANNAMALAI, ANNAMALAI on 2/9/2025 11:19 AM wrote:

>

To: Mr. B.Sponsler:

Sir, the forwarded message has been referred in the previous e-mail, and being forwarded to you as stated in that e-mail sent to
you a minute back.

Thank you.

Truly

/s/ Annamalai. A, Victim
-----ANNAMALAI, ANNAMALAI on 2/8/2025 1:28 PM wrote:

>

Dear Boss:

Asper your advise this Friday ( yesterday ) I went and saw Mr.ANNOYE, which has ended upon in heated exchanges and now I
have filed a staff misconduct and Internal affairs investigation, staff investigative agent investigation against / of Mr.ANNOYE.As
per his "arrogant" ( stupid ) arguments, he is the on will decide my employment and not any one in the compound. The second

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-Z-A

-------------------------------------------------------------------------------

FROM: 56820379
TO: Psychology
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/06/2025 02:02:52 PM

To: Dr.LaBelle
Inmate Work Assignment: peace

Dear Dr.LaBelle:

I humbly request you to forward and or give the hard copy print out copy of the earlier message sent to you ( just few seconds back ) to PREA auditor Ms.Lynni O'Haver' without fail. Thank you and God Bless you.

Very Truly
/s/ Annamalai Annamalai

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

-----------------------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Unit Management East
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/03/2025 08:22:20 AM

To: Mr.Sponsler
Inmate Work Assignment: peace

Dear Mr.Sponsler:

Good morning sir.

Please review the forwarded message, which the copy also has been personally hand delivered to you, by myself, this past Friday noon. After I have sent this forwarded e-mail, as under, I have noticed that some messages, in the point/item number-1 was accidently deleted inadvertently by me. To put the first item in context; I have retyped that again, which needs to be read in whole with the forwarded e-mail, please. I apologize for such inconvenience, I have caused.

Secondly, I need your express and immediate guidance to this e-mail to move forward with " another counselor ", so that, the several maters to be handled by a counselor can be handled in a timely fashion and as well as in an efficient manner in compliance of "D O G E 's ( Department of Government efficiency ) initiatives to "avoid, waste and Abuse".

The corrected point/item number-1:-

1. Mr.Annoye, these days, shows extreme anger, hostility, bias, indifferent treatment towards me, these days, whenever, he transacts with me, since I have "filed staff misconduct complaint against Mr.Annoye". Respectfully, on its face it clearly appears to be  "retaliatory acts".

Thank you and God Bless you.

/s/ Annamalai Annamalai
-----ANNAMALAI, ANNAMALAI on 2/28/2025 10:19 AM wrote:

>

Dear Unit Manager Sponsler:

Sub: request for a change of Counsellor for myself-Reg, ( time sensitive matter-Request )

I am respectfully submitting this following request and humbly ask  for a change of a different counsellor for me to move forward. In support of the simple and straightforward request, I humbly demonstrate as follows:-:
whenever, he transacts with me, since I have "filed a staff misconduct complaint against Mr.Annoye". Respectfully, on its face it clearly appears to be a "retaliatory act".

2. Having another staff "every time I deal with Mr.Annoye, simply "against" the "DOGE" ( Department of Government efficiency ) policy and the initiatives by the U.S.President. Simply to put it,  that would be a center of "WASTE" and "ABUSE", and NOT AN EFFICIENT ACT. Indisputably here every time another staff spend time on the"same mater" with Mr.Annoye falls squarely in to such "WASTE and ABUSE" and against the DOGE's initiatives per se.

3. Then comes a major factor is "BIAS, and "discriminatory acts" of Mr.Annoye.A counsellor needs to "counsel" me in the Prison ,matters at this institution as per his job assignment. How come either I and or any one with "normal minds" would agree that, Mr.Annoye would deliver his  counselor duties owed to an inmate, which is me at this time in the fullest and unbiased manner, when he does not even, want  to deal with me without another staff's unnecessary presence in every encounters with Mr.Annoye? As a nutshell, all its needs a common sense understanding.

4. Indeed, I have noticed several of the inmates at WOOD having different counsellors per se.

5. The "counsellor and inmate relationship has come to the level of completely irreparable conditions" after I even "about to fall in to the TRAP of Mr.Annoye to retaliate against me, because of, I simply, I have submitted staff complaints of him. I have100% in the interests of the following:

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

1. Orderly management of this institution.

2. To stay away from any prejudices from Mr.Annoye for me.

3. In support of "DOGE"s Policy and U.S.Rresiddent Trump's policy to "cut the "waste, abuse"

4. Not to exacerbate my deteriorating mental health conditions, since the transactions with M.Annoye in the recent times has exacerbated my worsening of mental health, with anxiety, depression, nightmares' and PTSD ( PTSD-since I was abused by other FBOP"s staff's in the past in the same manner what mr.Annoye is conducting ).

WHEREFORE, I respectfully ask YOU to allot me to different Counselor to "allow m to remain in PEACE"and I all need is PEACE and NOT conflicts. I have 100% respect for YOU and all the staffs, inmates of this institution as always. Further, Please make sure that, I will not deal with mr.Annbye for any reasons at all forever to move forward.

At the closing, I thank you for the understanding and initiatives to grant these simple reliefs.

God Bless you.

Note:-( I have also forwarded this e-mail correspondence o the Psychology to keep them in loop, since I am being a Mental care Level-II inmate, and the underlying matters have worsened my mental health ).

Very Truly
/s/ Annamalai. Annamalai

CC; To Psychology department ( Chief Psychologist Dr.LaBelle, & Dr.Philippon )

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

----------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Unit Management East
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/04/2025 08:27:32 AM

To: Mr.Sponsler
Inmate Work Assignment: peace and love

Dear Mr.Sponsler:

Good Morning:

Sub: Request to change my new job status in the system, to Trust fund( TRULINCS),as the job has been offered and readily available and open for me at this institution-Reg,

As per the written advise via BP-9 ( remedy Id # 1230883-F1 ) given by the warden Emmerich I am sending this express request, to avoid what has been said or not to you by you in the past and now, to " avoid any more mockery ".

The warden expressly advised  in his BP-9 response dated 2/27/2025 in pertinent part as:

-         " if you are interested in different work assignment, you are encouraged to speak with your
-          unit manager, who will do their best to find a new work assignment within a position
-          that has open vacancies and meets the needs of the institution" Id

Indeed, I repeatedly advised you in the past, orally and as well as expressly ( see the forward e- mail threads ) about the " vacancy " in the Trust fund, and the "Job position offered as well". See the e-mail threads dated  2/9/2025. Having said, WHY AND WHAT IS THE REASON YOU HAVE HINDRED ME still, MY ABILITY TO GET THE NEW JOB? I respectfully ask your written response to avoid any more runarounds.

Respectfully to state sir, If I do not receive a meaningful response ( without any more runaround ) then, I assume that you intentionally prevented me to get a new job assignment by abusing  your power as a Unit manager.

Further even without your so called approval, I indeed had a another job at Medical services in the past( hired by Mr. Malcom ) and I even I was paid with my GRADE -II pay and also with a " bonus pay " for my excellent job which, I have delivered!!. Check my February of 2025 TRUST FUND deposits from the Medical services pay.

Now, I have every reason to believe that, I am kept being abused, retaliated, strong armed " by you " sir, since I stood for the truth and against corruption, waste and abuse as per the initiatives of "DOGE" (department of Government efficiency ) initiated by the U.S.President.

Please be advised  that in honor and candid, I would like to advise you that, I will also give this e-mail messages to whoever needed to see, and  also to  Mr. Farwell to understand the "open mockery" and "clear-constant abuses" of me again and again by YOU as well, under FBOP/OIA P54320.11 and USDOJ/OIA 1210.24

At the closing " I again humbly ask you to change my job position to Trust fund ( Trulincs ) as offered to me and the position is still vacant."

Thank you sir.

Very Truly

/s/ Annamalai Annamalai, Victim

Excuse my typos
-----ANNAMALAI, ANNAMALAI on 2/9/2025 11:19 AM wrote:

>

To: Mr. B.Sponsler;

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

Sir, the forwarded message has been referred in the previous e-mail, and being forwarded to you as stated in that e-mail sent to you a minute back.

Thank you.

Truly

/s/ Annamalai. A, Victim
-----ANNAMALAI, ANNAMALAI on 2/8/2025 1:28 PM wrote:

>

Dear Boss:

Asper your advise this Friday ( yesterday ) I went and saw Mr.ANNOYE, which has ended upon in heated exchanges and now I have filed a staff misconduct and Internal affairs investigation, staff investigative agent investigation against / of Mr.ANNOYE.As per his "arrogant" ( stupid ) arguments, he is the on will decide my employment and not any one in the compound. The second stupid arguments was have another job, and he is giving my job to another inmate in the Trust fund>Honestly my head is literally spinning, even to wonder this nan is "high"!!

As a matter pf FBIOP PS 4500.12 dated 3/14/2000 chapter-9 and section 9.10 clearly allows me to have even two jobs. Indeed several inmates at this institution having two jobs anyway. Secondly see also 28 C.F.R. 345.51 and Sub part F which also stands with me about arrogantly acts of Mr.ANNOYE.
Her it begs a simple concern of I shall not be thrown under the bus. Please look at the e-mails threads in this e-mail and in the e-mail dated 2/5/2025 8.32.04 AM, you expressly stated as" relax. The e-mail has been sent". Indisputably I have started me working for you in the last week of January itself and at least since1st of this month. See my e-mails threads since 1/31/20-025 onwards. These are some of your express responses:

2.4.2025 :   If you run into issues have them contact Diekhus or Patten ".

2.5.2025:   " Relax. The Email has been sent". ( @8.32 AM )

2.5.2025:   " It has been taking care of. Stop emailing me about it". ( @ 8.32 AM )

2.5.2025:   " This is your 3rd email and about 10th face to face conversation" ."its being handled". ( @ 8.37 AM ).

Honest to GOD, I respected your words, commitments, and assurances shown above, and it appears that, now I am thrown under the bus. Mr.Annoye has NO lawful authority to stop and restrict me getting a job from another departments, which his atrocious misconduct is NOT supported in my of the FBOP's policy and squarely falls in to staff misconduct which also triggers now, YOUR responsibility to inform such serious misconduct pursuant to FBOP/OIA P53420.11 and also under USDOJ/OIA 1210 et seq, which puts a clear obligation on you to act upon such unlawful intervention of me getting a job in another department by Mr.Annoye.

At the closing I respectfully ask you to step in to protect and defend me in this unlawful conduct and I trusted your oral contract and started working for you. I know you are a smart and good man, and will ,defend me to make sure I will properly entered in to the system with my new job assignment, offered by you and accepted by m and as well as Ihave started my work already for the past one week at least. I am waiting for your swift action to defend me, and all I am seeking is PEACE an nothing but PEACE and NOT conflicts with any one.

Respectfully

Annamalai

Excuse my typos.
-----Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE on 2/5/2025 8:32 AM wrote:

>

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---------------------------------------------------------------------------------------------------

Relax. The email has been sent.

_____

From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Wednesday, February 5, 2025 8:16 AM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr.Diekhus, Mr.Patten
Inmate Work Assignment: peace

Dear Boss:

Would you be kind enough to advise me about the correction of my work assignment, since it still shows me as a compound LP? Thank you and God Bless you.

Very Truly
/s/ Annamalai. A

E X H I B I T   N U M B E R – 35

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Psychology
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 02/28/2025 10:19:39 AM

To: Dr. LaBelle, Dr.Philippon
Inmate Work Assignment: peace

FYI.
---ANNAMALAI, ANNAMALAI on 2/28/2025 10:19 AM wrote:

>

Dear Unit Manager Sponsler:

Sub: request for a change of Counsellor for myself-Reg, ( time sensitive matter-Request )

I am respectfully submitting this following request and humbly ask  for a change of a different counsellor for me to move forward. In support of the simple and straightforward request, I humbly demonstrate as follows:-: whenever, he transacts with me, since I have "filed a staff misconduct complaint against Mr.Annoye". Respectfully, on its face it clearly appears to be a "retaliatory act".

2. Having another staff "every time I deal with Mr.Annoye, simply "against" the "DOGE" ( Department of Government efficiency ) policy and the initiatives by the U.S.President. Simply to put it,  that would be a center of "WASTE" and "ABUSE", and NOT AN EFFICIENT ACT. Indisputably here every time another staff spend time on the"same mater" with Mr.Annoye falls squarely in to such "WASTE and ABUSE" and against the DOGE's initiatives per se.

3. Then comes a major factor is "BIAS, and "discriminatory acts" of Mr.Annoye.A counsellor needs to "counsel" me in the Prison matters at this institution as per his job assignment. How come either I and or any one with "normal minds" would agree that, Mr.Annoye would deliver his  counselor duties owed to an inmate, which is me at this time in the fullest and unbiased manner, when he does not even, want  to deal with me without another staff's unnecessary presence in every encounters with Mr.Annoye? As a nutshell, all its needs a common sense understanding.

4. Indeed, I have noticed several of the inmates at WOOD having different counsellors per se.

5. The "counsellor and inmate relationship" has come to the level of completely irreparable conditions" after I even "about to fall in to the TRAP of Mr.Annoye to retaliate against me, because of, I  simply, I have submitted staff complaints of him. I have100% in the interests of the following:

1. Orderly management of this institution.

2. To stay away from any prejudices from Mr.Annoye for me.

3. In support of "DOGE"s Policy and U.S.Presiddent Trump's policy to "cut the "waste, abuse"

4. Not to exacerbate my deteriorating mental health conditions, since the transactions with M.Annoye in the  recent times has exacerbated my worsening of mental health, with anxiety, depression, nightmares' and PTSD ( PTSD-since I was abused by other FBOP"s staff's in the past in the same manner what mr.Annoye is conducting ).

WHEREFORE, I respectfully ask YOU to allot me to  different Counselor to "allow m to remain in PEACE"and I all need is PEACE and NOT conflicts. I have 100% respect for YOU and all the staffs, inmates of this institution as always. Further, Please make sure that, I will not deal with mr.Annoye for any reasons at all forever to move forward.

At the closing, I thank you for the understanding and initiatives to grant these simple reliefs.

God Bless you.

Note:-( I have also  forwarded this e-mail correspondence o the Psychology to keep them in loop, since I am being a Mental care Level-II inmate, and the underlying matters have worsened my mental health ).

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

Very Truly
/s/ Annamalai. Annamalai

CC; To Psychology department ( Chief Psychologist Dr.LaBelle, & Dr.Philippon )

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

----------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Psychology
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/06/2025 01:59:40 PM

To: Dr.LaBelle
Inmate Work Assignment: p

Dear Dr.LaBelle:

FYI.

As I have expected about the"brutal retaliations" from certain staffs involved in my months long tortures, sexual abuses orchestrated inclusive of Sponsler and Annoye, now has inflicted my with severe distress and now I am Retraumatized  To make the story short, after I had an interview with the PREA auditor Ms.Lynni O'Haver and complaints about Sponsler and Annoye's criminal and unlawful acts, with in few hours, my job assignment has been changed to medical ( HOSPITAL ) services, in which there is NO VCANCY  for a job in the health services and I have neither sought one!!

Now, I am in limbo like Mr. Malcom, about what to do with me??? Sponsler s gone for a vacation for approximately 2 weeks, and even the legitimate job "offered and accepted" by me, from the Trust Fund was maliciously prevented by Annoye and Sponsler as a part of their continuing "tortures campaign", who still acting with impunity. Now I am being a victim of sexual abuse ' GOT RETALIATED BY THE STAFFS SPONSLER AND ANNOYE".I need you to speak to AW Palmer, Warden and Malcom to resolve. I also need to speak to you ASAP, please.
-----ANNAMALAI, ANNAMALAI on 3/6/2025 1:50 PM wrote:

>

Dear HSA Malcom:

I thank you very much for your time to take care of the mess and the "harassments" inflicted on me by Mr.Sponsler and Mr.Annoye on a constant and continuing basis.

NOW, to move forwarded, I need a clear advise and understandings. I really respect that, you are NOT the one, who has started the "ongoing harassments". The present mental and emotional tortures inflicted  lead to my Re-Traumatized conidiations and I am "extensively sufferings with the events  associated to the matters  on hands.

Please advise me whether I need to come and sit in the clinic for every census count? if so whether  I need to come  only for morning census count and as well as for the noon counts also, and how many days a week?Respectfully these Non-sense, malicious, retaliatory actions inflicted by Sponsler and Annoye, will put a large hole in my legal works, which I am fighting in several storefronts to get out of prison for good.

Wherefore, I need a clear guidance to move forward and also I respectfully ask you to speak to the warden and Associate warden and Diekhus to resolve the ongoing bizarre, malicious,wanton misconduct and ludicurous acts/events orchestrated  by Annoye and Sponsler. Indeed, Annoye can change my job assignment with the Trust fund job, if you swiftly speak to the Supervisor Diekhus. I am waiting for your further advise to move forward  and the time is the essence of the underlying matters, to prevent and avoid any more harms, injuries, pains  and TORTURES.

Thank you and God Bless you.

Very truly

/s/ Annamalai. Annamalai
-----ANNAMALAI, ANNAMALAI on 3/6/2025 7:15 AM wrote:

>

Dear Mr. Malcom:

Good Morning

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

-------------------------------------------------------------------------------------------------------

Please review the forwarded message. As an update, I came today morning and spoke with Nurse Fritche ( may be I have incorrectly spelled her name here )and spoken to her about the subject alter in this e-mail. She advised me that, you will call me for further updates. I indeed stressed her for me to speak with you, and other possibility of either speak to you at 10.30 move and or at the chow hall. However nurse again advised me as such " you will call me", for further move on the subject matter.

EREFORE, I will wait for your call, to show up in the hospital, until, you call me.

Thank you sir.

/s/ Annamalai Annamalai
-----ANNAMALAI, ANNAMALAI on 3/5/2025 9:54 PM wrote:

>

Dear Mr. Malcom/ Lt.Key

Sub: Clarification needed/Notice of Conflict of Interest about working for the Hospital ( change of my job assignment )

Good day to you.

Just few minutes back, I have noticed that, with the " highest surprise " that, my job assignment has been changed to "Hospital". To start off, I respectfully ask you to "Review" my e-mail threads with Mr.Sponsler ( East- Unit manager ) and Mr.Diekhus ( R & D Supervisor ), to understand the " full picture and the gravity of the mattes associated herein".

1. I did NOT seek any job in Medical services from Sponsler and or any one " recently. "

2Respectfully, any working for YOU will, create a " s e r i o u s   c o n f l i c t   o f   i n t e r e s t s ", since I have over half a dozen Administrative remedy matters/grievances regarding " Medical malpractices" , " Medical negligence acts and etc., which will soon expected to end up in the Western District of Wisconsin's United States district court ( as soon as my so called Exhaustion requirements taken care )Having said, truthfully and as a matter of common sense any working in any capacity will create a "straightforward conflict of interests" and " NO HUMAN" ( inclusive of myself ) in such conditions can "honestly and truthfully work for YOU".

3. I indeed have a pending job offer a Trust fund and I do not understand why any on would change my job status for YOU when, I have never and ever sought for any job from you recently.

4. Further, I had a " PREA  AUDITOR  Ms. Lynni O'Haver's interview today and she ws respectfully advised by me, to her about "forthcoming" retaliatory acts from Mr.Sponsler & Company, and that prediction now became 100% occurred per se. The change of job assignment squarely falls in to "retaliating against a " VICTIM " (which is me ) and forbidden by PREA, BOP's policy and by several criminal and civil statues and U.S.Constitution's "Eighth amendment protection".

Wherefore, I respectfully ask for  the following Clarifications,to avoid any more harms in any an all manner as follows:

1. Clarify why I shall work for YOU with a "open conflict of interest" as I have demonstrated above?

2. Why I shall have this new job assignment, which  I have NOT requested  and also I was NOT fired from my COMPOUND-LP job?

3. Explain me why I am restricted from NOT able to get a job n he Trust fund, which is being offered to  me already?

Last but not the least, please let me know , whether  and when we can have a face to face discussion, IF you sill wants me t work for YOU?

As soon as I receive a proper direction, advise an guidance, I will move according. Thank You and Go Bless you to to do the right and lawful acts.

Respectfully submitted

TRULINCS 56820379 - ANNAMALAI ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

Very Truly,

/s/ Annamalai Annamalai, VICTIM

Excuse my typos
-----ANNAMALAI, ANNAMALAI on 3/4/2025 8:27 AM wrote:

>

Dear Mr.Sponsler:

Good Morning:

Sub: Request to change my new job status in the system, to Trust fund( TRULINCS),as the job has been offered and readily available and open for me at this institution-Reg,

As per the written advise via BP-9 ( remedy Id # 1230883-F1 ) given by the warden Emmerich I am sending this express request, to avoid what has been said or not to you by you in the past and now, to " avoid any more mockery ".

The warden expressly advised  in his BP-9 response dated 2/27/2025 in pertinent part as:

-         " if you are interested in different work assignment, you are encouraged to speak with your
-           unit manager, who will do their best to find a new work assignment within a position
-           that has open vacancies and meets the needs of the institution" Id

Indeed, I repeatedly advised you in the past, orally and as well as expressly ( see the forward e- mail threads ) about the " vacancy " in the Trust fund, and the "Job position offered as well". See the e-mail threads dated  2/9/2025. Having said, WHY AND WHAT IS THE REASON YOU HAVE HINDRED ME still, MY ABILITY TO GET THE NEW JOB? I respectfully ask your written response to avoid any more runarounds.

Respectfully to state sir, If I do not receive a meaningful response ( without any more runaround ) then, I assume that you intentionally prevented me to get a new job assignment by abusing  your power as a Unit manager.

Further even without your so called approval, I indeed had a another job at Medical services in the past( hired by Mr. Malcom ) and I even I was paid with my GRADE -II pay and also with a " bonus pay " for my excellent job which, I have delivered!!. Check my February of 2025 TRUST FUND deposits from the Medical services pay.

Now, I have every reason to believe that, I am kept being abused, retaliated, strong armed " by you " sir, since I stood for the truth and against corruption, waste and abuse as per the initiatives of "DOGE" (department of Government efficiency ) initiated by the U.S.President.

Please be advised  that in honor and candid, I would like to advise you that, I will also give this e-mail messages to whoever needed to see, and also to  Mr. Farwell to understand the "open mockery" and "clear-constant abuses" of me again and again by YOU as well, under FBOP/OIA P54320.11 and USDOJ/OIA 1210.24

At the closing " I again humbly ask you to change my job position to Trust fund ( Trulincs ) as offered to me and the position is still vacant."

Thank you sir.

Very Truly

/s/ Annamalai Annamalai, Victim

Excuse my typos
-----ANNAMALAI, ANNAMALAI on 2/9/2025 11:19 AM wrote:

>

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

-------------------------------------------------------------------------------------------------------

To: Mr. B.Sponsler:

Sir, the forwarded message has been referred in the previous e-mail, and being forwarded to you as stated in that e-mail sent to you a minute back.

Thank you.

Truly

/s/ Annamalai. A, Victim
-----ANNAMALAI, ANNAMALAI on 2/8/2025 1:28 PM wrote:

>

Dear Boss:

Asper your advise this Friday ( yesterday ) I went and saw Mr.ANNOYE, which has ended upon in heated exchanges and now I have filed a staff misconduct and Internal affairs investigation, staff investigative agent investigation against / of Mr.ANNOYE.As per his "arrogant" ( stupid ) arguments, he is the on will decide my employment and not any one in the compound. The second stupid arguments was have another job, and he is giving my job to another inmate in the Trust fund>Honestly my head is literally spinning, even to wonder this nan is "high"!!

As a matter pf FBIOP PS 4500.12 dated 3/14/2000 chapter-9 and section 9.10 clearly allows me to have even two jobs. Indeed several inmates at this institution having two jobs anyway. Secondly see also 28 C.F.R. 345.51 and Sub part F which also stands with me about arrogantly acts of Mr.ANNOYE.
Her it begs a simple concern of I shall not be thrown under the bus. Please look at the e-mails threads in this e-mail and in the e-mail dated 2/5/2025 8.32.04 AM, you expressly stated as" relax. The e-mail has been sent". Indisputably I have started me working for you in the last week of January itself and at least since1st of this month. See my e-mails threads since 1/31/20-025 onwards. These are some of your express responses:

2.4.2025 :    if you run into issues have them contact Diekhus or Patten ".

2.5.2025:    " Relax. The Email has been sent". ( @8.32 AM )

2.5.2025:    " It has been taking care of. Stop emailing me about it". ( @ 8.32 AM )

2.5.2025:    " This is your 3rd email and about 10th face to face conversation" ."its being handled". ( @ 8.37 AM ).

Honest to GOD, I respected your words, commitments, and assurances shown above, and it appears that, now I am thrown under the bus. Mr.Annoye has NO lawful authority to stop and restrict me getting a job from another departments, which his atrocious misconduct is NOT supported in my of the FBOP's policy and squarely falls in to staff misconduct which also triggers now, YOUR responsibility to inform such serious misconduct pursuant to FBOP/OIA P53420.11 and also under USDOJ/OIA 1210 et seq, which puts a clear obligation on you to act upon such unlawful intervention of me getting a job in another department by Mr.Annoye.

At the closing I respectfully ask you to step in to protect and defend me in this unlawful conduct and I trusted your oral contract and started working for you. I know you are a smart and good man, and will ,defend me to make sure I will properly entered in to the system with my new job assignment, offered by you and accepted by m and as well as Ihave started my work already for the past one week at least. I am waiting for your swift action to defend me, and all I am seeking is PEACE an nothing but PEACE and NOT conflicts with any one.

Respectfully

Annamalai

Excuse my typos.
-----Trust Fund-Inmate Accounts, Laundry/Clothing, Commissary/Warehouse, TRULINCS and TRUFONE on 2/5/2025 8:32 AM wrote:

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

----------------------------------------------------------------------------

>
Relax. The email has been sent.

From: ~^! ANNAMALAI, ~^!ANNAMALAI <56820379@inmatemessage.com>
Sent: Wednesday, February 5, 2025 8:16 AM
Subject: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D

To: Mr.Diekhus, Mr.Patten
Inmate Work Assignment: peace

Dear Boss:

Would you be kind enough to advise me about the correction of my work assignment, since it still shows me as a compound LP? Thank you and God Bless you.

Very Truly
/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/12/2025 07:48:47 AM

To: Mr.Malcom
Inmate Work Assignment: peace

FYI and swift corrections needed, please.
-----ANNAMALAI, ANNAMALAI on 3/11/2025 8:18 PM wrote:

>

Dear Mr. Malcom

Request for to grant me with  LEAVE OF ABSENCE and  ask for an immediate act,  to prevent, stop and also,
 not to  force me to conspire with you to defraud the FBOP.

Good Day to you sir.

I have  attempted  several times today,  to speak to you,  both in the morning and as well as afternoon time, when I have stayed
for the so called census counts, at medical services, as advised by you. You have advise me in the past week that,  you would
be able to work out someway, to get me out of this meaningless  and fraudulent  job.Notaby, I did not seek this job, neither you
have offered me with that job either. Also I have zero experience in such workings.  Most notably, I  CAN NOT  even work in the
job at Medical services, because of my soft medical shoe matters and I can not wear  boots anyway, which we both have
already agreed.

Then its all dressed down and  all comes to a simple fact that, its like openly DEFRAUDING  the Federal Bureau of Prisons
system, and I need to forcibly  be a coconspirator of you, to co' conspire and intentionally  defraud and cheat the FBOP
system. Such felonious and bad faith acts and  constant feelings gives me a strongest guilty feeling  of committing a  crime.
Indeed, knowingly  and intentionally cheating and or defrauding the FBOP is a  Felonious crime punishable under United States
Code Title '18.

Now, indeed, I know the law very well and also about the criminal law now at least, I have mastered. Having said, I do not want
to be forced in such defrauding  and  cheating  and FBOP scandal, which gives me nightmares' and constant fears now as we
speak. I  am  indeed, restless to break the system in such an audacious and egregious manner by co conspiring with you. Such
act also against my sincerely held religious beliefs per se.

I have spoken to staff Bretzel, the compound officer, who is willing to put back to my former employment as [ compound  LP.

Wherefore, I respectfully ask you to take emergency steps to stop these fraud scandal against FBOP and I am scared to
commit a crime in such manner  with you. Please talk o Officer Bretzel, and whoever needed to switch my b immediately bac t
compound' LP LP, and I respectfully ask for LEAVE OF ABSENCE, UNTIL ESE ATERS COMES TO AN END AND PLEASE
ALSO RELEASE ME IN SHOWING UP FOR the census scandal again. These are too much for me to fear ad stress about an I
am in extreme depression, nightmares', anxiety and all these defrauding the FBOP has increased my worsening mental health.
Please act upon it  IMMEDIAELY.

CC Lt. Key, Chief Psychologist A. LaBelle.

E X H I B I T   N U M B E R **-36**

E X H I B I T   N U M B E R -37

**§551.101.** Section 3 of this Program Statement contains definitions from §551.101.

**a.    Program Objectives.** The expected results of this program are:

▪    Pretrial inmates will be separated to the extent practicable from convicted inmates. When this is not practicable, employees will screen and assess pretrial inmates, permitting those who do not present a risk to the security or orderly running of the institution to have regular contact with convicted inmates.

▪    Pretrial inmates will not be required to work (other than housekeeping tasks in their cells or community living area), unless they waive their right **not** to work.

progstat                                          1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

**b.    New or Unfamiliar Religious Components.** The Bureau has established a procedure by which consideration of new or unfamiliar religious components for inmates may be employed. Field Chaplains should contact the appropriate Chaplaincy Services Coordinators (CSC) regarding new or unfamiliar inmate religious requests for modifications to Chapel programs. The CSC can help determine whether the administrative remedy or the BP-A0822, New or Unfamiliar Religious Components Questionnaire is more appropriate for the religious issue(s) presented.

(1)    **Requests.** Inmates must submit a form BP-A0822, New or Unfamiliar Religious Components Questionnaire, along with relevant supporting documentation, to the institution Chaplain. This form must contain as much information as possible regarding the religious accommodation being requested. The Chaplain may ask the inmate to provide additional information to support his/her request.

(2)    **Religious Issues Committee (RIC).** The Chaplain will convene a local RIC to review each request for a new or unfamiliar religious practice. Members of the RIC will include other Chaplaincy Services staff, Legal Services, Correctional Services, and any other discipline that may be involved in the religious request and accommodation. Local RIC recommendations are made in consultation with the CSC and documented via memo to the Warden with copies sent to the CSC and the Assistant Chaplaincy Administrator (ACA).

(1)    When a recommendation cannot be made locally, a memo requesting Central Office RIC review will be generated to the Assistant Director, Reentry Services Division (RSD) through the Warden, the CSC, and the Regional Director. The Assistant Director, RSD, then directs the Central Office RIC convene.

The Central Office RIC will meet as necessary and maintain records of its recommendations. Upon completing the review, the Central Office RIC will make recommendations to the Warden regarding the least restrictive means to accommodate the inmate's request.

(3)    **Implementation of the RIC Recommendation.** The Warden has the discretion to expand or change religious programming at the institution based on the security and orderly running of the

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

5.    DEFINITION §548.11. For purposes of this subpart, the term "religious activity" includes religious diets, services, ceremonies, and meetings.

6.    CHAPLAINS §548.12. Institution Chaplains are responsible for managing religious activities within the institution. Institution Chaplains are available upon request to provide pastoral care and counseling to inmates through group programs and individual services. Pastoral care and counseling from representatives in the community are available in accordance with the provisions of §§ 548.14 and 548.19. In order to assess requests for religious accommodations, the Chaplain may ask requesting inmates for additional information regarding the religious practice requested.

a.    **Chaplains as Pastoral Care Providers.** The Chaplaincy Services Department is directed by full-time Bureau Chaplains. All Chaplains are qualified pastoral care providers who have verifiable religious credentials and current religious endorsements as outlined in Program Statement **Chaplains' Employment, Responsibilities, and Endorsements**. All institution Chaplains are employed to:

    Plan, direct, and supervise all aspects of Chapel programming (worship, sacred scripture studies, and faith-based reentry programming);

    Have physical access to all areas of the institution to minister to inmates and staff;

    Lead worship services in their own tradition (e.g., Protestant, Catholic, Muslim, Jewish, Buddhist, etc.);

    Provide professional spiritual leadership and pastoral care to inmates and, when appropriate, to staff;

    Provide accommodations for inmate practices that are religious in nature when consistent with the secure and orderly running of the institution;

progstat                                          1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

E X H I B I T   N U M B E R -38

```
MARBN  535:03 *                    INMATE PROFILE              *        01-04-2016
PAGE 001                                                                13:53:22
              56820-379              REG
REGNO: 56820-379              FUNCTION: PRT DOB/AGE.: 05-25-1965 / 50
NAME.: ANNAMALAI, ANNAMALAI                R/S/ETH.: A/M/O    WALSH: YES
RSP..: MAR-MARION USP                      MILEAGE.: N/A
PHONE: 618-964-1441      FAX: 618-964-2058
  PROJ REL METHOD: GOOD CONDUCT TIME RELEASE    FBI NO..: 141184CC8
  PROJ REL DATE..: 08-09-2037                   INS NO..: 088245875
  PAR ELIG DATE..: N/A                          SSN.....: 067905207
  PAR HEAR DATE..:              PSYCH: NO    DETAINER: NO       CMC..: YES
OFFN/CHG RMKS: 1:13-CR-437-TCB/CONSP BANK FRAUD,BANK FRAUD,INC TAX RET,BANKRU
OFFN/CHG RMKS: LAUNDER A&A,FALSE STATE,OBSTR,STATE OATH,CON PER ARR,327M 5Y S
     FACL CATEGORY  - - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE , TIME
     MAR  ADM-REL    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-23-2015 1421
     MAR  CARE LEVEL CARE1      HEALTHY OR SIMPLE CHRONIC CARE 09-25-2015 0933
     MAR  CARE LEVEL CARE1-MH   CARE1-MENTAL HEALTH           12-04-2015 1059
     MAR  COR COUNSL CCC CMU    VACANT                        11-23-2015 1421
     MAR  CASE MGT   CFSR       CERT FOOD SINCERITY REMOVAL   10-18-2015 1842
     MAR  CASE MGT   CMU PART   CMU PARTICIPANT               11-23-2015 0616
     MAR  CASE MGT   RPP PART   RELEASE PREP PGM PARTICIPATES 12-01-2015 1000
     MAR  CASE MGT   VWP AUTO   VICTIM/WITNESS PGM AUTO UPDATE 07-17-2015 0645
     MAR  CASE MGT   V94 COA913 V94 CURR OTHER ON/AFTER 91394 09-28-2015 1349
     MAR  CASE MGT   WA NO CONV WALSH ACT HIST-NO CONVICTION  07-30-2015 1436
     MAR  CASE MGT   WA REFER   REFERRED TO CERT REVIEW PANEL 11-30-2015 1536
     MAR  CORR SVCS  REQD MONTR REQUIRED MONITORING           10-30-2015 1205
     MAR  CASEWORKER CSW CMU    G. BURGESS  EXT. 1360         11-23-2015 1421
     MAR  CUSTODY    IN         IN CUSTODY                    11-20-2013 1700
     MAR  DRUG PGMS  ED NONE    DRUG EDUCATION NONE           12-01-2015 0724
     MAR  DESIG/SENT FGAN YES   FGAN-FULLY COMPLIED W/JUD REC 09-11-2015 1153
     MAR  DESIG/SENT KILO       TEAM KILO                     07-30-2015 1436
     MAR  EDUC INFO  ESL HAS    ENGLISH PROFICIENT            09-30-2015 1003
     MAR  EDUC INFO  GED XN     EXEMPT GED NON-PROMOTABLE     09-30-2015 1007
     MAR  FIN RESP   PART       FINANC RESP-PARTICIPATES      10-28-2015 0858
     MAR  LEVEL      MEDIUM     SECURITY CLASSIFICATION MEDIUM 07-30-2015 1457
     MAR  MED DY ST  NO PAPER   NO PAPER MEDICAL RECORD       09-25-2015 0932
     MAR  MED DY ST  REG DUTY W REGULAR DUTY W/MED RESTRICTION 12-03-2015 1536
     MAR  MED DY ST  WGT 25 LB  WEIGHT-NO LIFTING OVER 25 LBS 10-08-2015 0955
     MAR  MED DY ST  YES F/S    CLEARED FOR FOOD SERVICE      10-08-2015 1139
     MAR  PGM REVIEW MAY        MAY PROGRAM REVIEW            05-18-2016 0726
     MAR  PSYCH TRMT SOM DISC N SOM DISCHARGE EVAL NOT REQD   12-08-2015 1024
     MAR  PSYCH TRMT SOM NR D   SEX OFF TRMT NON-RES DECLINE  12-08-2015 1024
     MAR  QUARTERS   I01-004L   HOUSE I/RANGE 01/BED 004L     12-08-2015 0900
     MAR  RELIGION   HINDU      HINDU                         09-28-2015 1348
     MAR  SECUR THRT FRAUD      HISTORY OF FRAUD              10-30-2015 1205
     MAR  SECUR THRT MGT INT96C COURT ORDERS                  10-30-2015 1205
     MAR  SECUR THRT PHN ABUSE  HISTORY SERIOUS PHONE ABUSE   10-30-2015 1205
     MAR  SECUR THRT POSTPIC    POSTED PICTURE CARD FILE      11-24-2015 0835
     MAR  STATUS     STATIC 99  STATIC 99 COMPLETE            12-08-2015 1024
     MAR  UNIT       I          R. BASKERVILLE, EXT 1824      11-23-2015 1421
     MAR  WAITNG LST COM HN     HEALTH & NUTRITION #1         11-25-2015 0740
     MAR  WAITNG LST COM PF     PERSONAL FINANCE #3           11-25-2015 0740

  G0017      WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
  G0002      MORE PAGES TO FOLLOW . . .
```

```
MARD0  535.03 *              INMATE PROFILE              *      09-02-2016
PAGE 001                                                       15:17:43
        56820-379              REG
REGNO: 56820-379                    FUNCTION: PRT DOB/AGE.: 05-25-1965 / 51
NAME.: ANNAMALAI, ANNAMALAI                    R/S/ETH.: A/M/O    WALSH: YES
RSP..: MAR-MARION USP                          MILEAGE.: N/A
PHONE: 618-964-1441        FAX: 618-964-2058
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE      FBI NO..: 141184CC8
 PROJ REL DATE..: 06-13-2038                     INS NO..: 088245875
 PAR ELIG DATE..: N/A                            SSN.....: 067905207
 PAR HEAR DATE..:                PSYCH: NO      DETAINER: NO    CMC..: YES
OFFN/CHG RMKS: 1:13-CR-437-TCB/CONSP BANK FRAUD, BANK FRAUD, INC TAX RET, BANKRU
OFFN/CHG RMKS: LAUNDER A&A, FALSE STATE, OBSTR, STATE OATH, CON PER ARR, 327M 5Y S
   FACL CATEGORY   |- - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE   TIME
   MAR  ADM-REL    A-DES     DESIGNATED, AT ASSIGNED FACIL  11-23-2015 1421
   MAR  CARE LEVEL CARE1     HEALTHY OR SIMPLE CHRONIC CARE 09-25-2015 0933
   MAR  CARE LEVEL CARE1-MH  CARE1-MENTAL HEALTH            12-04-2015 1059
   MAR  COR COUNSL CCC CMU   VACANT                         11-23-2015 1421
   MAR  CASE MGT   CFSR      CERT FOOD SINCERITY REMOVAL    10-18-2015 1842
   MAR  CASE MGT   CMU PART  CMU PARTICIPANT                11-23-2015 0616
   MAR  CASE MGT   ITTIN NO I ITT IN NO INTEREST TRTY TRANS 11-25-2015 0901
   MAR  CASE MGT   RPP PART  RELEASE PREP PGM PARTICIPATES  12-01-2015 1000
   MAR  CASE MGT   VWP AUTO  VICTIM/WITNESS PGM AUTO UPDATE 07-17-2015 0645
   MAR  CASE MGT   V94 COA913 V94 CURR OTHER ON/AFTER 91394 09-28-2015 1349
   MAR  CASE MGT   WA NO CONV WALSH ACT HIST-NO CONVICTION  07-30-2015 1436
   MAR  CASE MGT   WA REFER  REFERRED TO CERT REVIEW PANEL  11-30-2015 1536
   MAR  CMC        SEPARATION SEPARATION                    07-30-2015 1459
   MAR  CORR SVCS  REQD MONTR REQUIRED MONITORING           10-30-2015 1205
   MAR  CASEWORKER CSW CMU   G. BURGESS   EXT. 1360         11-23-2015 1421
   MAR  CUSTODY    IN        IN CUSTODY                     11-20-2013 1700
   MAR  DRUG PGMS  ED NONE   DRUG EDUCATION NONE            12-01-2015 0724
   MAR  DESIG/SENT FGAN YES  FGAN-FULLY COMPLIED W/JUD REC  09-11-2015 1153
   MAR  DESIG/SENT KILO      TEAM KILO                      07-30-2015 1436
   MAR  EDUC INFO  ESL HAS   ENGLISH PROFICIENT             09-30-2015 1003
   MAR  EDUC INFO  GED UNSAT GED PROGRESS UNSATISFACTORY    12-20-2015 1437
   MAR  EDUC INFO  GED XN    EXEMPT GED NON-PROMOTABLE      09-30-2015 1007
   MAR  FIN RESP   PART      FINANC RESP-PARTICIPATES       10-28-2015 0858
   MAR  LEVEL      MEDIUM    SECURITY CLASSIFICATION MEDIUM 07-30-2015 1457
   MAR  MED DY ST  NO PAPER  NO PAPER MEDICAL RECORD        09-25-2015 0932
   MAR  MED DY ST  REG DUTY  NO MEDICAL RESTR--REGULAR DUTY 01-06-2016 1030
   MAR  MED DY ST  YES F/S   CLEARED FOR FOOD SERVICE       10-08-2015 1139
   MAR  PGM REVIEW OCT       OCTOBER PROGRAM REVIEW         10-19-2016 1034
   MAR  PSYCH TRMT SOM DISC N SOM DISCHARGE EVAL NOT REQD   12-08-2015 1024
   MAR  PSYCH TRMT SOM NR D  SEX OFF TRMT NON-RES DECLINE   12-08-2015 1024
   MAR  QUARTERS   I01-004L  HOUSE I/RANGE 01/BED 004L      12-08-2015 0900
   MAR  RELIGION   HINDU     HTNDU                          09-28-2015 1348
   MAR  SECUR THRT FRAUD     HISTORY OF FRAUD               10-30-2015 1205
   MAR  SECUR THRT MGT INT96C COURT ORDERS                  10-30-2015 1205
   MAR  SECUR THRT PHN ABUSE HISTORY SERIOUS PHONE ABUSE    10-30-2015 1205
   MAR  SECUR THRT POSTPIC   POSTED PICTURE CARD FILE       11-24-2015 0835
   MAR  SECUR THRT SOVR CITZ SOVEREIGN CITIZEN              08-16-2016 1000
   MAR  STATUS     STATIC 99 STATIC 99 COMPLETE             12-08-2015 1024


G0017      WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
G0002      MORE PAGES TO FOLLOW . . .
```

E X H I B I T   N U M B E R  –39

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| | | | | | |
|---|---|---|---|---|---|
| Complex: | OXF--OXFORD FCI | Begin Date: | 09/15/2024 | End Date: | 10/22/2024 |
| Inmate: | ANNAMALAI, ANNAMALAI | Reg #: | 56820-379 | Quarter: | W04-023L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

Allergies:

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillins | Unknown | 11/21/2013 |
| Beef (Diagnostic) | Intolerance-other | 08/26/2021 |

## Active Prescriptions

**Aspirin 81 MG EC Tab**
Take one tablet (81 MG) by mouth daily
**Rx#:** 693810-CP1   **Doctor:** Shing, M. DO/CD
**Start:** 09/09/24   **Exp:** 09/09/25          Pharmacy Dispensings: 90 TAB in 43 days

**Atorvastatin 10 MG Tab**
Take one tablet (10 MG) by mouth each evening
**Rx#:** 693811-CP1   **Doctor:** Shing, M. DO/CD
**Start:** 09/09/24   **Exp:** 09/09/25          Pharmacy Dispensings: 90 TAB in 43 days

**Diclofenac Sodium External Gel 1% [100gm]**
Apply 4 grams topically to the affected area(s) four times daily AS NEEDED "Empty container is to be returned for refill"
**Rx#:** 693812-CP1   **Doctor:** Shing, M. DO/CD
**Start:** 09/09/24   **Exp:** 03/08/25          Pharmacy Dispensings: 200 GM in 43 days

**Losartan potassium 50 MG Tab**
Take one tablet (50 MG) by mouth daily
**Rx#:** 693813-CP1   **Doctor:** Shing, M. DO/CD
**Start:** 09/09/24   **Exp:** 09/09/25          Pharmacy Dispensings: 90 TAB in 43 days

**Magnesium Oxide 400 MG Tab**
Take one tablet (400 MG) by mouth daily
**Rx#:** 709143-CP1   **Doctor:** Shing, M. DO/CD
**Start:** 10/09/24   **Exp:** 10/09/25          Pharmacy Dispensings: 30 TAB in 13 days

**Mometasone Furoate Nasal Spray 50MCG/act [17GM]**
Spray 2 puffs in each nostril daily
**Rx#:** 693814-CP1   **Doctor:** Shing, M. DO/CD
**Start:** 09/09/24   **Exp:** 09/09/25          Pharmacy Dispensings: 17 GM in 43 days

**Semaglutide (1 MG/DOSE) SQ Pen-inj 4 MG/3ML**
Inject 1 MG (0.75 ml) subcutaneously once weekly | Room temperature 56 days, discard on _____   ***pill line***

Exhibit Number-9

| Complex: | OXF--OXFORD FCI | Begin Date: | 09/15/2024 | End Date: | 10/22/2024 |
| Inmate: | ANNAMALAI, ANNAMALAI | Reg #: | 56820-379 | Quarter: | W04-023L |

## Active Prescriptions

**Rx#:** 693815-CP1    **Doctor:** Shing, M. DO/CD
**Start:** 09/10/24    **Exp:** 03/08/25    **Pharmacy Dispensings:** 6 ML in 42 days

Tamsulosin HCl 0.4 MG Cap
Take two capsules (0.8 MG) by mouth each evening to help with nighttime urination symptoms

**Rx#:** 693816-CP1    **Doctor:** Shing, M. DO/CD
**Start:** 09/09/24    **Exp:** 09/09/25    **Pharmacy Dispensings:** 120 CAP in 43 days

EXHIBIT NUMBER -40

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-S

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S
DATE: 10/23/2024 02:56:24 PM

To: Mr.B.Malcom
Inmate Work Assignment: peace

Dear Mr. Malcom:

E M E R G E N C Y   R E Q U E S T

Good day to you sir.

You know about my pathetic and most suffering situation of my present and ongoing inability, to breath via my nose and breathing via nose the whole day night and for months now, literally "burnt" my tongue and now, I am unable to eat anything with, even little bit spice o avoid any more irritations.
Secondly, I have requested for my medical records about such recent maters, and the review of such medical records since 09/15/2024 to current date does not show anywhere the encounter I had with Nurse Boutin, after have shed blood via my nose and pathways in my WAUSHARA unit an as well as in my cell. Latter I was sent by the correctional officer for emergency medical attention. I believe that day should be a Saturday and on 28th October 2024. Nurse Boutin, met with me outside of the Lieutenant's office on the outside bench where I was ordered to sit in a very cold early morning with more pains and sufferings to endure such cold weather by making me unable to breath. Nurse Boutin advised me that, I need to come for a sick call to meet with Dr.Bell and she specifically advised me that, she would document by blood bleeding from my nose and the interactions I had on September 28th 2024.

However, shockingly I have NOT seen any of such serious health injuries records were documented in my medical fil at all.In fact I have also brought such facts to Ms. Taub today around 2.20 P.M. She has also advised me to contact you to make my records straight and for further medical interventions.

Last but not the least, now, I respectfully seek an emergency appointment with the Dr.Shin ( NOT DR.BELL ) to request for any and all " interim reliefs" of medications inclusive of steroids course to prevent my ongoing injuries and tortures and most notably, my present inability to eat and etc., until I am able to see the ENT specialist for further actions. I would greatly appreciate that compassion sir. Please advise me with the further developments.

Thank you and God bless you.

Very Truly

/s/ Annamalai A.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S
DATE: 10/27/2024 09:06:02 AM

To: Doctor
Inmate Work Assignment: peace

Dear Doctor:

EMERGENCY ATTENTION NEEDED AND REQUEST TO STOP THE INDIFFERENT TREATMENT BEING GIVEN TO ME BY
DISREGARDING SERIOUS HEALTH CONDITIONS which I AM UNDERGOING:-

Good day to you.

 My chronic health conditions are getting so worst to the level of now I am going through extensive mental emotional tortures
based on my UNTREATED and indeed, readily treatable chronic conditions with relates to my sinus and now lead to face
numerous injuries and harms to my physical as we speak. I, In fact have "finally" shed blood via my nose all over my cell and
on the beds, on 09.28.2024, after sufferings for over a month with a big polyp in my right side nose completely blocked the
airways to breath vis nose, lead to I need to even shed blood via my nose, because of no adequate and or proper treatment by
YOU.

Nurse Boutin although saw me with that tragedy on 09.28.2024, she did not treat me and also it clearly appears that she has
negligent about to document that encounter, which I have notice this pat Friday, after I receive my medical records.
At this time now its for the past three months, I am unable to breath. Indeed, Dr.Bell " sarcastically "told me as "breath via your
mouth". Breathing via 24 hours is NOT a Normal living and that's nothing but a tortures inflicted on me forcibly by the negligent
and indifferent treatment of the medical staffs of this institution.

 Indeed, breathing via my mouth the whole night, has made lot of burning sensations now to my tongue and I am 100% unable
to eat anything with any spices and also lost the taste on my tongue also for the past three months. Now it going worst that, I
need cough whole day and unable to sleep as well which makes me unable to self care and function as a normal human being.
Indeed I have bought and consumed several bottles of cough syrup already and also bought halls, and allergy pills, and nothing
helps me either.

Further I am repeatedly bleeding blood via my nose for the past one month, inclusive of yesterday morning as well. I
understand I have been scheduled for an outside Doctor visit and CT scan. However NONE of such matters will be concluded
soon to stop and prevent my "present tortures to my health and ongoing harms and injuries to my health".

wherefore, I respectfully ask you to give me with an appropriate medical treatment in the interim level immediately, to prevent
the ongoing harms, injuries and tortures to my physical health immediately. I have been advised by my family doctor as such
there is a course of "Steroid pills" can be taken for a week or two which will give immediate relief in the interim periods, until the
ENT specialist takes care of me full. I in fact had such course of consumption at least one time when I went for resentencing in
2020 in Georgia when I was located in a private jail GEO at lovejoy Georgia, which helped me that time.Let me know when you
will stop my ongoing tortures to my physical health?

Let me know what shall I do? ( simply sitting for a sick call for several hours with no reliefs again and again will not address my
worsening health conditions at all. )

Thank you and God Bless you.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S
DATE: 10/28/2024 09:54:31 AM

To: Mr.Malcom
Inmate Work Assignment: peace

FYI
-----ANNAMALAI, ANNAMALAI on 10/23/2024 2:56 PM wrote:

>

Dear Mr. Malcom:

E M E R G E N C Y   R E Q U E S T

Good day to you sir.

You know about my pathetic and most suffering situation of my present and ongoing inability, to breath via my nose and breathing via nose the whole day night and for months now, literally "burnt" my tongue and now I am unable to eat anything with, even little bit spice o avoid any more irritations.
Secondly, I have requested for my medical records about such recent maters, and the review of such medical records since 09/15/2024 to current date does not show anywhere the encounter I had with Nurse Boutin, after have shed blood via my nose and pathways in my WAUSHARA unit an as well as in my cell. Latter I was sent by the correctional officer for emergency medical attention. I believe that day should be a Saturday and on 28th October 2024. Nurse Boutin, met with me outside of the Lieutenant's office on the outside bench where I was ordered to sit in a very cold early morning with more pains and sufferings to endure such cold weather by making me unable to breath. Nurse Boutin advised me that, I need to come for a sick call to meet with Dr.Bell and she specifically advised me that, she would document by blood bleeding from my nose and the interactions I had on September 28th 2024.

However, shockingly I have NOT seen any of such serious health injuries records were documented in my medical fil at all.In fact I have also brought such facts to Ms. Taub today around 2.20 P.M. She has also advised me to contact you to make my records straight and for further medical interventions.

Last but not the least, now, I respectfully seek an emergency appointment with the Dr.Shin ( NOT DR.BELL ) to request for any and all " interim reliefs" of medications inclusive of steroids course to prevent my ongoing injuries and tortures and most notably, my present inability to eat and etc., until I am able to see the ENT specialist for further actions. I would greatly appreciate that compassion sir. Please advise me with the further developments.

Thank you and God bless you.

Very Truly

/s/ Annamalai A.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-S
DATE: 10/28/2024 09:54:03 AM

To: Doctor
Inmate Work Assignment: peace

FYI
-----ANNAMALAI, ANNAMALAI on 10/27/2024 9:06 AM wrote:

>

Dear Doctor:

EMERGENCY ATTENTION NEEDED AND REQUEST TO STOP THE INDIFFERENT TREATMENT BEING GIVEN TO ME BY
DISREGARDING SERIOUS HEALTH CONDITIONS which I AM UNDERGOING:-

Good day to you.

 My chronic  health conditions are getting so worst to the level of now I am going through extensive mental emotional tortures
based on my UNTREATED and indeed, readily treatable chronic conditions with relates to my sinus and now lead to face
numerous injuries and harms to my physical  as we speak. I, In fact  have "finally" shed blood via my nose all over my cell and
on the beds, on 09.28.2024, after sufferings for over a month with a  big polyp in my right side nose completely blocked the
airways to breath vis nose, lead to I need to even shed blood via my nose, because of no adequate and or proper treatment by
YOU.

Nurse Boutin although saw me with  that tragedy on 09.28.2024, she did not treat me and also it clearly appears that she has
negligent about to document that encounter, which I have notice this pat Friday; after I receive my medical records.
At this time now its for the past three months, I am unable to breath. Indeed, Dr.Bell " sarcastically "told me as "breath via your
mouth". Breathing via 24 hours is NOT a Normal living and that's nothing but a tortures inflicted on me forcibly  by the negligent
and indifferent treatment of the  medical staffs of this institution.

 Indeed, breathing via my mouth the whole night,  has made lot of burning sensations now to my tongue and I am 100% unable
to eat anything with any spices and also lost the taste on my tongue also for the past three months. Now it going worst that, I
need cough whole day and unable to sleep as well which makes me unable to self care and function as a normal human being.
Indeed I have bought and consumed several bottles of cough syrup already and also bought halls, and allergy pills, and nothing
helps me either.

Further I am repeatedly bleeding blood via my nose for the past one month, inclusive of yesterday morning as well. I
understand I have been scheduled for an outside Doctor visit and CT scan. However NONE of such  matters will be concluded
soon to stop and prevent my "present tortures to my health and ongoing harms and injuries to my health".

wherefore, I respectfully ask you to give me with an appropriate medical treatment in the interim level immediately, to prevent
the ongoing harms, injuries and tortures to my physical health immediately. I  have been advised by my family doctor as such
there is a course of "Steroid pills"  can be taken for a week or two which will give immediate relief in the interim periods, until the
ENT specialist takes care of me full. I in fact had such course of consumption at least one time when I went for resentencing in
2020 in Georgia when I was located in a private jail GEO at lovejoy Georgia, which helped me that time.Let me know when you
will stop my ongoing tortures to my physical health?

Let me know what shall I do? ( simply sitting for a sick call for several hours with no reliefs again and again will not address my
worsening health conditions at all. )

Thank you and God Bless you.

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 11/15/2024 08:11:33 AM

To: Mr.B.Malcom, HSA administrator( EMERGENCY REQUEST)
Inmate Work Assignment: PEACE .

Dear Mr. Malcom
                                    E M E R G E N C Y   A T T E N T I O N     N E E D E D

Sub: My new job assignment not yet corrected and other associated matters:-

Good Morning and as well as good day to you sir.

I am expressly sending the following matters and also to memorialize the discussion and interactions we had for several times within the past 2 weeks, since inmate Halverson was placed in the cell no A-1 at "Wood Unit".

1. You may or may not aware that, I was " f o r c e d " to live with a " w o m a n " known a Ms. Lucas Sanchez Velasquez, for several months at Waushara Unit in my cell, for several months (where which I was housed at cell no B-23-L on the day of my arrival), until, I moved to the present Wood Unit. I went through beyond explainable by words of, mental, and emotional tortures, agony(s) on a day to day basis, because of my " f o r c e d   l i v i n g   w i t h   a   w o m a n ", which indeed was against my sincerely held religious beliefs ( Hind faith ) and also as  a Hindu faith's married man, for the past 39 years to my only wife.

As a former Hindu High Priest, I have taught and preached about morality, compassion and empathy, and I will and always shall 100% adhere such religious principles all my life. Finally after several months of correspondences talking to Psychology department ( I am Mental care Level -II inmate ) with tears in my eyes about the ""extensive infliction on emotional distress" and as well as " negligent infliction of emotional distress", orchestrated towards myself by the FCI-OXFORD staffs, and coupled with finally I need to file an administrative remedy ( BP-8 ) and a complaint to USDOJ,to take  me out of day to day horror.  I have also endured  several physical, emotional and mental injuries', because of such indifferent treatment I have endured.

Simply to put that, numerous inmates in that Waushara unit were repeatedly allowed to move and change their cells , however I was never and ever allowed to move a cell, or to be housed with any other cell mates Most notably, I am NOT a sex offender, LGBTQ person, transgender woman, "w o  m a n of any kinds" , or any kinds of history of violence and also do not speak and understand Spanish language which is the language of the woman placed with me for the "forced living" at Waushara Unit.

After come back to the wood Unit, another nightmare and retraumatized position has started by again placing an incompatible inmate Halverson in my new cell at Wood unit. Most notably, and also well known to YOU and the correctional officers and several other inmates at that Wood unit that, I was "repeatedly" and a daily  basis " cleaning"the "Urinated floors ( all over the floors inside the cell, and Halverson's the "SHIT" on the cell floors, and as well as his  urinated blankets and sheets too.

YOU wanted me to be his companion as a job. Indeed, I  am highly compassionate and empathy character person. However, I need your attention also to take care of me and my concerns to be a companion of Halverston.You have clearly told me that I was/am NOT signed up to bath, feed and or clean his "shit" and "Urinated" clothes and blankets and sheets. Remarkably, although I have started the companion job" for the past "TWO WEEKS", still my job assignment is showing even today as "Compound LP" and YOU appears to failed to correct the same on records still.

Wherefore, I respectfully ask you to immediately step in to correct my job assignment and your records let shows that, I have started the job for the past two weeks ( inclusive of this weeks ). Further, I need your assistance to manage this inmate Halverson on an ongoing basis as well and I w ill speak to you further,

Thank you sir and God Bless you.

Very Truly yours,

/s/ Annamalai Annamalai

TRULINCS· 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---

First up all, as I have been accused of violating code 306, I have and or had "ZERO"intent to violate and or refuse the "work assignment ",,since, I am NOT employed with the Medical services now .On Its face this incident report is utterly flawed and goes to the hearts of retaliation.

The second charge of violation of code 316 is also not supportive by the code violation, I have been charged with. In fact, and most importantly by the extreme trauma inflicted by the medical staffs today after I was WAITING FOR A SICK CALL TREATMENT, I WAS KICKED OUT OF MEDICAL SERVICES AT 8.30 am WITHOUT ANY TRATMENTS, SIMPLY BECAUSE NURSE BOUTIN WAS BUSY WITH SOMETHING ELSE.

" I was devastated, traumatized, and went " O U T   O F   M I N D  " and walked, even without knowing, where I am going and ended up in the education. Then at 10.30 M, I went and reported such matters to my unit's team counsellor Mr.ANNOYE . As well as to the Unit's correctional officer, who called the medical and told me Annamalai everything is going good, and you are not in trouble, go and get your Ozampic at 11.00 AM ( after chow ). I went and however I was again denied my shot.

Further I have been advised specifically and recently expressly by the Medical staffs that, if I end up missing the shots on Tuesday, I can come at the evening pill call and receive one, which I have followed today and received my shot finally.

I would like to amicably settle this matter informally under BOP OS 541.5(b)(3) and act accordingly and swiftly, before I get further harms because of this retaliatory incident report.

Thank you an God Bless you.

Very truly

/s/ Annamalai A.
-----ANNAMALAI, ANNAMALAI on 11/26/2024 9:45 PM wrote:

>

Dear Sir/Madam                                    TIME SENSITIVE

                    " EMERGENCY REQUEST AND ATTENTION  NEEDED ."

Sub: Patent" M e d i c a l   N e g l i g e n c e   by Medical assistant Ms.Borrie " , and also by intentionally, violating my protected Eighth Amendment constitutional rights.

I respectfully ask for your immediate intervention on the immediately, as follows:

 I am used to get my Ozempic injection, every Tuesdays, around 9.30 AM. Today, based on a "legal call" ,  I was removed from the education department, approximately,  around 9.15AM and I was  taken to the FSTC to attend my legal matters, which has prevented my ability to visit the  medical services at 9.30 AM, of course NOT at  my fault.

 Then after Chow, I have promptly visited, to see Medical Assistance Ms.Borrie, and I have very politely and repeatedly, " b e g g e d " her,  to provide me with the Ozempic. Ms.Borre was so angry and yelling , illtreating  me, for the reasons I am unaware of, even  when I was repeatedly " begging" for Ozaempic, , by explaining the matters as stated above herein. Ms Borrie has shouted and yelled at me as,  " I AM NOT GOING TO GIVE YOU OZEMPIC,..... GO...WHEREVER YOU WANT TO COMPLAINT...."

Then, I have politely and respectfully, left the medical services to avoid more mental, and emotional tortures inflicted on me Ms.Borrie.

Now, I respectfully  ASK YOUR IMMEDIATE INTERVENTIO TO make immediate arrangements, to PROVIDE ME WITH THE WEEKLY INJECTION, which I am entitled for. Further, let this correspondence, be treated and considered  as a complaint against Ms.Borrie for "s t a f f   m i s c o n d u c t " for mistreating, disrespecting, yelling and also prevent my ability to receive "life saving medications" for my ongoing chronic medical conditions.

Please be respectfully an humbly advised that, If I do not receive a positive answer by tomorrow Wednesday , then I assume that, my request has been denied with an intention(s) of to,  harm and injure my health conditions more, " as usual by the

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---

"indifferent treatment(s), I routinely receive from some medical staffs at this institution.

Thank you and God bless you.

Respectfully Summited

/s/ Annamalai A, Victim

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/02/2024 08:22:01 AM

To: Mr.B Malcom Lt.Key
Inmate Work Assignment: peace

FYI and action.
——ANNAMALAI, ANNAMALAI on 11/26/2024 9:45 PM wrote:

>

Dear Sir/Madam                                    TIME SENSITIVE

" EMERGENCY REQUEST AND ATTENTION NEEDED "

Sub: Patent" M e d i c a l  N e g l i g e n c e  by Medical assistant Ms.Borrie ", and also by intentionally, violating my protected Eighth Amendment constitutional rights.

I respectfully ask for your immediate intervention on the immediately, as follows:

I am used to get my Ozempic injection, every Tuesdays, around 9.30 AM. Today, based on a "legal call", I was removed from the education department, approximately, around 9.15AM and I was taken to the FSTC to attend my legal matters, which has prevented my ability to visit the medical services at 9.30 AM, of course NOT at my fault.

Then after Chow, I have promptly visited, to see Medical Assistance Ms.Borrie, and I have very politely and repeatedly, " b e g g e d " her, to provide me with the Ozempic. Ms.Borrie was so angry and yelling , illtreating me, for the reasons I am unaware of, even when I was repeatedly " begging" for Ozaempic, , by explaining the matters as stated above herein. Ms Borrie has shouted and yelled at me as, " I AM NOT GOING TO GIVE YOU OZEMPIC,..... GO...WHEREVER YOU WANT TO COMPLAINT...."

Then, I have politely and respectfully, left the medical services to avoid more mental, and emotional tortures inflicted on me Ms.Borrie.

Now, I respectfully ASK YOUR IMMEDIATE INTERVENTIO TO make immediate arrangements, to PROVIDE ME WITH THE WEEKLY INJECTION, which I am entitled for. Further, let this correspondence, be treated and considered as a complaint against Ms.Borrie for "s t a f f  m i s c o n d u c t " for mistreating, disrespecting, yelling and also prevent my ability to receive "life saving medications" for my ongoing chronic medical conditions.

Please be respectfully an humbly advised that, If I do not receive a positive answer by tomorrow Wednesday , then I assume that, my request has been denied with an intention(s) of to, harm and injure my health conditions more, " as usual by the "indifferent treatment(s), I routinely receive from some medical staffs at this institution.

Thank you and God bless you.

Respectfully Summited

/s/ Annamalai A, Victim

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/05/2024 12:00:58 PM

To: B.Malcom
Inmate Work Assignment: peace

Att: Mr.B. Malcom:

FYI and action.
-----ANNAMALAI, ANNAMALAI on 11/15/2024 8:11 AM wrote:

>

Dear Mr. Malcom
-                                EMERGENCY ATTENTION    NEEDED

Sub: My new job assignment not yet corrected and other associated matters:-

Good Morning and as well as good day to you sir.

I am expressly sending the following matters and also to memorialize the discussion and interactions we had for several times within the past 2 weeks, since inmate Halverson was placed in the cell no A-1 at "Wood Unit".

1. You may or may not aware that, I was " f o r c e d " to live with a " w o m a n " known a Ms. Lucas Sanchez Velasquez, for several months at Waushara Unit in my cell, for several months (where which I was housed at cell no B-23-L on the day of my arrival), until, I moved to the present Wood Unit. I went through beyond explainable by words of, mental, and emotional tortures, agony(s) on a day to day basis, because of my " f o r c e d   l i v i n g   w i t h   a   w o m a n ", which indeed was against my sincerely held religious beliefs ( Hind faith ) and also as a Hindu faith's married man, for the past 39 years to my only wife.

 As a former Hindu High Priest, I have taught and preached about morality, compassion and empathy, and I will and always shall 100% adhere such religious principles all my life. Finally after several months of correspondences talking to Psychology department ( I am Mental care Level -II inmate ) with tears in my eyes about the ""extensive infliction on emotional distress" and as well as " negligent infliction of emotional distress", orchestrated towards myself by the FCI-OXFORD staffs, and coupled with finally I need to file an administrative remedy ( BP-8 ) and a complaint to USDOJ,to take me out of day to day horror. I have also endured several physical, emotional and mental injuries', because of such indifferent treatment I have endured.

Simply to put that, numerous inmates in that Waushara unit were repeatedly allowed to move and change their cells , however I was never and ever allowed to move a cell, or to be housed with any other cell mates Most notably, I am NOT a sex offender, LGBTQ person, transgender woman, "w o  m a n  of any kinds" , or any kinds of history of violence and also do not speak and understand Spanish language which is the language of the woman placed with me for the "forced living" at Waushara Unit.

After come back to the wood Unit, another nightmare and retraumatized position has started by again placing an incompatible inmate Halverson in my new cell at Wood unit. Most notably, and also well known to YOU and the correctional officers and several other inmates in that Wood unit that, I was "repeatedly" and a daily basis " cleaning"the "Urinated floors ( all over the floors inside the cell, and Halverson's the "SHIT" on the cell floors, and as well as his urinated blankets and sheets too.

YOU wanted me to be his companion as a job. Indeed, I am highly compassionate and empathy character person. However, I need your attention also to take care of me and my concerns to be a companion of Halverston.You have clearly told me that I was/am NOT signed up to bath, feed and or clean his "shit" and "Urinated" clothes and blankets and sheets. Remarkably, although I have started the companion job" for the past "TWO WEEKS", still my job assignment is showing even today as "Compound LP" and YOU appears to failed to correct the same on records still.

 Wherefore, I respectfully ask you to immediately step in to correct my job assignment and your records let shows that, I have started the job for the past two weeks ( inclusive of this weeks ). Further, I need your assistance to manage this inmate Halverson on an ongoing basis as well and I w ill speak to you further,

Thank you sir and God Bless you.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

---

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/08/2024 08:52:46 AM

To: B.Malcom
Inmate Work Assignment: peace

FYI & Assistance
-----ANNAMALAI, ANNAMALAI on 12/8/2024 8:52 AM wrote:

>

Dear Sir/Madam:

Ref:: Incidents Associated with the Medical matters and all such interactions also with the other Medical & security staffs of FCI-OXFORD Staffs on 12/05/2023 between 230 PM and 5.30 PM.

Sub: Humble request to "PRESEVE" the " C C T V   f o o t a g e " and any and all records associated-Ref,

I am respectfully sending his Express correspondence under the " a d v i s e   o f   m y   c o u n s e l " for the following maters. was denied by Nurse Klump on that time, although she could have easily prevented the following episodes and pains, sufferings, harms. Please see the forwarded e-mail for more understanding.

 I have been kicked back to my unit without any needed treatment to prevent exacerbating health harms to my unit around 2.45 P.M. After an hour plus, the conditions got so worsened and, I needed to go the correctional officer in my unit and he was kind enough to call the compound to make arrangements to go to the medical again. I could not even stand at that time, and fell before the C.O's office slowly.

Then I was ordered to "walk on my own", and by obeying such order, I left the unit, and again within few seconds, I fell on the outside pathway grounds. Then again with no one to lift me from the grounds either. I was ordered again to walk and I obeyed chair. Then, I believe I have ended up in the clinic around 3.50 PM on that day.

After the check up, It was found out my blood pressure was 136/98 and the "pulse rate was 130 and the "F E V E R " with 120 meter reading. ( I think the normal is 97 ?? ).Dr.Bell then told me I may have RSV, FLU or Covid.However, I have just received generic Tylenol, and they took my urine for analysis. Then I was laying and partially sitting on the floor of the medical with unbearable pains an my pain was 9 out of 10 at that time with "no needed medicine" to prevent such pans. I remained in the same conditions until to 5.15 P.M and ordered asked to leave.

WHEREFORE, respectfully pray that, ALL the " C C T V   f o o t a g e at Medical and the compound and my unit in such time periods be "SAVED and NOT TO BE DELETED and or DESTROYED" for any reasons, which My counsel likely to get through court's process appropriately at appropriate time.

Thank you and God Bless you.

Very Truly,

Annamalai. A, Victim

CC> Mr.B.Malcom ( HSA )

Excuse my Typos
-----ANNAMALAI, ANNAMALAI on 12/5/2024 3:18 PM wrote:

>

Dear Sir/Madam:                    EMERGENCY ATTENTION NEEDED

I respectfully like to memorialize the events which surrounding to my latest interactions with Nurse Klump, who "did not" give

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

any treatments, for my exacerbating pains and sufferings, and advised me "repeatedly" to come tomorrow at Sick call, although I have repeatedly told her that, " its intolerable  pains and  sufferings",  which  I am undergoing " now ".

I  in fact, abruptly left the Law library at 2.30 move, since I could not concentrate on any of my works, and my Headache was 9 out of 10 ; my body pains are 8 out of 10 ; my cold shivering was out of 7 out of 10. Indeed,  these symptoms slowly exacerbated for the past week plus after Nurse Borrie denied m Ozeapic shot, NOT on my fault in any manner> I am unable to fully pie and  use the rest room numerous times a day to pie, "now"

Today around 02.45 PM,  I came to get " immediate medical attention", that  "needed an immediate attention from the medical services. Indeed  in my past  experience with the medical services, even, I come first and or even second or third, for the sick call,  I WAS NEVER AND EVER SEEN  BY ANYONE, UNTIL I WILL BE THE LAST INMATE TO BE SEEN,  MOST OF THE TIMES.THAT'S THE REASON, I REALLY,  TRIED to avoid SUCH  an  INDIFFERENT TREATMENS AND NEGLIGENCE.

Now I need  to "live" with such pains in an extensive manner" until I see "another Trauma" at the Medical services. All I am seeking is Peace,  and an ordinary prison life

Thank you all an God Bless you. ( Please be aware that I may not  "fully" stated all the facts because of "extreme dizziness AS WE SPEAK that prevented my ability to type).

very truly

/S/ Annamalai Annamalai, Victim

Note: Excuse my typos.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/10/2024 09:14:07 AM

To: Mr.B. Malcom
Inmate Work Assignment: peace

Dear Mr. B Malcom:

Good Morning:

I respectfully ask for the two weeks pay and bonuses as you have repeatedly promised,and as well as, contracted orally for being a "companion ( job ) for inmate Halverson. You have promised and orally contracted for a "Grade -II pay with bonuses as well.

For the records, and most notably, Almost all of the inmates at WOOD unit knew that ( inclusive of several Correctional officers ) that, I have NOT only performed the companion job, whereas I went several miles extra length, by "cleaning up" his, " repeated "shits", ( several time falling out of his pants) , urinated floors, mattresses stained with "shits" ( inclusive of my mattresses), sheets, and etc.., on such time several times a day.

Honestly, I went through extensive, "physical impacts", hardship, trauma, sufferings, in such periods by exacerbating my mental, emotional, and physical pains as well.

PI

Respectfully Submitted
-----ANNAMALAI, ANNAMALAI on 11/15/2024 8:11 AM wrote:

>

Dear Mr. Malcom
-                              EMERGENCY ATTENTION    NEEDED

Sub: My new job assignment not yet corrected and other associated matters:-

Good Morning and as well as good day to you sir.

I am expressly sending the following matters and also to memorialize the discussion and interactions we had for several times within the past 2 weeks, since inmate Halverson was placed in the cell no A-1 at "Wood Unit".

1. You may or may not aware that, I was " f o r c e d " to live with a " w o m a n " known a Ms. Lucas Sanchez Velasquez, for several months at Waushara Unit in my cell, for several months (where which I was housed at cell no B-23-L on the day of my arrival), until, I moved to the present Wood Unit. I went through beyond explainable by words of, mental, and emotional tortures, agony(s) on a day to day basis, because of my " f o r c e d   l i v i n g   w i t h   a   w o m a n ", which indeed was against my sincerely held religious beliefs ( Hind faith ) and also as a Hindu faith's married man, for the past 39 years to my only wife.

As a former Hindu High Priest, I have taught and preached about morality, compassion and empathy, and I will and always shall 100% adhere such religious principles all my life. Finally after several months of correspondences talking to Psychology department ( I am Mental care Level -II inmate ) with tears in my eyes about the ""extensive infliction on emotional distress" and as well as " negligent infliction of emotional distress", orchestrated towards myself by the FCI-OXFORD staffs, and coupled with finally I need to file an administrative remedy ( BP-8 ) and a complaint to USDOJ,to take me out of day to day horror. I have also endured several physical, emotional and mental injuries', because of such indifferent treatment I have endured.

Simply to put that, numerous inmates in that Waushara unit were repeatedly allowed to move and change their cells , however I was never and ever allowed to move a cell, or to be housed with any other cell mates Most notably, I am NOT a sex offender, LGBTQ person, transgender woman, "w o m a n of any kinds" , or any kinds of history of violence and also do not speak and understand Spanish language which is the language of the woman placed with me for the "forced living" at Waushara Unit.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

After come back to the wood Unit, another nightmare and retraumatized position has started by again placing an incompatible inmate Halverson in my new cell at Wood unit. Most notably, and also well known to YOU and the correctional officers and several other inmates at that Wood unit that, I was "repeatedly" and a daily basis " cleaning"the "Urinated floors ( all over the floors inside the cell, and Halverson's "SHIT" on the cell floors, and as well as his  urinated blankets and sheets too.

YOU wanted me to be his companion as a job. Indeed, I  am highly compassionate and empathy character person. However, I need your attention also to take care of me and my concerns to be a companion of Halverston.You have clearly told me that I was/am NOT signed up to bath, feed and or clean his "shit" and "Urinated" clothes and blankets and sheets. Remarkably, although I have started the companion job" for the past "TWO WEEKS", still my job assignment is showing even today as "Compound LP" and YOU appears to failed to correct the same on records still.

 Wherefore, I respectfully ask you to immediately step in to correct my job assignment and your records let shows that, I have started the job for the past two weeks ( inclusive of this weeks ). Further, I need your assistance to manage this inmate Halverson on an ongoing basis as well and I w ill speak to you further,

Thank you sir and God Bless you.

Very Truly yours,

/s/ Annamalai Annamalai

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/10/2024 08:54:21 PM

To: B.Malcom ( HSA)
Inmate Work Assignment: peace

Dera Mr.B.Malcom ( HSA )

Ref: Incident Report number 4038283 dated 12/10/2024 written by Staff Borrie

Sub: Informal resolution sought, pursuant to BOP PS 541.5(b)(3) and etc.. and reporting Retaliatory acts by Staff Borri for further investigation by " S I A ".

Today night, I have received an audacious and a a " capricious and retaliatory" ( in violation of BOP PS 541.5 )incident report today written by Staff Borrie. See the forwarded e-mail message, which will squarely connects the retaliatory nature of such matters.

I have been accused of violating BOP Code 306 and 316 which on its face not only NON-SENSICAL, and the clear " evidence " of staff misconduct by abusing the disciplinary process.

First up all, as I have been accused of violating code 306, I have and or had "ZERO"intent to violate and or refuse the "work assignment ", since, I am NOT employed with the Medical services now .On its face this incident report is utterly flawed and goes to the hearts of retaliation.

The second charge of violation of code 316 is also not supportive by the code violation, I have been charged with. In fact, and most importantly by the extreme trauma inflicted by the medical staffs today after I was WAITING FOR A SICK CALL TREATMENT, I WAS KICKED OUT OF MEDICAL SERVICES AT 8.30 am WITHOUT ANY TRATMENTS, SIMPLY BECAUSE NURSE BOUTIN WAS BUSY WITH SOMETHING ELSE. .

" I was devastated, traumatized, and went " O U T  O F  M I N D  " and walked,  even without knowing, where I am going and ended up in the education. Then at 10.30 M, I went and reported such matters to my unit's team counsellor Mr.ANNOYE . As well as to the Unit's correctional officer, who called the medical and told me Annamalai everything is going good, and you are not in trouble, go and get your Ozampic at 11.00 AM ( after chow ). I went and however I was again denied my shot.

Further I have been advised specifically and recently expressly by the Medical staffs that, if I end up missing the shots on Tuesday, I can  come at the evening pill call and receive one, which I have followed today and received my shot finally.

I would like to amicably settle this matter informally under BOP OS 541.5(b)(3) and act accordingly and swiftly, before I get further harms because of this retaliatory incident report.

Thank you an God Bless you.

Very truly

/s/ Annamalai A.
-----ANNAMALAI, ANNAMALAI on 11/26/2024 9:45 PM wrote:

>

Dear Sir/Madam                                TIME SENSITIVE

                              " EMERGENCY REQUEST AND ATTENTION  NEEDED "

Sub: Patent" M e d i c a l   N e g l i g e n c e   by Medical assistant Ms.Borrie " , and also by intentionally, violating my protected Eighth Amendment constitutional rights.

Exhibit # 3

I respectfully ask for your immediate intervention on the immediately, as follows:

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 12/30/2024 08:33:58 AM

To: B.Malcom Dr. Randal Pass
Inmate Work Assignment: peace

Dear Mr. B. Malcom:                              "TIME SENSITIVE"

Good Morning sir.

-                  NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
-                  NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

See the Forwarded message.

 Respectfully to state that,I have never and ever received any  response from YOU for any of my mails for the past several months. Please look at the forwarded message. I NEED YOUR ASSISTANCE to forward this e-mail to Dr.Pass,my provider,to prevent and stop my "ongoing "TORTURES", harms, sufferings, inflicted by YOU and also by "some of your associated Staffs" , with patent indifferent treatments towards myself. ( not to say issuing malicious and bogus incident reports, fabricate and manipulate Federal records/documents,  to retaliate and strongarm me, for a simple demand for a meaningful medical care and also about medical negligence").

My burning sensation on the tip of my tongue, is 9 out of 10, since,  I need to breathe via my mouth the whole night, since my Nose is 100% blocked for months now. Also, I have 100% lost the taste of food and getting serious and unbearable burning sensation, whenever I attempted to eat anything in the chow hall, with any and even little spice. ( to the insane, whenever , I buy even  potato chips, now I need to  wash with water then I am eating !!)

I respectfully ask you to forward these matters to my medical provider for further advise.

Thank you.

Respectfully submitted

/s/ Annamalai Annamalai

_____
( Annamalai Annamalai), VICTIM
-----ANNAMALAI, ANNAMALAI on 12/22/2024 8:45 AM wrote:

>

Dear Doctor Randall Pass: ( via Malcom ( HSA ) )

Sub:- Reporting, Negligent medical care, medical malpractice, cruel & unusual punishments', Intentional and or negligent infliction of emotional distress, forced starvation and etc.

Now, Its several months gone, and I am still suffering with my 100% inability to breath via my nose and my nose is completely blocked. The irony here IS, I am , now,  breathing via mouth ( as instructed in an indifferent manner by, PA. J.Bell a s " you ....breath via  your mouth ") for months, with  more serious torturous consequences, of my tongue lost the taste almost of any foods, and also the tip of the tongue is " b u r n i n g" on which makes my ability NOT to eat anything in the chow hall, even that has any and or little spices, which  is  nothing, but a "forced starvation".

 Further, they are all, nothing but  cruel and unusual punishments and goes to the  hearts of the indifferent and cruel punishments, infliction of my emotional distress. Indeed PA J.Bell, has specifically told me in  an angry manner,  "NO" for any further immediate reliefs, and he has  specifically stated to use the  nasal spray, which are ineffective also at this time.

Having said, what are my options now,. to come out of these continuing sufferings, harms,injuries to my  health as  we speak"? Indeed, coming to a sick call about  my inability to breath will not be hared any further, as stated in an angry manner by PA

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

-------------------------------------------------------------------------------

J.Bell?

DO I REALLY, DESERVE, THESE KINDS OF CONTINUNG TORTURES??Please respond to me.

Thank you.

Very Truly

/s/ Annamalai. A
-----ANNAMALAI, ANNAMALAI on 10/27/2024 9:06 AM wrote:

>

Dear Doctor:

EMERGENCY ATTENTION NEEDED AND REQUEST TO STOP THE INDIFFERENT TREATMENT BEING GIVEN TO ME BY DISREGARDING SERIOUS HEALTH CONDITIONS which I AM UNDERGOING:-

Good day to you.

My chronic health conditions are getting so worst to the level of now I am going through extensive mental emotional tortures based on my UNTREATED and indeed, readily treatable chronic conditions with relates to my sinus and now lead to face numerous injuries and harms to my physical as we speak. I, In fact have "finally" shed blood via my nose all over my cell and on the beds, on 09.28.2024, after sufferings for over a month with a big polyp in my right side nose completely blocked the airways to breath vis nose, lead to I need to even shed blood via my nose, because of no adequate and or proper treatment by YOU.

Nurse Boutin although saw me with that tragedy on 09.28.2024, she did not treat me and also it clearly appears that she has negligent about to document that encounter, which I have notice this pat Friday, after I receive my medical records.
At this time now its for the past three months, I am unable to breath. Indeed, Dr.Bell " sarcastically "told me as "breath via your mouth". Breathing via 24 hours is NOT a Normal living and that's nothing but a tortures inflicted on me forcibly by the negligent and indifferent treatment of the medical staffs of this institution.

Indeed, breathing via my mouth the whole night, has made lot of burning sensations now to my tongue and I am 100% unable to eat anything with any spices and also lost the taste on my tongue also for the past three months. Now it going worst that, I need cough whole day and unable to sleep as well which makes me unable to self care and function as a normal human being. Indeed I have bought and consumed several bottles of cough syrup already and also bought halls, and allergy pills, and nothing helps me either.

Further I am repeatedly bleeding blood via my nose for the past one month, inclusive of yesterday morning as well. I understand I have been scheduled for an outside Doctor visit and CT scan. However NONE of such matters will be concluded soon to stop and prevent my "present tortures to my health and ongoing harms and injuries to my health".

wherefore, I respectfully ask you to give me with an appropriate medical treatment in the interim level immediately, to prevent the ongoing harms, injuries and tortures to my physical health. I have been advised by my family doctor as such there is a course of "Steroid pills" can be taken for a week or two which will give immediate relief in the interim periods, until the ENT specialist takes care of me full. I in fact had such course of consumption at least one time when I went for resentencing in 2020 in Georgia when I was located in a private jail GEO at lovejoy Georgia, which helped me that time.Let me know when you will stop my ongoing tortures to my physical health?

Let me know what shall I do? ( simply sitting for a sick call for several hours with no reliefs again and again will not address my worsening health conditions at all. )

Thank you and God Bless you.

TRULINCS  56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

He after the AW Rosenberg, standing a watching hat circus for few minutes abruptly stop[d the mockery UDC hearing and he said he will reconduct the UDC hearing, which s also NOT supported by the disciplinary policy thought the kickbacks to conduct a hearing by the Region and or central office The various procedural errors and serious infested staff misconduct literally corrupted the UDC process, and I request Warden Emmerich's intervention t stop these injustice and mockery openly orchetrated.

Respectfully Summitted

/s/ Annamalai. A

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

I am used to get my Ozempic injection, every Tuesdays, around 9.30 AM. Today, based on a "legal call" , I was removed from the education department, approximately, around 9.15AM and I was taken to the FSTC to attend my legal matters, which has prevented my ability to visit the medical services at 9.30 AM, of course NOT at my fault.

Then after Chow, I have promptly visited, to see Medical Assistance Ms.Borrie, and I have very politely and repeatedly, " b e g g e d " her, to provide me with the Ozempic. Ms.Borre was so angry and yelling , illtreating me, for the reasons I am unaware of, even when I was repeatedly " begging" for Ozaempic, , by explaining the matters as stated above herein. Ms Borrie has shouted and yelled at me as, " I AM NOT GOING TO GIVE YOU OZEMPIC,..... GO...WHEREVER YOU WANT TO COMPLAINT...."

Then, I have politely and respectfully, left the medical services to avoid more mental, and emotional tortures inflicted on me Ms.Borrie.

Now, I respectfully ASK YOUR IMMEDIATE INTERVENTIO TO make immediate arrangements, to PROVIDE ME WITH THE WEEKLY INJECTION, which I am entitled for. Further, let this correspondence, be treated and considered as a complaint against Ms.Borrie for "s t a f f m i s c o n d u c t " for mistreating, disrespecting, yelling and also prevent my ability to receive "life saving medications" for my ongoing chronic medical conditions.

Please be respectfully an humbly advised that, If I do not receive a positive answer by tomorrow Wednesday , then I assume that, my request has been denied with an intention(s) of to, harm and injure my health conditions more, " as usual by the "indifferent treatment(s), I routinely receive from some medical staffs at this institution.

Thank you and God bless you.

Respectfully Summited

/s/ Annamalai A, Victim

E X H I B I T   N U M B E R - 41

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Health Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/14/2025 02:59:42 PM

To: B.Malcom, Lt.Key
Inmate Work Assignment: peace and love

Dear Sir/madam

                Sub: Emergency Request, to remove me from the "fake job" of Hospital Orderly.

Please notice the forwarded e-mail threads to refresh your memory.

As per your instructions, now, I am sitting in the medical services lobby. every day as per your ( Mr. Malcom ) order. It appears that around 12.30 move several of the "drug addicts" comes to receive some kinds of drugs ( may be "suboxone " ) and some of them appears to have been busted when they attempted to smuggle such drugs outside, which also I have witnessed with lot of anxiety, and Trauma. The irony here is whenever they are all fully pat searched ( complete nude position ), I also pulled to 'get 100% " undressed", and show my "testicles" to the FCI-OXFORD staffs on a "continuing manner", simply makes no sense. Its nothing but its nothing but an another form of " Sexual tortures'" inflicted by YOU, which in no means I deserve it.

Secondly, I am the only one in that crowd of "drug addicts" who is NOT a drug addict and I do no take suboxone at the 12.30 move in the medical services. Now some of them appears to be, already talking to each other ( even one inmate personally encountered me today ) a such I am doing some kinds of "snitching" on them by allegedly " observing " them. Such acts has a probability of "bodily harms" ( fights/ assaults/ battery ) for me and as will threaten the safety, security and orderly management of this institution, by continuously placing me in the "hospital lobby to sit " with several of such "drug addicts", for a fake job, you have all orchestrated.

Let me make very clear on the record that, I am now, sitting on a daily basis on the lobby of the hospital, with such drug addicts with extreme anxiety, Trauma, stress, which I DO NOT DESERVE and also I DO NOT WANT TO CONTINUE IN ANY MEANS further. Here, You all now, placing me daily in a "harms way " intentionally, willfully. I am really retraumatized, with highest depression, and nightmares now.

Now, I respectfully pray that, You all step in to stop these ongoing tortures, emotionally, mentally inflicted on myself, by YOU, as we speak, and remove me from the job immediately. Indeed, NOW, I have "lawfully" " NOTICED " you all, and now its your responsibility to "stop the mental, emotional tortures" inflicted on me , by you, in these manner.

Further, let me be very clear on the record that, I have an excellent reputation in the inmates community/population now, as a person who always assisted them in legal matters, empathized, compassionate with them. I do not want to jeopardize such good reputation/image with an "image" of a "SNITCH" for your pleasures . At the closing, I also trust that, the change/removal of job by a so called memorandum by Mr. Malcom, has been taken care , already, as well.

Please allow me to save my time in PEACE and not in TORTURES and TRAUMA and remove me from this fake and torturous job. Thank you.

Very Truly

/s/ Annamalai. Annamalai.

CC; Ms.Lynni o'Haver, PREA Auditor, Buchanan dam Texas., Dr.LaBelle
-----ANNAMALAI, ANNAMALAI on 3/13/2025 6:39 PM wrote:

>

Mr.B Malcom:

Please be advised that, I " can not " show up for tomorrow (Friday ) census at medical @ 8.30, since I need to attend my FSA Psychology class.

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

Further, I trust your words as you have repeatedly tole me today, about , you will take care of the alleged " memorandum" to remove me from the hospital job and also , you will be submitting, to the acting person of Mr.Spomsler and or his Boss. Further, to respectfully to ask, let these " mockery " ends by this week end, and please allow·me to serve my time in PEACE. Indeed, I really want to forget these associated events, and move on to focus legal matters, to get out of prison.

Thank you for your immediate attention to these matters.

Respectfully,

cc: Lt.Key ( ASHA ), Captain Moore.
-----ANNAMALAI, ANNAMALAI on 3/13/2025 11:54 AM wrote:

>

Mr.B.Malcom:

Good morning. I would like to respectfully "memorialize" certain matters as we discussed today in he Health services. I would like to respectfully direct you to understand the "rules of "MAXIM" for the maters stated herein as follows. ·

1. You will NOT respond to any of my -mails, and YOU repeatedly told me that there is "no need" that you need to respond to my e-mails ( Indeed that's correct, I have never received a singe response to any of the e-mails directed to you so far. I am also really confused why even a staffs' -mail exists for the health services !!).

2. I need to show up for the census every time, although there is NO JOB for me and I can not even lawfully work in the health services. because of (1), no job openings for me and or any one in the health services (2). My health conditions prevents any job in the Medical services ( Hospital ). ( Then it begs a simple question, why I should participate to fabricate the BOP records as if I am allegedly working for the health services!!? ).

3. Today you told me that, I need to stay out in the visitors lobby and not to come inside being a worker to sit inside!!

4. You are preparing a memorandum, and giving to the "acing person for Mr.Sponsler "and or his boss to remove me from the · job completely.

5. Even after my "begging" that, I needed to spend more time in the aw library t take care of highly time sensitive legal "reply · brief", to the court, you will not allow such lawful act and " as per your policy" "only" for a medical reason you can give complete leave of absence. ( I repeatedly advised as such rule is NOT in the BOP's program Statement, , policy an the "CFR" ( Code of federal regulations" and or in Executive branch memorandum, which I am aware of).

6. Then as I have expected, you falsely accused me f I have used your first name to address you. Honest to the God I did not do it and also I do not know your first name "until this minute" Indeed, I am not surprised about such false facts, luckily, I had an inmate "overheard" our conversations, and your false acquisitions too. You have stated repeatedly as " Don't involve him in this ".

Respectfully now this false and fabricated job assignment clearly appears to me as a straightforward abuse, waste, fraud on the FBOP, and most importantly a harassments constantly inflicted upon me.

Please be advised that, in any and all circumstances I always "respect" the other person, and I will remain in the same respectful and lawful conduct manner.

Please take me out of this fraudulent and fabricated job assignment immediately and U would highly appreciate it. Thank you very much for your assistance in these matters and God Bless you sir.

Respectfully

/s/ Annamalai Annamalai, victim
-----ANNAMALAI, ANNAMALAI on 3/13/2025 7:55 AM wrote:

>

E X H I B I T  N U M B E R - 42

E X H I B I T   N U M B E R -43

E X H I B I T    N U M BE R -44

E X H I B I T    N U M B E R -45

E X H I B I T   N U M B E R   – 46

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Captain L. moore / Mr. Farwell | DATE: 3-25-2025 |
| FROM: Annamalai. Annamalai | REGISTER NO.: 56820-379 |
| WORK ASSIGNMENT: Hospital | UNIT: wood |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Pursuant to BOP PS 7331.04 (b) et. sea. I respectfully ask You to "Excuse" me from "any Job assignment(s)" I am a Deportable Alien with PSF (Alien citations) in my inmate Profile. The Bop PS 7331.04 expressly states as 'Deportable Aliens are subject to this Policy Statements requirements. As per BOP PS 5100.08 [Defenition of Public Safety factor] "Deportable Alien. "A male or female inmate who is not a citizen of the United States. Then BOP PS 5350.14 states as 'A deportable Alien status shall be verified by using the PSF Scoring in 5100.08. As a nutshell, the Bop PS 7331.04 (b) states Pretrial inmates will not be Required to work [other than housekeeping tasks in their cells or community living Area] unless they waive their Right Not to work [as per Bop PS 7331.04 "ALL" the Deportable aliens are to be     and  BOP PS 5100.08 God bless You sir Considered as pretrial inmates (Do not write below this line)

DISPOSITION:



| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
                                                    and BP-S148.070 APR 94


Printed on Recycled Paper

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------

FROM: 56820379
TO: Correctional Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/25/2025 07:10:39 AM

To: Officer Bretzel, Captain L.Moore
Inmate Work Assignment: peace

Dear Mr.Bretzel:

Good Morning Sir.

Just to recall your memory, before, I have started my work yesterday, I have repeatedly told you as such, "I will be harmed if I work outside in this weather, since I am having chronic and highly worsened "Polyps" inside my nostrils, which would makes the things more worst and also I am waiting forv a major surgery as we speak on any coming days. Then, I said I will go to medical to take care of such matters to advise you accordingly. You said the medical is closed at that time for a sick call. so I could not go for the sick call.

After, as per your orders, I have cleaned the highly rusted metal boxes, (even I have repeatedly noticed you as such such work will hurt my breathing ability )some kinds of cooking large vessels, and cleaning all the dust, debris and the birds poos on the hand rails, all over the property in prison. After that, yesterdayevening onwards and as well as the night my breathing conditions got so worsened.I did not even go for the dinner. After that, I stayed with ZERO sleep, coughing the whole nights, and also I was BLEEDING BLOOD from my nose and dripping continuously.

Now, I'm am heading towards the medical services to adderess such matters. Also be aware that, in the middle of work yesterday I have also brought to the attention of captain Moore, about my inability to work outside because of my acute breathing matters and which will get worsened if I stay outside in that manner. Captain specifically told "w e  will  find a j o b  inside for you" id.

Wherefore, please excuse me for the job now, and as soon as I am done with the medical services, then I will come and see you sir. Thank you sir and God Bless you.

Very Truly

/s/ Annamalai. Annamalai

CC. Captan L.Moore, Mr.Farwell

E X H I B I T   N U M B E R - 47

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

--------------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Correctional Systems
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 03/25/2025 01:08:50 PM

To: Capatain L.Moore
Inmate Work Assignment: aa

Captain Moore
FCi-OXFORD
Wisconsin-53952

Ref: Your offer of job
Sub: Humble prayer for not place and or Remove me from the "orderly" job-Reg

Dear Captain Moore:

First, I would like to heartfully thank the "compassion" and "empathy" you have shown to me and I am blessed for such humanly support.

As we spoke before the Chow hall today, I am respectfully presenting this correspondence to avoid any confusions.

1. Indeed, I have tried the "cleaning job" yesterday, which exacerbated my "chronic sinus" situations and I have extensively suffered the whole evening and night, yesterday with "extensive cough, "blood bleedings" constantly from my nose and with unbearable pains. Also I could not sleep at all.

2. Indeed, I have ended up in the medical services today at 7.15 for a sick call and I was sent back after 10.30 move with no one can look at my petatic conditions.

3. Then I have went through the BOP policy 7331.04, although it has been tilled as "pre-trial inmates"it affects me and my present situations. The PS 7331.04, sub part 7(a)(1) in pertinent part "clarifies" who are al falls in to the "pre trial inmates" category, which indeed includes of "DEPORTABLE ALIENS" and I am a deportable Alien ( although I have legally and lawfully immigirated United States ).It states as:

-
-              (1)." Civil Contempt, d e p o r t a b l e   A l i e n s   or material witness, ............is considered
-                  a  P r e t r i a l   i n m a t e ". id
-
-              See, E x h i b i t  - 1 , the true copy of the PS 7331.04 sub part 7(a)(1).

4. Also see concurrently the "code of Federal regulation" C.F.R. 551.01(a)(1) carries exactly the same language as "law" as well. ( see Exhibit number -2 )

5. I am a "DEPORTABLE ALIEN" with "Public Safety Factor ( " PSF" ) placed on my Male custody form as " A L I E N ". Having said here tee is no dispute as such my status as I am a deportable Alien.

6. Now, as well established by the C.F.R. and B.O.P. Policy as stated above, I am a Deportable alien falls squarely in to such definitions.

7. Further the pertinent part i n7331.04 as a part of 'Program objectives' states as:-

-              (b). Pretrial Inmates will not be required to work ( other than hose keeping tasks
-          - -                        in their cells or community living area ) unless they give up their their rights not to
work. id

-              See: Exhibit No.3.

WHEREFORE, based on my health conditions ( as also noticed to you and well documented in my medical file, I am leaving for a major surgery rgardigregardingbiltinabilityathe on any given day ) and as per the policy, as stated above, I respectfully PRAY that, I be " r e m o v e d  f r o m  t h e  j o b  offered by you.The same will protect my worsening health condtions and I can

E X H IU    T:  'N' U' M B E R – 48



BP-A0288    **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

**Part I – Incident Report**

| 1. Institution: **OXFORD FCI** | | Incident Report Number: **4089586** | |
|---|---|---|---|
| 2. Inmate's Name<br>**ANNAMALAI, ANNAMALAI** | 3. Register Number<br>**56820-379** | 4. Date of Incident<br>**03-25-2025** | 5. Time<br>**1400 hrs** |
| 6. Place of Incident<br>**Education** | 7. Assignment<br>**HOSPITAL** | 8. Unit<br>**9 GP** | |
| 9. Incident<br>**306 – REFUSING WORK/PGM ASSIGNMENT. 307 – REFUSING TO OBEY AN ORDER.** | | 10. Prohibited Act Code(s)<br>**306  307** | |

11. Description Of Incident
   (Date: **03-25-2025**    Time: **1400 hrs**    staff became aware of incident)

On 03/25/2025 at approximately 1400, inmate ANNAMALAI, ANNAMALAI, #56820-379 was observed by education staff, being in education. Inmate Annamalai was given a direct order to not enter education during the hours of 0800-1600. Inmate Annamalai was also instructed to be on the compound, working during these hours. He evasively avoided being located which required institution operations to be interrupted.

| 12. Typed Name/Signature of Reporting Employee<br>**J Heise** | | 13. Date And Time<br>**03-25-2025 1412 hrs** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature) *Kendall* | | 15. Date Report<br>Delivered<br>*3-25-25* | 16. Time Report<br>Delivered<br>*1956* |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

BP-A0308
JAN 17

**ADMINISTRATIVE DETENTION ORDER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

|  | OXFORD FCI |
|---|---|
|  | Institution |

Date/Time: 03-28-2025 08:44

TO: Special Housing Unit Officer

FROM: THORNSBERRY, LIEUTENANT _____, (Name/Title)

SUBJECT : Placement of _____ ANNAMALAI, ANNAMALAI _____, Reg. No. 56820-379 , in Administrative Detention

___✓___(a)  Is pending an investigation for a violation of Bureau regulations;

_____(b)  Is pending an SIS investigation.

_____(c)  Is pending investigation or trial for a criminal act;

_____(d)  Is to be admitted to Administrative Detention

       _____(1)  Since the inmate has requested admission for protection;

      I hereby request placement in Administrative Detention for my own protection.

              Inmate Signature/Register No.: _____

              Staff Witness Printed Name Signature: _____

      _____(2)  Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

___·___(e)  Is pending transfer or is in holdover status during transfer.

_____(f)  Is pending classification; or

_____(g)  Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

(306) REFUSING TO WORK OR PROGRAM

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on

(date / time) _____

Staff Witness Signature/Printed Name_____ Date _____

Supervisor 24 hour review of placement: Signature/Printed name_____

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF

Prescribed by P5270

(Replaces BP-A0308 of JAN 88.)

E X H I B I T   N U M B E R - 49

# Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #: 56820-379 | Inmate Name: ANNAMALAI, ANNAMALAI |
|---|---|

**Housing Status**

| | | | | | |
|---|---|---|---|---|---|
| X confined to the living quarters except | X meals | X pill line | X treatments | Exp. Date: | 05/06/2025 |
| __ on complete bed rest; | __ bathroom privileges only | | | Exp. Date: | |
| X cell: __ cell on first floor __ single cell X lower bunk __ airborne infection isolation | | | | Exp. Date: | 07/01/2025 |
| __ other: | | | | Exp. Date: | |

**Physical Limitation/Restriction**

| | | | |
|---|---|---|---|
| __ all sports | | Exp. Date: | |
| __ weightlifting: __ upper body __ lower body | | Exp. Date: | |
| __ cardiovascular exercise: __ running __ jogging __ walking __ softball __ football __ basketball __ handball __ stationary equipment | | Exp. Date: | |
| __ other: | | Exp. Date: | |

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 11/10/2024 | | |
| Eye Glasses | 03/31/2024 | 11/10/2024 | |
| Alternate Institutional Shoes | 07/21/2023 | | |
| Shoe inserts | 07/21/2023 | | |
| Glucose Meter TP0750318 LOT KA1174 | 04/27/2023 | 09/10/2024 | |
| Eye Glasses | 06/07/2022 | 11/10/2024 | |
| Glucose Meter | 03/15/2018 | 09/10/2024 | |
| Eye Glasses | 07/29/2016 | 09/10/2024 | |

**Work Restriction / Limitation:**

Cleared for Food Service: Yes

| Restriction | Expiration Date |
|---|---|
| No Outdoor Work | 07/01/2025 |
| Medical Convalescence | 05/06/2025 |

**Comments:** CL 2

No institution work until after cleared by ENT due to surgical procedure.
4/19/25 Approved by Medical to self carry Normal saline.
4/19/25 Approved to self carry a Neti Pot. Exp 5/3/25.

| Netzer, J. RN | 04/22/2025 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: ANNAMALAI, ANNAMALAI | Reg #: 56820-379 | Quarters: W05 |
|---|---|---|

***ALL EXPIRATION DATES ARE AT 24:00***

E X H I B I T   N U M B E R - 50

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 56820-379                    Inmate Name:    ANNAMALAI, ANNAMALAI

**Housing Status**

| | |
|---|---|
| ___ confined to the living quarters except ___ meals ___ pill line ___ treatments | Exp. Date: _____ |
| ___ on complete bed rest: ___ bathroom privileges only | Exp. Date: _____ |
| X cell: ___ cell on first floor ___ single cell X lower bunk ___ airborne infection isolation | Exp. Date: 07/01/2025 |
| ___ other: | Exp. Date: _____ |

**Physical Limitation/Restriction**

| | |
|---|---|
| ___ all sports | Exp. Date: _____ |
| ___ weightlifting: ___ upper body ___ lower body | Exp. Date: _____ |
| ___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball ___ football ___ basketball ___ handball ___ stationary equipment | Exp. Date: _____ |
| ___ other: _____ | Exp. Date: _____ |

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 11/10/2024 | | |
| Eye Glasses | 03/31/2024 | 11/10/2024 | |
| Alternate Institutional Shoes | 07/21/2023 | | |
| Shoe inserts | 07/21/2023 | | |
| Glucose Meter | 04/27/2023 | 09/10/2024 | |
| TP0750318 | | | |
| LOT KA1174 | | | |
| Eye Glasses | 06/07/2022 | 11/10/2024 | |
| Glucose Meter | 03/15/2018 | 09/10/2024 | |
| Eye Glasses | 07/29/2016 | 09/10/2024 | |

**Work Restriction / Limitation:**

Cleared for Food Service: **Yes**

| Restriction | Expiration Date |
|---|---|
| No Outdoor Work | 07/01/2025 |

Comments: CL 2

Lindner, Linda (MOUD) MD                    04/01/2025

Health Services Staff                                    Date

Inmate Name:    **ANNAMALAI, ANNAMALAI**    Reg #:    **56820-379**    Quarters:    **Z03**

***ALL EXPIRATION DATES ARE AT 24:00***

E X H I B I T   N U M BE R – 51

TRULINCS 56820379 - ANNAMALAI, ANNAMALAI - Unit: OXF-W-D

----------------------------------------------------------------------------------------------------

FROM: 56820379
TO: Correctional Services
SUBJECT: ***Request to Staff*** ANNAMALAI, ANNAMALAI, Reg# 56820379, OXF-W-D
DATE: 04/21/2025 12:25:41 PM

To: Captain Moore
Inmate Work Assignment: It office

Dear Captain Moore:

I appreciate your input and advise today from our short meeting at the chow hall, what I have been conceived from you.

1. " Monday to Friday ", at 8.30 A.M.,  I shall come and check in at the compound and leave ,immediately to my housing unit and remain until 4.00 P.M.

2. Between 8.30 A.M. and 4.00 P.M. I am " not " allowed to go to the law library.

3. " Before" 8.30 A.M and " after"  4.00 P.M, I can leave/go  wherever I need /want  to go in the  regular moves at this compound.

Thank you sir and God Bless you.

Very Truly

/s/ Annamalai Annamalai

E X H I B I T   N U M B E R - 52

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
## Psychology Services
## Consultation - RESOLVE

| Inmate Name: | ANNAMALAI, ANNAMALAI | | | Reg #: | 56820-379 |
|---|---|---|---|---|---|
| Date of Birth: | 05/25/1965 | Sex: | M    Facility: OXF | Unit Team: | 9 GP |
| Date: | 08/23/2024 09:45 | Provider: | Gruber Yanzapanta, Devona | | |

## Comments

Mr. Annamalai was transferred to OXF from TOM. SENTRY reflects a RESOLVE code of RP1 WAIT. During his monthly CARE2 clinical contacts, he informed his assigned psychologist that he would like to transfer to a different institution to participate in the RESOLVE Program. He reported that he cannot participate in the RESOLVE Program at OXF reportedly due to staff retaliation. As a result, he requested a programming transfer for RESOLVE. He said that when he perceives staff retaliation, a transfer is necessary due to his BOP and trauma history, specifically while housed in a CMU.

Mr. Annamalai made multiple requests for transfer. Given this, I consulted with the Mental Health Treatment Coordinator for the RESOLVE Program. After consultation with her and staff overseeing transfers, it was determined that there was no information to support Mr. Annamalai's request for a RESOLVE programming transfer to another institution. Mr. Annamalai will be informed of this information and provided with options for participation.


Completed by Gruber Yanzapanta, Devona PsyD, Resolve Program Coordinator on 08/27/2024 14:09

E X H I B I T   N U M B E R - 53

**SENSITIVE BUT UNCLASSIFIED**

**Bureau of Prisons**
## Psychology Services
### Clinical Intervention - Clinical Contact

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ANNAMALAI, ANNAMALAI | | | | Reg #: 56820-379 |
| Date of Birth: | 05/25/1965 | Sex: | M | Facility: OXF | Unit Team: 9 GP |
| Date: | 09/19/2024 15:30 | Provider: | Philippon, V. MS, Psychology | | |

### Focus of Session

This Psychologist met with Mr. ANNAMALAI in a private office in Psychology Services for his monthly CARE2-MH contact.

### Subjective/Objective Presentation

Mr. ANNAMALAI reviewed the events which led to his incarceration and his associated beliefs that he was specifically targeted and persecuted. He identified reading legal materials as his primary coping skill. He reported communicating with social supports in the community as well as practicing his religion (Hindu). Mr. ANNAMALAI declined intervention recommendations from this Psychologist.

Mr. ANNAMALAI appeared in appropriate uniform attire with adequate hygiene and grooming. Gait was within normal limits and there was no psychomotor agitation or slowing. He appeared alert and oriented. Eye contact was appropriate and Mr. ANNAMALAI was cooperative and calm. His mood appeared euthymic with a congruent, unrestricted affect. This presentation was in contrast with Mr. ANNAMALAI's reported of feeling depressed and crying consistently. Speech was within normal limits for tone, rate, and volume. Thought processes were linear, logical, and future-oriented. Thought content was congruent to mood and circumstance. There was no evidence of hallucinations and he did not appear to be responding to internal stimuli. He denied current suicidal ideation, plan, or intent.

### Intervention(s)

- Assessed mental status, mental health care level, and reviewed current concerns
- Used motivational interviewing techniques, including asking open-ended questions, active listening, empathy, affirmations, and reflections to maintain rapport and therapeutic relationship
- Supportive counseling was provided throughout the contact
- Identified and reinforced healthy coping skills

### Progress/Plan

Mr. ANNAMALAI will continue to be seen on a monthly basis. No changes to his mental health care level are indicated and he will maintain his CARE2-MH assignment. He was reminded how to contact Psychology Services in emergent and non-emergent situations. It is recommended he remain housed with a cellmate.

**Diagnosis:**

Unspecified Personality Disorder, F60.9 - Current

Completed by Philippon, V. MS, Psychology Doctoral Intern on 09/20/2024 09:31

EXHIBIT NUMBER - 54

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

| Inmate Name: | ANNAMALAI, ANNAMALAI | | | | | Reg #: | 56820-379 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/25/1965 | Sex: | M | | Facility: OXF | Unit Team: | 9 GP |
| Date: | 10/29/2024 09:33 | Provider: | Philippon, V. Staff Psychologist | | | | |

## Focus of Session

This Psychologist met with Mr. ANNAMALAI in a private office in Psychology Services for his monthly CARE2-MH contact.

## Subjective/Objective Presentation

Mr. ANNAMALAI discussed his ongoing concerns with BOP staff. He reported beliefs that he is being unfairly treated and has taken action in accordance with policy in an attempt to remedy his concerns. He engaged in discussion on the impact of this thoughts on his mood. He actively participated and appeared receptive to alternative points of view. He was encouraged to identify additional cognitive interventions to utilize during periods of rumination.

Mr. ANNAMALAI appeared in appropriate uniform attire with adequate hygiene and grooming. Gait was within normal limits and there was no psychomotor agitation or slowing. He appeared alert and oriented. Eye contact was appropriate and Mr. ANNAMALAI was cooperative and calm. His mood appeared euthymic with a congruent, unrestricted affect. Speech was within normal limits for tone, rate, and volume. Thought processes were linear, logical, and future-oriented. Thought content was congruent to mood and circumstance. There was no evidence of hallucinations and he did not appear to be responding to internal stimuli. He denied current suicidal ideation, plan, or intent.

## Intervention(s)

- Assessed mental status, mental health care level, and reviewed current concerns
- Used motivational interviewing techniques, including asking open-ended questions, active listening, empathy, affirmations, and reflections to maintain rapport and therapeutic relationship
- Supportive counseling was provided throughout the contact
- Engaged in collaborative treatment planning, focusing on cognitive interventions

## Progress/Plan

Mr. ANNAMALAI will continue to be seen on a monthly basis. No changes to his mental health care level are indicated and he will maintain his CARE2-MH assignment. He was reminded how to contact Psychology Services in emergent and non-emergent situations. It is recommended he remain housed with a cellmate.

**Diagnosis:**

Unspecified Personality Disorder, F60.9 - Current

Completed by Philippon, V. Staff Psychologist on 10/30/2024 07:23

E X H I B I T   N U M BE R -55

EXHIBIT NUMBER - 56



**U.S. Department of Justice**

Federal Bureau of Prisons

# Program Statement

**OPI:**   CPD

**NUMBER:**   <u>7331.04</u>

**DATE:**   1/31/2003

**SUBJECT:**   Pretrial Inmates

1.   [<u>PURPOSE AND SCOPE</u> §551.100.   In addition to convicted inmates, the Bureau of Prisons houses persons who have not been convicted.   Procedures and practices required for the care, custody, and control of such inmates may differ from those established for convicted inmates.   Pretrial inmates will be separated, to the extent practicable, from convicted inmates. Except as specified by this rule, policies and standards applicable to persons committed to the custody of the Attorney General or the Bureau of Prisons apply also to pretrial inmates as defined in §551.101.]

§551.101 refers to Section 7 of this Program Statement.

progstat                                   1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

7.    **[DEFINITIONS §551.101**

a.    **Pretrial inmate.    For purposes of this rule, "pretrial inmate" means a person who is legally detained but for whom the Bureau of Prisons has not received notification of conviction. Thus, "pretrial inmate" ordinarily includes a person awaiting trial, being tried, or awaiting a verdict.]**

The term "pretrial inmate" also includes a person awaiting sentencing after having pleaded or been found guilty when the Bureau has not received notification of conviction.    See the implementing information in Section 11.d. for procedures regarding notification of conviction.

**[(1)    Civil contempt, deportable aliens, or material witnesses.    For purpose of this rule, an inmate committed for civil contempt, or as a deportable alien, or as a material witness is considered a pretrial inmate.]**

Deportable alien detainees housed in Bureau detention institutions, e.g., FDCs, MDCs, contract detention facilities, and jail units, are considered pretrial inmates for this PS' purposes.

progstat                                    1

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

56820379

E X H I B I T   N U M B E R   -   57

## § 551.101  Definitions.

(a) Pretrial inmate. For purpose of this rule, "pretrial inmate" means a person who is legally detained but for whom the Bureau of Prisons has not received notification of conviction. Thus, "pretrial inmate" ordinarily includes a person awaiting trial, being tried, or awaiting a verdict.

(1) Civil contempt, deportable aliens, or material witnesses. For purpose of this rule, an inmate committed for civil contempt, or as a deportable alien, or as a material witness is considered a pretrial inmate.

28 (CFR)2

1

2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

01066138

## § 551.101  Definitions.

(a) Pretrial inmate. For purpose of this rule, "pretrial inmate" means a person who is legally detained but for whom the Bureau of Prisons has not received notification of conviction. Thus, "pretrial inmate" ordinarily includes a person awaiting trial, being tried, or awaiting a verdict.

(1) Civil contempt, deportable aliens, or material witnesses. For purpose of this rule, an inmate committed for civil contempt, or as a deportable alien, or as a material witness is considered a pretrial inmate.

(2) Mental evaluation or treatment. An inmate committed under Title 18 U.S.C. Sections 4241 (b) and (d), 4242(a), or 4243(b) is considered to be a pretrial inmate, whereas commitments under Sections 4243(e), 4244, 4245 or 4246 are treated as convicted inmates.

(3) Concurrent federal and state sentences. For purpose of this rule, an inmate in a status described in paragraph (a) introductory text, (a)(1), or (a)(2) of this section and who is at the same time serving a state or federal sentence is not considered a pretrial inmate.

(b) Convicted inmate. For purposes of this rule, an individual a court has found guilty of an offense punishable by law.

**HISTORY:** [45 FR 75133, Nov. 13, 1980; 59 FR 60285, Nov. 22, 1994]

CFR2                                                        1

2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement. ©

56820379